**FILED**

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

## MICHAEL L. BUESGENS
#A322  3112 WINDSOR RD
       AUSTIN, TX. 78703
       512.339.6005
**PLAINTIFF**

## RUDOLFO LIZCANO
**PLAINTIFF**

### V.

CASE NUMBER   1:06CV01558

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/██/2006

1. **UNITED STATES OF AMERICA**
   **ET. AL**
   **DEFENDANTS**
   **AND**

2. **MICHAEL SALYARDS**
   **GENERAL LEGAL SERVICES**
   **ATTORNEY  INTERNAL**
   **REVENUE SERVICE,**
   **TREASURY**
   **AND**

1

3. MARCIA H COATES,
   DIRECTOR, EEO
   DEPARTMENT OF TREASURY
                AND
4. CHARLES G. HERNDON
   FORMER INTERNAL
   REVENUE SERVICE
   EMPLOYEE
                AND
5. MELINDA ESTRADA
   SUPERVISOR, EEO
                AND
6. COLLEEN M. KELLEY
   PRESIDENT, NATIONAL
   TREASURY EMPLOYEE
   UNION
                AND
7. FEDERAL LABOR
   RELATIONS AUTHORITY,
   OFFICIAL, CAPACITY
                AND
8. CARI M. DOMINGUEZ,
   CHAIR, EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION

2

AND

9. KAY COLES JAMES,
DIRECTOR OFFICE
OF PERSONNEL
MANAGEMENT
AND

10. DONALD R. TAWNEY
SUPERVISOR INTERNAL
REVENUE SERVICE
AND

11. MARGERET WAITES,
EEO, REASONABLE
ACCOMMODATION
COORDINATOR
AND

12. JOHN W. SNOW,
SECRETARY DEPARTMENT
OF TREASURY
AND

13. THOMAS THEIS, I.R.S.
LABOR RELATIONS
DEPARTMENT OF TREASURY
AND

3

14. OSCAR LEAL, I.R.S.
LABOR RELATIONS
DEPARTMENT OF TREASURY
        AND

15. UNITED STATES OFFICE
    OF SPECIAL COUNSEL
    O.S.C. OFFICIAL
CAPACITY)
        AND

16. ANNA MEDLOCK
SUPERVISOR, INTERNAL
REVENUE SERVICE
        AND

17. J. RUSSELL GEORGE
    INSPECTOR GENERAL
    TAX ADMINISTRATION
(TIGTA)
        AND

18. NANCY SESSION
SUPERVISOR, INTERNAL
REVENUE SERVICE
        AND

4

19. CHARLES WASHINGTON, JR, DIRECTOR AT AUSTIN COMPLIANCE CENTER, I.R.S. AND

20. ANGELIA GOODEN-DOYLE, COUNSELOR, INHOUSE EEO, DEPARTMENT OF TREASURY AND

21. COMMISSIONER OF INTERNAL REVENUE SERVICE AND

22. MARY E. CARROLL SUPERVISOR, INTERNAL REVENUE SERVICE AND

23. MARTHA SCHANHALS SUPERVISOR, INTERNAL REVENUE SERVICE AND

5

24. JAMES PARKER,
REGIONAL DIRECTOR
DEPARTMENT OF TREASURY
"IN HOUSE" EEO
AND

25. VICTOR REYES
SUPERVISOR "IN HOUSE"
EEO
AND

26. CHERYL VUILLERMIER
COUNSELOR, "IN HOUSE"
EEO
AND

27. DENNIS COLLINS,
INSPECTOR, TREASURY
INSPECTOR GENERAL
FOR TAX ADMINISTRATION
AND

28. ROBERT E. POWELL,
EEOC, ADMINISTRATIVE
JUDGE
AND

6

29. KATYE OUDERSTADT,
EEOC SUPERVISORY
JUDGE
              AND
30. MARY - ELLAN KRCHA,
TORT CLAIM SUPERVISOR
INTERNAL REVENUE SERVICE
              AND
31. FALCON APARTMENTS OF
AUSTIN I, INC
GENERAL PARTNERS
ARNOLD TAUCH
JACK C. MOSS
KYLE O. TAUCH
              AND
32. AMANDA WILSON-TORRES
FALCON RIDGE APARTMENTS
              AND
33. DORIENNE BONILLA
SUPERVISOR I.R.S.
AND TENANT
FALCON RIDGE APARTMENTS
              AND

7



34 MEGAN GOERES,
TENANT FALCON
RIDGE APARTMENTS
AND

35 MANDY ROGERS, MANAGER
GREYSTAR MANAGEMENT
SERVICES, LP AND
FALCON RIDGE APARTMENTS
AND

36 DEBI WEHMEIER, REGIONAL
VICE PRESIDENT GREYSTAR
MANAGEMENT SERVICES, LP
AND

37. CHARLES E. BROWN, P.C.
ATTORNEY, FALCON
APARTMENTS OF AUSTIN I, INC
AND

38 GREP GENERAL PARTNER,
LLC, ROBERT A. FAITH
GENERAL PARTNER
AND

39 GREYSTAR MANAGEMENT
SERVICES, LP
AND

40. RICHARD R. AUBY,
    SUPERVISOR, INTERNAL
    REVENUE SERVICE
        AND
41. THOMAS LEGER,
    SUPERVISOR, INTERNAL
    REVENUE SERVICE
        AND
42. DANIEL PALACIOS
    SUPERVISOR, INTERNAL
    REVENUE SERVICE
        AND
43. ARMBRUST & BROWN,
    LLP
        AND
44. BEN FLOREY, JR,
    ATTORNEY
        AND
45. DEREK HOWARD,
    ATTORNEY
        AND
46. CRADY, JEWETT & McCULLEY,
    LLP,
        AND

9

47. DEPARTMENT OF HEALTH AND HUMAN SERVICES, FEDERAL OCCUPATIONAL HEALTH
AND

48. ALPHONSO JACKSON, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, SECRETARY
AND

49. GREG ABBOTT, ATTORNEY GENERAL OF TEXAS
AND

50. UNITED STATES POSTAL SERVICE, POSTAL INSPECTION SERVICE
AND

51. ROGER WILLIAMS, TEXAS SECRETARY OF STATE
AND

10

52. CAROLE KEETON
    STRAYHORN TEXAS
    COMPTROLLER
              AND
53. WILLIAM S. WARREN
    WARREN LAW FIRM
              AND
54. AUSTIN APARTMENT
    ASSOCIATION
              AND
55. DOUG AND LINDA JEROET
    NATIONAL TENANT NETWORK
    NTN, INC
              AND

56. STATE FARM INSURANCE
              AND
    JAY VATH, CLAIMS INVESTIGATOR
              AND
    KEN CRONE, AGENT

11

# II    COMPLAINT

1. CLAIM FOR INJURY TO PLAINTIFF BUESGENS. FEDERAL TORT CLAIMS ACT FORM SF 95 MAILED AUGUST 19, 2005 AND RECEIVED BY DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASORY ON AUGUST 22 2005 AT 8:01 A.M. CERTIFIED MAIL RETURN RECEIPT.

2. GOVERNMENT EMPLOYEE HAD A DUTY THAT HE BREACHED.

3. GOVERNMENT AND EMPLOYEE FAILED DUE DILIGENCE

4. NEGLIGENCE, MISFEASANCE AND NON FEASANCE.

14

5. GENUINE ISSUE OF MATERIAL FACT — BUESGENS WAS CONSTRUCTIVELY DISCHARGED ON MARCH 7 2005 AND HAS BEEN UNABLE TO WORK SINCE.

6. BUESGENS WAS AWARDED O.P.M. DISABILITY RETIREMENT ON MARCH 7, 2005

7. THE CONSTRUCTIVE DISCHARGE IS A DIRECT RESULT OF GOVERNMENT EMPLOYEES BREACH OF DUTY OF CARE.

8. PRIVACY ACT VIOLATIONS AGAINST PLAINTIFF BUESGENS MEDICAL RECORDS — DIAGNOSIS AND PROGNOSIS ACCESSED AND DISTRIBUTED BY GOVERNMENT EMPLOYEES IN VIOLATION OF THE PRIVACY ACT.

15

9. FREEDOM OF INFORMATION ACT VIOLATIONS AGAINST BUESGENS BY AGENCIES AND EMPLOYEES.

REFUSING BUESGENS 2005 REQUESTS FOR INFORMATION.

10. VIOLATIONS OF EEOC REGULATIONS, AND O.P.M. REGULATIONS BY AGENCIES AND GOVERNMENT EMPLOYEES

11. RETALIATORY TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION INVESTIGATION.

RETALIATION FOR EEO COMPLAINTS

12. WITH HOLDING OF EVIDENCE AT BUESGENS DECEMBER 16, 2003 EEOC ADMINISTRATIVE HEARING 360-2003-8286X.

16

13. AGENCY AND EMPLOYEES
REFUSING DUESGENS
REASONABLE ACCOMMODATION
AND REASSIGNMENT.

BREACH OF DUTY IN NOT
USING VACANCY ANNOUNCEMENTS
AS REQUIRED BY O.P.M.
REGULATIONS.

14. BREACH OF DUTY IN DISMISSING
DUESGENS EEO COMPLAINTS
IN 2005.

15. NATIONAL TREASURY EMPLOYEES
UNION FAILURE TO REPRESENT.

16. NATIONAL TREASURY EMPLOYEES
UNION DISCRIMINATION.

17. FEDERAL LABOR RELATIONS
AUTHORITY BREACH OF DUTY
AND FAILURE TO INVESTIGATE.
F. L. R. A.

17

18. OFFICE OF SPECIAL COUNSEL FAILURES AND BREACH OF DUTY TO INVESTIGATE BUESGENS COMPLAINT.

19. OFFICE OF SPECIAL COUNSEL, OSC FAILURES AND BREACH OF DUTY TO INVESTIGATE RODOLFO LIZCANO'S COMPLAINTS AND WHISTLEBLOWING FOR EARNED INCOME TAX CREDIT COMPLAINT AGAINST AGENCY AND EMPLOYEES. EITC

20. RETALIATORY TAX AUDIT AGAINST RODOLFO LIZCANO I.R.S. EMPLOYEE (FORMER) EMPLOYED AT I.R.S. 1821 DIRECTORS BLVD AUSTIN, TEXAS 78744

21. CHARLES G. HERNDON NAMED AS DEFENDANT IN LIZCANO'S SUIT AGAINST I.R.S. 2003 AND 2004.

MR HERNDON WAS FACING CRIMINAL CHARGES BROUGHT BY I.R.S.

PLAINTIFF BUESGENS ALLEGES THAT A DEAL WAS CUT FOR HERNDON'S PROBATION IN U.S. DISTRICT COURT FOR THE WESTERN DISTRICT, AUSTIN DIVISION —

IN EXCHANGE FOR HERNDON NOT TESTIFYING IN LIZCANO'S WHISTLE BLOWER CASE IN THE SAME COURT AT THE SAME TIME.

HERNDON'S ATTORNEY WAS BEN FLOREY, JR.

19

22. LIZCANO RECEIVED SUMMARY JUDGMENT IN 2004 AND HERNDON RECEIVED PROBATION.

23. LIZCANO WAS AWARDED IN FORMA PAUPERIS, BUT NEVER RECEIVED APPOINTMENT OF COUNSEL.

24. RODOLFO LIZCANO DESIGNATED DEREK HOWARD AS HIS ATTORNEY, BUT NO APPOINTMENT OF COUNSEL WAS MADE BY COURT.

25. RODOLFO LIZCANO
FORMER I.R.S. EMPLOYEE
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744
AND
CHARLES G. HERNDON)
FORMER I.R.S. EMPLOYEE
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744
AND

20



MICHAEL L. BUESGENS
FORMER I.R.S. EMPLOYEE
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

**26.** SAME CAST OF CHARACTERS,
AGENCY EMPLOYEES BREACHING
A DUTY OWED TO RODOLFO
LIZCANO AND
MICHAEL L. BUESGENS

**27.** SAME TIME        FRAME
2003, 2004, 2005

**28.** SAME LOCATION.

**29.** SAME U.S. ATTORNEYS
AUSTIN, TEXAS WORKING
CIVIL AND CRIMINAL CASES
AND THE
GREY AREA BETWEEN.

*21*

<u>RODOLFO LIZCANO</u> CASE NOS.
TEXAS
1: 1993 CV 00018 & 1: 1993 AK 00044
1: 2002 CV 00526
1: 2002 CV 00526
1: 2003 CV 00661
1: 2003 CV 00661


<u>CHARLES G. MEKNOW</u> CASE NO.
1: 2004 CR 00171


<u>MICHAEL L. BUESGENS</u> CASE NOS.
A-05-CA-243 SS               M.D.L.
A-06-CA-260 LY
A-06-CA-226 LY
A-05-CA-2334 RCL

**FIFTH CIRCUIT** AND COURT OF APPEALS
AND
**M.S.P.B.**
DA-1221-06-0171-W1
AND EEOC COMPLAINTS
**22**

30. INTERNAL REVENUE SERVICE
EMPLOYEES POLLUTING THE
WELL AT MICHAEL L BUESGENS
FORMER RESIDENCE
FALCONRIDGE APARTMENTS
APARTMENT 1023
500 E. STASSNEY
AUSTIN, TEXAS 78745

VERY CLOSE TO I.R.S.
          1821 DIRECTORS BLVD
          AUSTIN, TX  78744

31  IN 2003 AND 2004 AND
2005 — I.R.S. EMPLOYEE
TENANTS COMPLAINING TO
FALCON RIDGE APARTMENTS
MANAGEMENT ABOUT BUESGENS
DISABILITY AND LOSS OF
JOB AT I.R.S.

23

32. _HUD_ DISMISSAL OF BUESGENS HOUSING DISCRIMINATION COMPLAINT # _06-06-293-8_ DATED AND FILED _DECEMBER 28, 2005_

33. _RETALIATORY EVICTION SUIT FILED BY CHARLES E. BROWN ATTORNEY AND ARNOLD TAUCH AND JACK C. MOSS AND KYLE TAUCH AND MANDY ROGERS AND DEBI WEHMEIER AND AMANDA WILSON - TORRES AND FALCON APARTMENTS OF AUSTIN_ I, INC, **GENERAL PARTNER** ON _DECEMBER 30, 200_

34. ATTORNEY CHARLES E BROWN _INTERFERENCE WITH BUESGENS HUD - HOUSING DISCRIMINATION COMPLAINT._

24



**35.** CHARLES E. BROWN, ATTORNEY INTERFERENCE WITH BOESGENS LEASE CONTRACT DATED DECEMBER 5, 2005 FOR THE PERIOD DECEMBER 26, 2005 THROUGH OCTOBER 22, 2006 **RENEWAL LEASE**

**36** ARM BRUST & BROWN, LLP AND CRADY, JEWETT, MCCOLLEY LLP VICARIOUS LIABILITY IN COLLUSION AND SUPPORT OF CHARLES E. BROWN.

**37.** UNLAWFUL WRIT OF POSSESSION EXECUTED ON JULY 6, 2006 AT FALCON RIDGE APARTMENTS APARTMENT 1023 500 E STASSNEY AUSTIN, TEXAS 78745

UNDER COLOR OF STATE

25

38. JULY 6, 2006 BUESGENS WAS ADMITTED TO SETON SHOAL CREEK HOSPITAL, AUSTIN, TEXAS

39. JULY 6, 2006 ALL OF BUESGENS FEDERAL CIVIL ACTIONS EVIDENCE AND CASE FILES WERE STOLEN (10 BOXES) IDENTIFICATION MEDICAL RECORDS, VA RECORDS, TAX RETURNS, PASSPORT. ALL OF HIS PROPERTY AND POSSESSIONS STOLEN AND SUBJECT TO CONVERSION.

BY
FALCON RIDGE APARTMENTS
AGENTS
AND
BRUCE ELFANT, TRAVIS COUNTY CONSTABLE, PRECINCT 5 AND TRAVIS COUNTY, AUSTIN, TEXAS ASSISTANT ATTORNEY FELIX TARANGO AND ARMBRUST&BROWN LLP AND CRADY, JEWETT, MCCULLEY, LLP.

26

40. MICHAEL SALYARDS GENERAL LEGAL SERVICES WITHHOLDING OF EVIDENCE AT DECEMBER 16, 2003 **EEOC** ADMINISTRATIVE HEARING.

41. MICHAEL SALYARDS PERJURED AFFIDAVIT IN CASE NO. A-05-CA-2334 RCL.

42. DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY, REFUSAL TO ACKNOWLEDGE RECEIPT OF BUESGENS **F.T.CA.** CLAIM AUGUST 22, 2005 AT 8:01 A.M.

43. MARY-ELLAN KRCHA AT I.R.S., WASHINGTON D.C. TELLING BUESGENS F.T.C.A. COMPLAINT WAS NOT RECEIVED AND TO FILE ANOTHER ONE.

27

44. THE COLLUSION IN THIS MAIL FRAUD BETWEEN MICHAEL SALYARDS AND MARY-ELLAN KRCHA AND DEPUTY GENERAL COUNSEL AND TREASORY INSPECTOR GENERAL FOR TAX ADMINISTRATION AND J. RUSSELL GEORGE AND

UNITED STATES POSTAL INSPECTOR.

45. COVER UP AND DELAY IN PROCESSING BUESGENS F.T.C.A. COMPLAINT RECEIVED AUGUST 22, 2005 BY DEPUTY GENERAL COUNSEL DEPARTMENT OF TREASURY.

A. 3 LB 4 OZ CLAIM NOT EASILY LOST.

46. LIES, PERJURY, COVER-UP NEGLIGENCE, COLLUSION, VICARIOUS LIABILITY.

28

47. TEXAS ATTORNEY GENERAL GREG ABBOTT BREACH OF DUTY OWED IN ENFORCING TEXAS STATUTES ON BUSINESS CORPORATIONS AND PARTNERSHIPS FOREIGN AND DOMESTIC

A. CHARTER FORFEITURES
B. FRANCHISE TAX LIABILITY
C. INVOLUNTARY DISOLUTIONS

48. THIRD DEGREE FELONY OFFENSES IN AVOIDING TEXAS FRANCHISE TAXES AND REPORTING REQUIREMENTS (DELIBERATE ACTIONS) BY ATTORNEY CHARLES E. BROWN AND ATTORNEY SHELLEY BUSH MARMON CRADY, JEWETT, McCULLEY, LLP

29

49. CHARTER FORFEITURES AFFECTING BUESGENS ABILITY TO SERVE PROCESS GREYSTAR HOLDINGS, INC.

50. TEXAS SECRETARY OF STATE ROGER WILLIAMS FAILURE TO REPORT VIOLATIONS TO THE TEXAS ATTORNEY GENERAL.

51. TEXAS COMPTROLLER, CAROLE KEETON STRAYHORN FAILING TO REPORT
THIRD DEGREE FELONY VIOLATIONS OF TEXAS TAX LAWS
TO
TEXAS ATTORNEY GENERAL

52. AUSTIN APARTMENT ASSOCIATION FAILURE TO MAINTAIN REGISTERED AGENT AND BUESGENS COMPLAINT TO THE TEXAS SECRETARY OF STATE

30

**53.** AUSTIN APARTMENT ASSOCIATION <u>BREACH OF DUTY</u> IN THE <u>PROCESSING OF BUESGENS</u> <u>DISPUTE RESOLUTION REQUEST</u> WITH <u>FALCON RIDGE APARTMENTS</u>

**54.** <u>MEMBERS</u> OF AUSTIN APARTMENT ASSOCIATION <u>REFUSING</u> TO <u>RENT AN APARTMENT</u> TO BUESGENS <u>BECAUSE OF HIS CONSTRUCTIVE EVICTION</u> ON JULY 6, 2006.

**55.** <u>ATTORNEY - MEMBERS</u> OF AUSTIN APARTMENT ASSOCIATION <u>ABUSE OF PROCESS</u> AGAINST BUESGENS (PLAINTIFF). (IN THE COURTS AND OUTSIDE THE COURTS).

**56.** AUSTIN APARTMENT ASSOCIATION UNLAWFUL TAX EXEMPT STATUS 501 (c) (6) BECAUSE INDIVIDUALS ARE RECEIVING A PROFIT

57. AUSTIN APARTMENT ASSOCIATION REFUSAL TO PROVIDE BUESGENS A COPY OF THEIR TAX RETURN AND ANNUAL REPORT AS REQUIRED FOR TAX EXEMPT ORGANIZATIONS.

58. AUSTIN APARTMENT ASSOCIATION AND TEXAS APARTMENT ASSOCIATION AND NATIONAL APARTMENT ASSOCIATION LEASE CONTRACTS WITH UNLAWFUL RELETTING FEES.

SEE    SUSAN C. ROBERTS
V.
GREYSTAR MANAGEMENT SERVICES
LP  AND
GREYSTAR HOLDINGS, INC

856 SO. 2d 992
PINELLAS COUNTY, FLORIDA
CASE NO. 02006336 CI
FLORIDA APARTMENT ASSOCIATION

32

59. FLORIDA APARTMENT LEASE CONTRACTS HAVE CHANGED AS A RESULT OF THIS LITIGATION

60. AUSTIN APARTMENT ASSOCIATION HAS NOT CHANGED AND THE RELETTING (UNLAWFUL) FEES CONTINUE IN TEXAS.

GREYSTAR MANAGEMENT SERVICES L.P.

AND

GREP GENERAL PARTNER, LLC

AND

FALCON APARTMENTS OF AUSTIN I, INC

AND

FALCON APARTMENTS OF AUSTIN LTD

AND

AUSTIN APARTMENT ASSOCIATION

AND

ATTORNEY WILLIAM S WARREN

33

61. TENANT BLACKLISTING OF BUESGENS (PLAINTIFF-PRO SE - PRIVATE ATTORNEY GENERAL) BY

DOUGLAS AND LINDA JERDET NATIONAL TENANTS NETWORK NTN, INC

CREDIT AGENCY - TENANT BLACKLISTING IN TEXAS AND NATIONWIDE

VIOLATIONS OF THE FAIR CREDIT REPORTING ACT AND FACT ACT

IN COLLUSION)

WITH AUSTIN APARTMENT ASSOCIATION AND FALCON APARTMENTS OF AUSTIN I, INC AND GREP GENERAL PARTNER, LLC

34

PLAINTIFF BUESGENS HAS BEEN AND CONTINUES TO BE SEVERELY HARMED BY THE FOREGOING ADVERSE ACTIONS.

**62** THERE ARE PAST, PRESENT AND FUTURE COMPENSATORY AND PUNITIVE AND EXEMPLARY DAMAGES

**63.** EMOTIONAL PAIN AND SUFFERING.

**64.** INCONVENIENCE.

**65.** MENTAL ANGUISH.

**66.** LOSS OF ENJOYMENT OF LIFE.

**67.** INJURY TO PROFESSIONAL STANDING.

**68.** INJURY TO CHARACTER AND REPUTATION.

35

69. INJURY TO CREDIT STANDING.

70. LOSS OF HEALTH.

71. FRIGHT, SHOCK, HUMILIATION, INDIGNITY, APPREHENSION.

72. LOSS OF SELF-ESTEEM.

73. PHYSICAL INJURY.

74. ANXIETY.

75. SEVERE DEPRESSION.

76. LOSS OF RESPECT.

77. ISOLATION AND GRIEF.

78. SLEEPLESSNESS, FATIGUE.

79. GASTROINTESTINAL PROBLEMS.

80. EXTREME STRESS.

36

81.  STATE FARM INSURANCE
CLAIM NO. 53-Q912-998
A. PERSONAL INJURY
B. THEFT OF PROPERTY
C. CONVERSION
        AND
KEN CRONE, AGENT
DENISE, AGENT
LEAF WALKER, AGENT
JAY VATH, CLAIMS REPRESENTATIVE

HAVE DENIED BUESGENS CLAIM
AGAINST HIS RENTERS POLICY
        AND
REFUSED TO TAKE HIS PERSONAL
INJURY CLAIM
        AND
FAILED TO INVESTIGATE
BUESGENS CLAIMS.

THAT RESULTED FROM HIS HOUSING
DISCRIMINATION COMPLAINT DATED
DECEMBER 28, 2005
        COMPLAINT NO. 06-06-293-8
        HUD

37

AND, THE RETALIATORY EVICTION
SUIT DATED DECEMBER 30, 2005
          AND
CONSTRUCTIVE EVICTION ON
JULY 6, 2006
          AND
UNLAWFUL WRIT OF POSSESSION,
EXECUTED ON JULY 6, 2006
BY FALCON APARTMENTS OF
AUSTIN I INC — AGENTS
          AND
TRAVIS COUNTY, AUSTIN, TEXAS
CONSTABLE BRUCE ELFANT,
PRECINCT 5
          AND
DEPUTY JOE ROSSER
          AND
DEPUTY TORRES
          AND
EELIX TARRANGO, ASSISTANT
TRAVIS COUNTY ATTORNEY
          AND
TRAVIS COUNTY JUDGE DAVID
PHILLIPS CASE NO. C-1-CV-06-006678
AND CASE NO. A-06-CA-260 LY AND
CASE NO. A-06-CA-226 LY

38

AND

DAVID FERRIS, CIVIL DIVISION
MANAGER TRAVIS COUNTY COURT
AT LAW NO. 1, AUSTIN, TEXAS
AND

GREGORY S. CAGLE
FRANK BROWN
DAVID ARMBRUST
ARMBRUST & BROWN, LLP
AND

DUNHAM JEWETT
SHELLEY BUSH MARMON
GRADY, JEWETT & McCULLEY, LLP

AND
WILLIAM S. WARREN ATTORNEY
AUSTIN APARTMENT ASSOCIATION

39

82. THAT THIS COMPLAINT
NO. 1-82 AND THE
INDIVIDUALS AND PERSONS
AND AGENCIES AND CORPORATIONS
FOREIGN AND DOMESTIC AND
PARTNERSHIPS ARE RELATED
AND INTERTWINED IN THE

FOREGOING CAUSES OF ACTION
AND ARE

THE PROXIMATE CAUSE OF
THE ACTUAL LOSSES AND
DAMAGES SUFFERED BY
PLAINTIFF BUESGENS

GENUINE ISSUES OF MATERIAL
FACT AND BREACH OF DUTY
AND FAILURES OF DUE DILIGENCE
AND DISCRIMINATION AND
RETALIATION IN COLLUSION
AND VICARIOUS LIABILITY OF
THE CAST OF CHARACTERS.

40

83. THAT PLAINTIFF RODOLFO LIZCANO HAS SUFFERED SIMILAR LOSSES AS PLAINTIFF BUESGENS (PRO SE) BY THE SAME CAST OF GOVERNMENT (FEDERAL) AGENCIES AND EMPLOYEES.

84. RODOLFO LIZCANO - RETALIATORY AUDIT (TAX) - I.R.S.

85. RODOLFO LIZCANO'S WHISTLE BLOWING COMPLAINT WITH O.S.C. AND FILED IN U.S. DISTRICT COURT FOR THE SOUTHERN DIVISION OF TEXAS, MCALLEN, TEXAS.

86 ACTION TRANSFERRED TO AUSTIN DIVISION.

41

**87.** IN FORMA PAUPERIS
GRANTED AND

NO APPOINTMENT OF COUNSEL

**88.** RODOLFO LIZCANO (FORMER
I.R.S. EMPLOYEE "IN HOUSE")
EEO DISCRIMINATION COMPLAINT
AND
EEO SUPERVISOR MELINDA ESTRADA

**89.** RODOLFO LIZCANO'S
WHISTLEBLOWING COMPLAINT
ON
EARNED INCOME TAX CREDIT
(EITC)
AND
RICHARD R. AUBY
AND
CHARLES G. HERNDON
AND
THOMAS LEGER
AND
LABOR RELATIONS AT
I.R.S.

42

90. SIMILAR ADVERSE ACTIONS
SAME CAST OF CHARACTERS
AND DEALS CUT

43