# TABLE OF CONTENTS

I. 1. DEFENDANTS NUMBER OF 56 — PAGE 1

II. 2. COMPLAINT - STATEMENT OF CLAIM — PAGE 14

III. 3. PARTIES THAT SHOULD BE JOINED BUT ARE NOT — PAGE 44

IV. 4. JURISDICTION
SUPPLEMENTAL JURISDICTION
FACTUAL ALLEGATIONS
RECORDS AND DOCUMENTS
IN WASHINGTON, D.C. — PAGE 46

V. 5. DEMAND FOR JURY TRIAL — PAGE 49

VI   REQUEST FOR WAIVER OF SERVICE OF PROCESS
     PAGE 49

VII  ATTORNEY FEES
     PAGE 49

VIII CONDITIONS PRECEDENT
     PAGE 50

IX   CERTIFICATE OF SERVICE
     PAGE 53

X    EXHIBIT          PAGE 57
     TORT CLAIM
     FTCA

13