# III PARTIES THAT SHOULD BE JOINED BUT ARE NOT

RULE 19(c) FEDERAL RULES OF CIVIL PROCEDURE

THEY ARE NOT JOINED BECAUSE BUESGENS DOESN'T BELIEVE THE COURT HOUSE IS BIG ENOUGH FOR EVERYBODY.

1. TRAVIS COUNTY, AUSTIN, TEXAS
2. JUSTICE OF THE PEACE, PRECINCT 3 AND 5
   JUDGE MELISSA GOODWIN
   JUDGE HERB EVANS
   JUDGE HARRIET MURPHY
3. JUDGE DAVID PHILLIPS, TRAVIS COUNTY COURT AT LAW NO. 1
4. FELIX TARRANGO AND TRAVIS COUNTY ATTORNEY
5. BRUCE ELFANT CONSTABLE TRAVIS COUNTY, PRECINCT 5

44

6. CITY OF AUSTIN
7. CITY OF AUSTIN POLICE
8. CITY OF AUSTIN FAIR HOUSING OFFICE (HUD CERTIFIED)
9. JOHN A. BENAVIDES
10. CHARLES H. GORHAM
11. GARRY SWEENEY
12. CHARLES BEAVER, ATTORNEY
13. ANN MORGAN, ATTORNEY

14. DAVID FERRIS, CIVIL DIVISION MANAGER, TRAVIS COUNTY COURT AT LAW NO. 1, AUSTIN, TEXAS

ETC.

45