# IV. JURISDICTION IV

PLAINTIFF – PRO SE – PRIVATE ATTORNEY GENERAL HAS CLEARLY SET OUT THE FACTS TO SUPPORT FEDERAL JURISDICTION IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THE FEDERAL JURISDICTION HAS BEEN CITED:

1. FEDERAL TORT CLAIMS ACT
2. PRIVACY ACT
3. FREEDOM OF INFORMATION ACT
4. REHABILITATION ACT
5. AMERICANS WITH DISABILITIES ACT
6. FAIR HOUSING ACT
7. FAIR CREDIT REPORTING ACT
8. FACT ACT
9. WHISTLE BLOWING

10. LEASE CONTRACT VIOLATIONS
11. TAX FRAUD
12. TEXAS STATUTES
13. UNDER COLOR OF STATE LAW
14. DISCRIMINATION
15. RETALIATION
16. STATUTORY ACTIONS AND ADMINISTRATIVE AGENCIES
    E.E.O.C.
    O.P.M.
    F.L.R.A.
    O.S.C.
    HEALTH AND HUMAN SERVICES AND FOH
17. VIOLATIONS OF INTERNAL REVENUE SERVICE CODE

18. THIS COURT HAS SUPPLEMENTAL JURISDICTION
    RULE 8(a)(1) OF THE FEDERAL RULES OF PROCEDURE

47

19. PLAINTIFF BUESGENS HAS MADE A STATEMENT OF CLAIM IN THE COMPLAINT

20. THE FACTUAL ALLEGATIONS DID OCCUR AND ARE DOCUMENTED IN COURT FILINGS AND AGENCY RECORDS.

21. BUESGENS HAS MADE ALLEGATIONS OF TAX FRAUD AND THAT IS DOCUMENTED AT THE TEXAS ATTORNEY GENERAL AND
TEXAS SECRETARY OF STATE
AND
TEXAS COMPTROLLER

22. PLAINTIFF BUESGENS HAS PLED DAMAGES

23. BUESGENS TORT CLAIM FTCA CLAIM IS $2,346,464.00
**SEE EXHIBIT 48**