## V

## DEMAND FOR JURY TRIAL

PLAINTIFF BUESGENS REQUESTS A JURY TRIAL.

## VI

## REQUEST FOR WAIVER OF SERVICE OF PROCESS

PLAINTIFF BUESGENS REQUESTS DEFENDANTS WAIVE SERVICE OF PROCESS.

## VII

## ATTORNEY FEES

PLAINTIFF BUESGENS REQUESTS ATTORNEY FEES IF AN ATTORNEY MAKES AN APPEARANCE FOR PLAINTIFF MICHAEL L. BUESGENS OR PLAINTIFF RUDOLFO LIZCANO IN THIS ACTION

49