

# VIII   CONDITIONS PRECEDENT

ALL CONDITIONS PRECEDENT HAVE BEEN PERFORMED.

DEFENDANTS ARE WELL AWARE OF PLAINTIFF BUESGENC COMPLAINTS AND HAVE THE RECORDS OF CORRESPONDENCE AVAILABLE.

DEFENDANTS ARE AWARE OF RODOLFO LIZCANO COMPLAINTS AND COURT FILINGS

MOREOVER THERE IS A REQUEST FOR TRANSFER OF CIVIL ACTIONS TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA. **AND** MDL LITIGATION NO 1800

50

✓ ALL OF BUESGENS RECORDS ARE IN WASHINGTON, D.C. IN THE COURTS AND AT THE AGENCIES

1. DEPARTMENT OF TREASURY
2. INTERNAL REVENUE SERVICE
3. E.E.O.C.
4. O.P.M.
5. O.S.C.
6. NATIONAL TREASURY EMPLOYEES UNION (NTEU)
7. F.L.R.A.
8. HEALTH AND HUMAN SERVICES (FOIA)
9. DEPARTMENT OF JUSTICE

10. THE APEX IS IN WASHINGTON, D.C. AND BUESGENS HAS SENT THEM VOLUMINOUS CORRESPONDENCE IN 2005 AND 2006

11. GREP GENERAL PARTNER, LLC IS REGISTERED IN DELAWARE.

51

RESPECTFULLY SUBMITTED,

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRO SE
AUGUST 28, 2006

AND

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRIVATE ATTORNEY GENERAL
FOR

PLAINTIFF RODOLFO LIZCANO

*Michael L. Buesgens*
AUGUST 28, 2006

52