

# IX CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS ORIGINAL COMPLAINT FILED AT U.S. DISTRICT COURT FOR DISTRICT OF COLUMBIA WAS SERVED BY FIRST CLASS MAIL ON THIS 28TH AND 29TH DAY OF AUGUST, 2006
ADDRESSED TO:

1. KAREN MELNIK
ASSISTANT U.S. ATTORNEY
555 4TH ST., NW
E 4112
WASHINGTON, D.C. 20530
AND

2. GREGORY O'DUDEN
ATTORNEY
NATIONAL TREASURY EMPLOYEES UNION
1750 H STREET, NW
WASHINGTON, DC 20006-4600
AND

53

R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
816 CONGRESS AVE #1000
AUSTIN, TEXAS 78701
    AND
ROBERT A. FAITH, PRESIDENT
GREP GENERAL PARTNER, LLC
11 STATE STREET
CHARLESTON, SC 29401
FED TAX ID: 043611398
    AND
BEN FLOREY, JR.
ATTORNEY
1800 GUADALUPE, ST
AUSTIN, TEXAS 78701
    AND
DAVID ARMBRUST
ARMBRUST & BROWN, LLP
100 CONGRESS AVENUE
#1300
AUSTIN, TEXAS 78701
FED TAX ID: 742827166

    AND

54

<u>DUNHAM JEWETT</u>
<u>CRADY JEWETT & McCULLEY, LLP</u>
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125
<u>FED TAX ID</u>: 741966745
AND
<u>WILLIAM S. WARREN</u>
<u>WARREN LAW FIRM</u>
1011 WESTLAKE BLVD
AUSTIN, TEXAS 78746
AND
<u>CHARLES E. BROWN, P.C.</u>
3624 NORTH HILLS DRIVE
#B-100
AUSTIN, TEXAS 78731
PHONE: 512-346-6000
FAX: 512-346-6005
AND
CHARLES G. HERNDON
9901 BRIAR RIDGE
AUSTIN, TEXAS 78748

AND

55

KATYE OUDERSTMT,
EEOC SUPERVISORY
JUDGE
5410 FREDRICKSBURG RD.
SUITE 200
SAN ANTONIO, TEXAS 78229


MEGAN GOERES
FALCON RIDGE APARTMENTS
APARTMENT 327
500 E STASSNEY
AUSTIN, TEXAS 78745
PHONE: 512-326-5000

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF - PRO SE - PRIVATE
ATTORNEY GENERAL
3112 WINDSOR RD, #A322
AUSTIN, TEXAS 78703
512-339-6005 EXT 7391
MIKEBUESGENS@HOTMAIL.COM

56

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit To Appropriate Federal Agency.
DEPARTMENT OF TREASURY
DEPUTY GENERAL COUNSEL
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)
MICHAEL L. BUESGENS
500 E. STASSNEY
APT 1023
AUSTIN, TX 78745

3. TYPE OF EMPLOYMENT: ☐ MILITARY ☒ CIVILIAN
4. DATE OF BIRTH: 9-3-50
5. MARITAL STATUS: SINGLE
6. DATE AND DAY OF ACCIDENT: MARCH 7, 2005
7. TIME (A.M. or P.M.): AM AM PM

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

CLAIMANT WAS CONSTRUCTIVELY DISCHARGED ON MARCH 7, 2005. THE CAUSE WAS NEGLIGENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. THE NEGLIGENT ACTS, INTENTIONAL ACTS, WRONGFUL ACTS, AND OMISSION FROM COLLUSION BY DEPARTMENT OF TREASURY AND INTERNAL REVENUE SERVICE EMPLOYEES AND OFFICERS ACTING WITHIN THE SCOPE OF THEIR OFFICIAL DUTIES. [ADDITIONAL PAGES]

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
N/A

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

PERSONAL INJURY, PSYCHOLOGICAL INJURY, EMOTIONAL INJURY, ECONOMIC INJURY, EMOTIONAL DISTRESS, MENTAL ANGUISH, PAIN AND SUFFERING, LOSS OF ENJOYMENT. THE EXTENT OF THESE INJURIES IS PAST, PRESENT, FUTURE

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| RUSSELL BOKELMAN JAMES SHELTON SAL MACIAS | INTERNAL REVENUE SERVICE AUSTIN COMPLIANCE CENTER 1821 DIRECTORS BLVD AUSTIN, TEXAS 78767 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $2,346,464.00 | N/A | $2,346,464.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)
Michael R Buesgens

13b. Phone number of signatory: 512-447-7031
14. DATE OF CLAIM: 8-19-05

06 1558

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.
NSN 7540-00-634-4046
STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT OF JUSTICE
28 CFR 14.2

FILED
SEP - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

57