Direct Query - Intranet - "Quick" ___ch    Page 1 of 1

*FTCA CLAIM*

*SF 95*



X

## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7002 2030 0000 3739 5133 | | **Date/Time Mailed:** 08/19/2005 09:38 | |
| **Destination** | **ZIP Code:** 20220 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 78701 | **City:** AUSTIN | **State:** TX |

**Class:** Priority Mail

**Anticipated Delivery Date:** 08/22/2005

**Weight:** 3 lb(s) 4 oz(s)          **Postage:** $12.55

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7002 2030 0000 3739 5133 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 08/22/2005 08:01 | WASHINGTON, DC 20220 | L043800 |
| | Firm Name: TREASURY 20220 R4 | | |
| | Recipient: 'K ROBERTSON' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 08/22/2005 03:55 | WASHINGTON, DC 20022 | K240434 |
| ACCEPT OR PICKUP | 08/19/2005 09:38 | AUSTIN, TX 78701 | |



| | | |
|---|---|---|
| Postage | 8.30 | UNIT ID: 0103 |
| | 2.30 | |
| | 1.75 | |
| | | Clerk: K59704 |
| | 12.55 | 08/19/05 |

*DEPARTMENT OF TREASURY DEPUTY COUNSEL*
*1500 PENNSYLVANIA AVE NW*
*WASHINGTON, DC 20220*

| | |
|---|---|
| 1 | Use this form for ordinary mail and Certified Mail™ only  Use Form 1000, *Domestic Claim or Registered Mail Inquiry*, to report loss or rifling of COD and domestic insured mail. Use Form 542 *Inquiry About a Registered Article or an Insured Parcel or an Ordinary Article*, to report loss or rifling of domestic registered mail |
| 2. | Be sure to complete all applicable items in Part II |
| 3. | Send Parts II-D and II-E immediately to: 1510 PROCESSING UNIT/ 222 S RIVERSIDE PL STE 1250/ U.S. POSTAL INSPECTION SERVICE/ CHICAGO IL 60606-6100 |
| 4 | If complaint indicates rifling, obtain envelope or wrapper (if possible) and forward it with the Form 1510 to the address given in paragraph 3 |
| 5 | If the complaint is made at stations or branches, send the remaining parts of the form to the main office. Claims and Inquiry Section. |
| 6. | Information outlining the processing of this form is contained in Section 169.5 of the *Postal Operations Manual*. |

**(Remove This Portion Before Mailing)**

## Part I

**Postal Customer:**

The sender of the article decribed below has made an inquiry regarding delivery of the item. The article was not located at the mailing office. Therefore, we are contacting you to determine if the article has been delivered. Please indicate below if the article has been received. Return the form in the enclosed PRE-ADDRESSED ENVELOPE WHICH REQUIRES NO POSTAGE. Your response will assist the Postal Service™ in providing improved service. **PLEASE RETURN BOTH PARTS I AND II-A.**

**THANK YOU**

The Article Was:                                    Date of Reply                Signature of Addressee or Agent

    Received *(Date if known)* _____

    Not Received              Refused

Remarks

PS Form **1510**, January 2005, (PSN 7530-01-000-9335)

## Part II-A

*Note: Use ballpoint pen and press down firmly if you are making five copies.*

**U.S. Postal Service**
**Mail Loss/Rifling Report**

| 1. Complaint Date | 2. Office Accepting Complaint *(City and state)* | 3. Complaint |
|---|---|---|
| | | ✓ Loss  ✓ Rifling |

| 4. Article Was Mailed By | 5. Article Was Addressed To |
|---|---|
| a. Name MICHAEL L. BOESGENS | a. Name DEPARTMENT OF TREASURY, GENERAL COUNSEL, DEPUTY |
| b. Return Address as on Article Mailed 500 E STASSNEY APT 1023 | b. Address as on Article Mailed 1500 PENNSYLVANIA AVE, NW |
| c. City AUSTIN  d. State TX  e. ZIP+4® 78745 | c. City WASHINGTON, DC  d. State  e. ZIP+4 20220 |
| f. Day Telephone Number *(Include area code)* 512-447-7031 | f. Day Telephone Number *(Include area code)* 202-283-7908 |

| 6. Article Was Mailed | 7. Article Was Sent | 8. Type of Mail |
|---|---|---|
| a. Date  b. Time | First-Class Mail®    Parcel Post® | Letter    ✓ Parcel |
| Month 8  Day 19  Year 05    9:38 ✓ AM / PM (Hour) | Other *(Specify)* CERTIFIED | Other *(Specify)* |

| 9. Special Services | | |
|---|---|---|
| Special Handling    Special Delivery    ✓ Certified Mail™ No. 7002 2030 0000 3739 5133 | | Return Receipt for Merchandise No. |

| 10a. Place of Mailing | 10b. Name and/or Address of Place of Mailing |
|---|---|
| ✓ Main Post Office™ | UNITED STATES POSTAL SERVICE |
| Station or Branch | 510 GUADALUPE ST. AUSTIN, TEXAS |
| Contract Station | |
| Collection Box | 10c. City and State of Place of Mailing  10d. ZIP+4 of Place of Mailing |
| Residence or Business | AUSTIN, TEXAS     78701 |

| 11. Contents of Article *(Describe in detail, size, color, brand name, serial no., and amount, etc.)* | 12. Value |
|---|---|
| 3 POUND 4 OUNCE FTCA CLAIM FORM SF 95 AND ATTACHMENTS APPROXIMATELY 200 PAGES | $2,346,464.00 |

PS Form **1510**, January 2005 (PSN 7530-01-000-9335)

**UNITED STATES POSTAL SERVICE™**

**Mail Theft and Vandalism Complaint**

1. Post Office (Including Station or Unit and ZIP + 6)
WASHINGTON, DC 20220
LO 43700

2. Name of Complainant
MICHAEL L. BUESGENS

Street Address
300 E. STASSNEY    Apt No. 1023    Home Telephone (Include Area Code) 512-447-7031

City, State, and ZIP + 4
AUSTIN, TEXAS 78745    Work Telephone (Include Area Code) SAME

3. Nature of Complaint
[X] Theft of Mail    [ ] Damage to Mailbox    [X] Mail Tampering    [X] Mail Rifling    [X] False Change of Address
[ ] Fire in Mailbox    [X] Other (Describe) 18 USC 1708 & 1709    Occurrence Date and Hour AUGUST 22, 2005 8:01 AM

4. Contents of Mail Stolen
[ ] Correspondence    [ ] Currency    [ ] Check    [ ] Bank Statement    [ ] Credit Card    [ ] ATP (Food stamps card)
[ ] Credit Card Statement    [X] Other (Describe) FEDERAL TORT CLAIMS ACT (FTCA) FORM SF95

5. Type of Delivery
[ ] Apt. House; No. of Families____    [ ] Private Home    [ ] P.O. Box    [ ] Rooming House    [ ] Office Building    [ ] Rural or HCR
[ ] Hotel/Hospital    [X] Other (Describe) DEPUTY GENERAL COUNSEL, DEPARTMENT OF TREASURY

6. Type of Receptacle
[ ] Door Slot    [ ] NDCBU    [ ] Approved Apartment Panel    [ ] Collection    [ ] Residence    Locked? [X] Yes
[ ] Desk Service    [ ] Rural Type    [X] Combination    [ ] No

7. Particulars of Stolen Check
[ ] 01) Personal    [ ] 02) Commercial    [ ] 03) Local    [ ] 04) State    [ ] 05) Federal    [ ] 06) Money Order    [ ] 07) ATP

Sender's Name and Address

Payee (If different from complainant)

| Amount $ | Check No. | Date | Symbol No. (If U.S. Treasury) |
| --- | --- | --- | --- |
| Maker of Check | | Bank on Which Drawn | |

8. Purpose for Which Check Issued

9. If Check or Money Order Was Cashed, Obtain Particulars (Date, place, person accepting it, etc.)

10. Suspects (Name, address, physical description, car description and license no.)
DEPUTY GENERAL COUNSEL AND TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION (TIGTA) DEPARTMENT OF TREASURY;
K. ROBERTSON, DEPARTMENT OF TREASURY

11. Were Police Notified?
[ ] Yes (If "Yes," give Police Report No.:____)    [X] No (If "No," instruct complainant to do so)

12. Remarks (Continue on reverse, if necessary)
U.S. POSTAL SERVICE EMPLOYEE THAT DELIVERED THE 3LB 4OZ
FTCA CLAIM. AND MARY-ELLEN KRCHA, CLAIMS MANAGER
IRS OFFICE OF CHIEF COUNSEL, WASHINGTON, DC. 202-283-7908

13. Date of Complaint
11/29/05

14. Complaint Received by (Signature)

PS Form 2016, March 1994

Michael L. Buesgens



U.S. POSTAL INSPECTION SERVICE

## Mail Fraud Report

*See Privacy Act Statement on Page 3*

---

**Complainant Information**

Your Name  *MICHAEL L. BUESGENS*    SSN*          Year of Birth*

Address  *500 E. STASSNEY  APT 1023*

City  *AUSTIN*    State *TX*    ZIP Code *78745*    Country *USA*

Home Phone No. (Include Area Code)  *512-447-7031*    Work Phone No. (Include Area Code)  *SAME*    E-Mail  *NONE*

*These two fields are optional, but the information may be helpful to Postal Inspectors tracking your complaint. Also, penalties may increase when certain crimes target particular age groups.

---

**Complaint Filed Against**

Company Name  *DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE*    Person's Name and Title  *(MARY-ELLAN ARCHA)*

Address  *IRS OFFICE OF CHIEF COUNSEL (CC:GLS:CLP) GENERAL LEGAL SERVICES*

City  *950 L'ENFANT PLAZA, SW, 2nd Floor*  State  *WASHINGTON, DC*    ZIP Code *20024*    Country *USA*

Home Phone No. (Include Area Code)  *UNKNOWN*    Work Phone No. (Include Area Code)  *202-283-7908*    E-Mail  *UNKNOWN*

Fax No. (Include Area Code)  *UNKNOWN*    Web Address  *UNKNOWN*

---

**Details of Mail Fraud Complaint**

Did You Lose Money?
☐ Yes. If so, how much? *(MAYBE)*   ☐ No

What Was the Advertised Cost of the Offer?  *FTCA CLAIM 2,346,464.00*

How Did You Pay? (Check one)   ☐ Postal Money Order   ☐ Electronic Transfer   ☐ Debit Card
☐ Cash   ☐ Check   ☐ Other Money Order   ☐ Credit Card   ☐ Telephone Bill

Date of Payment  *NO PAYMENTS*

Find the General Category Below that Describes Your Area of Concern, and Check the Specific Item. (Check one only)

**Advance Payment**
☐ Loan
☐ Credit Repair/Debt Consolidation
☐ Credit Card
☐ Student Loan
☐ Mortgage

☐ Chain Letter

☐ Charity Fraud

**Education**
☐ School
☐ Degree

(Employment)
☐ Postal Job
☐ Overseas Job
☐ Work at Home *(Such as envelope stuffing)*
☐ Distributorship/Multilevel Marketing

*EMPLOYMENT TORT CLAIM SF95 FTCA*

**False Bill or Notice**
☐ Office Supplies
☐ Directory Solicitation
☐ Subscription/Periodical
☐ Classified Ad
☐ Taxes

☒ Harassment *(Merchandise ordered in your name without your consent.)*

**Investment**
☐ Real Estate
☐ Gems, Coins, Precious Metals
☐ Securities

**Lottery** *(You pay to play.)*
☐ Domestic
☐ Foreign

**Medical Quackery**
☐ Weight Loss
☐ AIDS Cure
☐ Cancer Cure
☐ Sexual Aid

**Merchandise or Service**
☐ Failure to Pay
☒ Failure to Provide
☒ Misrepresentation of Product/Service

☐ Nigerian Fraud

**Personals**
☐ Mail-Order Bride
☐ Dating Service
☐ False Divorce Decree

☐ Prize or Sweepstakes

☐ Sexually Oriented Advertisement

☐ Vacation or Travel

---

On What Date Did You Receive the Solicitation?  *HARASSMENT FRAUD, DESERTION, OBSTRUCTION, DELAY AND DESTRUCTION OF MAIL, DECEPTIVE MAILING DATED OCTOBER 31, 2005*

PS Form **8165**, January 1999 (Page 1 of 3)

**How Were You Contacted?** *(Check one)*

[X] U.S. Mail    [ ] Newspaper    [ ] Radio/TV    [ ] Internet    [ ] Fax

[X] Telephone    [ ] Magazine    [ ] In Person    [ ] E-Mail    [ ] Other

**If by Mail, Do You Have the Envelope It Was Mailed in?**    **Does the Envelope Have a Permit Number Instead of a Stamp?**

[X] Yes    [ ] No      [X] Yes; Permit No _____    [ ] No

**Does the Envelope Have a Postage Meter Number Instead of a Stamp?**    **How Did You Respond to the Offer?** *22312- MAILED FROM*

[X] Yes; Meter No: *01H04140 10035*    [ ] No    [X] U.S. Mail   [X] Telephone   [ ] Internet   [ ] E-Mail   [ ] Fax

**Do You Have a Mailing Receipt From Your Response (Such as for certified, insured or Express Mail)?**

[X] Yes; Mail Receipt No.: *7002 2030 0000 3738 5133 CERTIFIED MAIL*

**To What Address Did You Mail Your Response?**

*DEPARTMENT OF TREASURY, DEPUTY COUNSEL, 1500 PENNSYLVANIA AVE, NW WASHINGTON, DC 20220*

**What Did You Receive?** *NOTHING*

**How Did It Differ From What You Expected?** *IT MET MY EXPECTATIONS - THIS IS AN ABUSE OF POWER*

**Do You Have the Item?**    **How Was It Delivered?**

[ ] Yes    [X] No      [ ] U.S. Mail    [ ] Private Courier    [ ] In Person

**Have You Contacted the Company or Person About the Complaint?**

[X] Yes    [ ] No. Why?    [ ] Delivery Attempted, Returned Endorsed    [ ] Disconnected Telephone

Date of Last Contact: *11/9/05 AT 3:45 pm*    [ ] Moved, Left No Address    [ ] Unlisted Telephone

*TELEPHONE*    *CST*    [ ] Unanswered Telephone    [ ] Address Unavailable

Legitimate businesses appreciate feedback. Check the offer for the delivery time frame, usually 6 to 8 weeks, and then contact the company. Please wait 2 weeks after contacting them before sending us this form. When a delivery time is not specified, a Federal Trade Commission rule mandates fulfillment within 30 days, unless you applied for first-time credit with the company.

**Additional Information You Feel Is Important**

*18 USC 1700, 1701, 1702 & 1703*
*THE DEPARTMENT OF TREASURY HAS MY FTCA CLAIM*
*FORM SF 95 AND MARY-ELLEN KRCHA AT THE IRS*
*OFFICE OF CHIEF COUNSEL IS HARASSING ME, CAUSING*
*ME A LOSS IN SUBSTANTIAL DUE PROCESS RIGHTS AND*
*MONETARY LOSS AND PSYCHOLOGICAL INJURY.*
*FOR ME TO SEND ANOTHER CLAIM WOULD SEVERELY AFRT MY LEGAL RIGHTS*

**Print Your Name** *MICHAEL L. BUESGENS*    (signature)    **Today's Date** *11/29/05*

---

Thank you for completing this form. Please mail it with copies *(not originals)* of any bills, receipts, advertisements, canceled checks (front and back) or correspondence related to your report to the address below.

The U.S. Postal Inspection Service is a federal law enforcement agency. Postal Inspectors gather facts and evidence to determine whether a violation has occurred under the Mail Fraud or False Representation Statutes. While the Postal Inspection Service can't guarantee that you'll recover money lost to fraud, the information can help alert Inspectors about new fraud schemes and prevent others from being victimized.

Postal Inspectors base mail fraud investigations on the number, substance, and pattern of complaints received from the public; therefore, we ask you to keep all original documents relating to your complaint, including the solicitation, any mailing envelopes, and canceled checks. Under our Consumer Protection Program, Postal Inspectors may contact individuals or businesses on your behalf to request that complaints be resolved. We will contact you if more information is needed

Postal Inspectors caution that, once you've been targeted in a fraud scheme, your name may be passed along to other con artists, so beware of future solicitations. If you know of others who believe they were

victimized in a fraud scheme, we recommend that you encourage them to submit a Mail Fraud Report as well.

Avoid being a victim: Postal Inspectors recommend that, before completing a business transaction, contact the Chamber of Commerce, Better Business Bureau, or county or state Office of Consumer Affairs in the area where the firm is located to get any information available on the company. If you have Internet access, you can get information from the Better Business Bureau online at: www.bbb.org, and from the individual state Attorneys General Consumer Protection Divisions at www.naag.org. Also, check the Postal Inspection Service Web site at: www.usps.gov/postalinspectors for more information on fraud schemes that involve the use of the mail.

**Remember: If a deal sounds too good to be true, it probably is!**

Please return this form to your postmaster, or mail to this address:

INSPECTION SERVICE SUPPORT GROUP
222 S RIVERSIDE PLAZA STE 1250
CHICAGO IL 60606-6100

**Privacy Act Statement:** The collection of this information, which will be used to address your complaint, is authorized by 39 USC 404, 18 USC 3061 and 5 USC, App 3 It may be disclosed to an agency that requests information in the course of a background check, to an appropriate government agency, domestic or foreign, for law enforcement purposes; if pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits, to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction and to a labor organization as required by the National Labor Relations Act to an appropriate foreign or international law enforcement agency, organization or individual for investigative or prosecutorial purposes to assist in crime prevention or detection; to obtain information relating to a pending investigation, trial or hearing; to obtain the cooperation of a witness or informant, or to notify of the status of the case; to a party or their attorney to discuss settlement, plea bargaining or discovery proceedings; to an agency or individual concerned with maintenance, extradition or release of a person held in custody, to a foreign country pursuant to an international treaty, convention or executive agreement, to the public, news media, trade associations or organized groups, if it is of interest, on accomplishments of the Postal Service or its employees; to a foreign country when apprehending or returning a fugitive to a jurisdiction seeking return; to American Insurance Association Index System members if it relates to accidents or injuries: or to elicit information from or alert organizations or individuals that share an electronic bulletin board with respect to potential criminal activity. Completion of this form is voluntary; however, the Postal Inspection Service may not be able to address your complaint if the information is not provided.