UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
        PLAINTIFF
    AND
RODOLFO LIZCANO
        PLAINTIFF

V.                                    CASE NO.
                                      1:2006CV01558

UNITED STATES OF
    AMERICA
            ET. AL.
        DEFENDANTS

PLAINTIFF – PRO SE – BUESGENS
NOTICE OF LAWSUIT AND REQUEST
FOR WAIVER OF SERVICE FOR
SUMMONS

TO THE FOLLOWING DEFENDANTS:

RECEIVED
SEP 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. DUNHAM JEWETT, PRINCIPAL CRADY, JEWETT & McCULLEY, LLP

2. COLLEEN M. KELLEY, PRESIDENT NTEU

3. CHARLES G. HERNDON FORMER I.R.S. MANAGER

4. MEGAN GOERES, TENANT FALCON RIDGE APARTMENTS

5. DEBI WEHMEIER, REGIONAL VICE PRESIDENT,
   A. GREYSTAR MANAGEMENT SERVICES, LP
   B. GREYSTAR HOLDINGS, INC
   C. GREP GENERAL PARTNER, LLC
   AND
   D. DEBI WEHMEIER, PRESIDENT AUSTIN APARTMENT ASSOCIATION

✓ SUMMONS AND COMPLAINT SERVED SEPTEMBER 17, 2006.

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*
MICHAEL L. BUESGENS
SEPTEMBER 17, 2006

**NOTICE OF LAWSUIT AND REQUEST FOR
WAIVER OF SERVICE FOR SUMMONS**

TO: (A) **DUNHAM JEWETT**

as (B) **PARTNER / PRINCIPAL** of (C) **CRADY & JEWETT & McCULLEY, LLP**

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _____ District of **COLUMBIA** and has been assigned docket number (E) **1:2006CV-01558**

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) **30** days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with the request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this **17TH** day of **SEPTEMBER 2006**.

_(signature)_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

**PRO SE
PRIVATE ATTORNEY
GENERAL**

A – Name of individual defendant (or name of officer or agent of corporate defendant)
B – Title, or other relationship of individual to corporate defendant
C – Name of corporate defendant, if any
D – District
E – Docket number of action
F – Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

**DUNHAM JEWETT
CRADY, JEWETT & McCULLEY
2727 ALLEN PARKWAY
#1700
HOUSTON, TEXAS
77019-2125**

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __MICHAEL L. BUESGENS        PRO SE__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __DONITTA JEWETT__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __BUESGENS AND LIZCANO v. U.S.A.__
(CAPTION ACTION)

which is case number __1:2006CV01558__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __COLUMBIA__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. __ONE DOLLAR CASH__

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____   _____
(DATE)                        (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
   (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
WASHINGTON, DC
                    20001-2866


*Michael Buesgens*

MICHAEL L. BUESGENS,
CASE NO.: 1:2006CV01558
PLAINTIFF,
PRO SE,
PRIVATE ATTORNEY GENERAL

BUESGENS AND LIZCANO
        V.
U.S.A.    ET. AL.

3112 WINDSOR RD
   #A322
AUSTIN, TEXAS 78703
512-339-6005 EXT. 7391
MIKEBUESGENS@HOTMAIL.COM

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS

TO: (A) __COLLEEN M. KELLEY, PRESIDENT__

as (B) __PRESIDENT__ of (C) __NTEU__

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _____ District of __COLUMBIA__ and has been assigned docket number (E) __1:2006CV-01558__

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with the request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __17TH__ day of __SEPTEMBER, 2006__.

_[signature]_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

PRO SE
PRIVATE ATTORNEY
GENERAL

A -- Name of Individual defendant (or name of officer or agent of corporate defendant)
B -- Title, or other relationship of individual to corporate defendant
C -- Name of corporate defendant, if any
D -- District
E -- Docket number of action
F -- Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

COLLEEN M. KELLEY, PRESIDENT
NTEU
1750 H STREET, NW
WASHINGTON, DC 20006

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __MICHAEL L. BUESGENS, PRO SE__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __COLLEEN M. KELLEY__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _____
(CAPTION ACTION)
which is case number __1:2006CV01558__ in the United States District Court
(DOCKET NUMBER)
for the _____ District of __COLUMBIA__

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. __ONE DOLLAR CASH__

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____    _____
(DATE)                            (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
(TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
WASHINGTON, DC
20001-2866

*Michael Buesgen*

MICHAEL L. BUESGENS,
CASE NO.: 1:2006CV01558
PLAINTIFF,
PRO SE,
PRIVATE ATTORNEY GENERAL

BUESGENS AND LIZCANO
V.
U.S.A.    ET. AL.

3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703
512-339-6005 EXT. 7391
MIKEBUESGENS@HOTMAIL.COM

AO 398 (12/93)

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS

TO: (A) __CHARLES G. HERNDON__

as (B) __MANAGER__ of (C) __INTERNAL REVENUE SERVICE__

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) __COLUMBIA__ District of __COLUMBIA__ and has been assigned docket number (E) __1:2006CV01558RCL__

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with the request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __17TH__ day of __SEPTEMBER 2006__.

_[signature]_
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff         __PRO SE,__
                    __PRIVATE ATTORNEY GENERAL__

A – Name of individual defendant (or name of officer or agent of corporate defendant)
B – Title, or other relationship of individual to corporate defendant
C – Name of corporate defendant, if any
D – District
E – Docket number of action
F – Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

__CHARLES G. HERNDON__
__9901 BRIAR RIDGE__
__AUSTIN, TEXAS  78748__

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __MICHAEL L. BUESGENS, PRO SE__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __CHARLES G. HERNDON__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __V. USA  BUESGENS AND LIZCANO__
(CAPTION ACTION)

which is case number __1:2006 CV01558__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __COLUMBIA__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. __ONE DOLLAR CASH__

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

_____    _____
(DATE)           (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
(TITLE)           (CORPORATE DEFENDANT)

### Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
WASHINGTON, DC
20001-2866

*Michael Buesgens*

MICHAEL L. BUESGENS,
CASE NO.: 1:2006CV01558
PLAINTIFF,
PRO SE,
PRIVATE ATTORNEY GENERAL

BUESGENS AND LIZCANO
V.
U.S.A. ET. AL.

3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703
512-339-6005 EXT. 7391
MIKEBUESGENS@HOTMAIL.COM

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE FOR SUMMONS

TO:   (A) __MEGAN GOERES__

as   (B) __TENANT__ of (C) __FALCON RIDGE APARTMENT__

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _____ District of __COLOMBIA__ and has been assigned docket number (E) __1:2006CV01558__

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) __30__ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with the request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this __17TH__ day of __SEPTEMBER 2006__.

_Michael Buespus_ (signature)
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

PRO SE,
PRIVATE ATTORNEY
GENERAL

A -- Name of Individual defendant (or name of officer or agent of corporate defendant)
B -- Title, or other relationship of individual to corporate defendant
C -- Name of corporate defendant, if any
D -- District
E -- Docket number of action
F -- Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

MEGAN GOERES, TENANT
FALCON RIDGE APARTMENTS
APARTMENT 327
500 E STASSNEY
AUSTIN, TEXAS 78745

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __MICHAEL L. BUESGENS, PRO SE__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __MEGAN GOERES__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __BUESGENS AND LIZCANO V. USA__,
(CAPTION ACTION)

which is case number __1:2006CV01558__ in the United States District Court
(DOCKET NUMBER)

for the _____ District of __COLUMBIA__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. __ONE DOLLAR CASH__

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____    _____
(DATE)                        (SIGNATURE)

Printed/Typed Name: _____

As _____ of _____
   (TITLE)                  (CORPORATE DEFENDANT)

### Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
WASHINGTON, DC
          20001-2866

*Michael Buesgens*

MICHAEL L. BUESGENS,
CASE NO.: 1:2006CV01558
PLAINTIFF,
PRO SE,
PRIVATE ATTORNEY GENERAL

BUESGENS AND LIZCANO
            V.
U.S.A.      ET. AL.

3112 WINDSOR RD
   #A322
AUSTIN, TEXAS 78703
512-339-6005 EXT. 7391
MIKEBUESGENS@HOTMAIL.COM

# NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE FOR SUMMONS

TO: (A) **DEBI WEHMEIER**

as (B) **REGIONAL VICE PRESIDENT** of (C) **GREYSTAR MANAGEMENT SERVICES, LP**

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) _____ District of **COLUMBIA** and has been assigned docket number (E) **1:2006CV01558**

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) **30** days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with the request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this **17TH** day of **SEPTEMBER, 2006**.

_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

**PRO SE
PRIVATE ATTORNEY
GENERAL**

A – Name of Individual defendant (or name of officer or agent of corporate defendant)
B – Title, or other relationship of individual to corporate defendant
C – Name of corporate defendant, if any
D – District
E – Docket number of action
F – Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

**DEBI WEHMEIER
751 WOODLAND
DRIFTWOOD, TEXAS 78619**

# WAIVER OF SERVICE OF SUMMONS

TO: __MICHAEL L. BUESGENS, PRO SE__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __DEBI WEHMEIER__ (DEFENDANT NAME), acknowledge receipt of your request that I waive service of summons in the action of __BUESGENS AND LIZCANO V. U.S.A.__ (CAPTION ACTION) which is case number __1:2006CV01558__ (DOCKET NUMBER) in the United States District Court for the _____ District of __COLUMBIA__

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. __ONE DOLLAR CASH__

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____ (DATE REQUEST WAS SENT) or within 90 days after that date if the request was sent outside the United States.

_____ (DATE)   _____ (SIGNATURE)

Printed/Typed Name: _____

As _____ (TITLE) of _____ (CORPORATE DEFENDANT)

### Duty to Avoid unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 CONSTITUTION AVE, NW
WASHINGTON, DC
           20001-2866

*Michael Buesgen*

MICHAEL L. BUESGENS,
CASE NO.: 1:2006CV01558
PLAINTIFF,
PRO SE,
PRIVATE ATTORNEY GENERAL

BUESGENS AND LIZCANO
         V.
U.S.A.     ET. AL.

3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703
512-339-6005 EXT. 7391
MIKEBUESGENS@HOTMAIL.COM