UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L BUESGENS
PLAINTIFF
AND
RODOLFO LIZCANO
PLAINTIFF

V.

UNITED STATES OF AMERICA
ET. AL.
DEFENDANTS

CASE NO.
1:2006CV01558
~~____~~
RCL



PLAINTIFFS MOTION FOR REASSIGNMENT OF CASE NUMBER 1:2006-CV-01558 TO ANOTHER JUDGE AT THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

RECEIVED
SEP 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I. NOW COMES PLAINTIFFS AND MOVES THIS COURT TO REASSIGN CASE NO. 1:2006CV01558 FOR THE FOLLOWING REASONS:

1. HONORABLE JUDGE ROYCE C. LAMBERTH WAS ASSIGNED CASE NO. 1:2005CV02334.

2. PLAINTIFF BUESGENS FILED A RECUSAL AGAINST JUDGE ROYCE LAMBERTH IN CASE NO. 1:2005CV02334.

3. THE CHIEF JUDGE AT THE DISTRICT OF COLOMBIA DID NOT MAKE A RULING ON THIS RECUSAL, AND JUDGE ROYCE LAMBERTH ENTERED A ORDER OF DENIAL.

4. JUDGE ROYCE LAMBERTH PREMATURELY DISMISSED DEFENDANT COLLEEN KELLEY, PRESIDENT, NATIONAL TREASURY EMPLOYEES UNION (NTEU).

2

FROM CASE NO. 1:2005CV02334 WITHOUT REVIEWING ALL THE EVIDENCE AND FACTS. DOING IT BASED SOLELY ON COLLEEN M. KELLEYS ATTORNEYS **WORD** AS CREDIBILITY AND JUSTIFICATION.

5. JUDGE ROYCE C. LAMBERTH ENTERED ORDER FOR TRANSFER OF CASE NO. 1:2005CV02334 TO WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION AND HELD THE CASE AT DISTRICT OF COLUMBIA <u>UNTIL</u> PRO SE BUESGENS FILED **MOL**.

6. THIS RESULTED IN THE DISMISSAL OF THE **MOL**.

7. JUDGE ROYCE C. LAMBERTH <u>FAILED</u> TO USE SEPARATE DOCUMENT FOR ORDERS. **SEE** F. RULE. A. P. 4(7)(A) AND (B)

3

8. THIS CAUSED A CONFUSION FOR PRO SE BUESGENS AS TO WHEN THE ORDER OF TRANSFER WAS ENTERED AND WHEN THE CASE WOULD BE TRANSFERRED TO WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.

9. BUESGENS (PLAINTIFF) MADE MANY INQUIRIES WITH THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AS TO WHEN CASE NO. 1:2005CV02334 WOULD BE TRANSFERRED.

BY TELEPHONE TO LAW CLERK MICHAEL SONG AND BY MAIL

10. BUESGENS WAS ALWAYS GIVEN EVASIVE ANSWERS OR NO ANSWER AS TO THE STATUS OF CASE NO. 1:2005CV02334.

4

11. **NOT** UNTIL BUESGENS SUBMITTED TRANSFER TO **MDL** PANEL THEN AN ORDER WAS ENTERED BY JUDGE ROYCE LAMBERTH **TO TRANSFER** CASE NO. 1:2005CV02334 TO WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.

PLAINTIFF - PRO SE - BUESGENS REQUESTS RELIEF AND REASSIGNMENT OF CASE NO. **1:2006CV01558** TO ANOTHER JUDGE AT DISTRICT OF COLUMBIA.

RESPECTFULLY SUBMITTED,

*Michael L Buesgens*
MICHAEL L BUESGENS
SEPTEMBER 16, 2006

II CASE NO. 1:2005CV02334RCL

IS ON APPEAL TO THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA.

SEE BUESGENS (PLAINTIFF)

NOTICE OF APPEAL SENT TO U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA.

*Michael L Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF
PRO SE
APPELLANT

APPEAL CASE NO.
1:2005CV02334RCL

6

## III. CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS REQUEST FOR REASSIGNMENT OF CASE NO. 1:2006CV01558 WAS SERVED BY FIRST CLASS MAIL ON THIS 17TH DAY OF SEPTEMBER, 2006 ADDRESSED TO:

1. COLLEEN M. KELLEY, AND
2. BARBARA A. ATKIN, GENERAL COUNSEL
3. GREGORY O'DUDEN ATTORNEY

NATIONAL TREASURY EMPLOYEES UNION **NTEU**
1750 H STREET, NW
WASHINGTON, DC 20006

PHONE: 202-572-5500
FAX: 202-572-5645

**M.S.P.B.** # DA-1221-06-0171-W-1
**EEOC** COMPLAINT NO. 360-2006-00307
**EEOC** COMPLAINT NO. 360-2003-8286X
**EEOC - OFO APPEAL** SEPTEMBER 14, 2006

7

KAREN MELNIK
ASSISTANT U.S. ATTORNEY
555 4TH ST., NW
E 4112
WASHINGTON, DC 20530


*Michael Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
3112 WINDSOR RD
#A 322
AUSTIN, TEXAS 78703
512-339-6005 EXT 7391
MIKEBUESGENS@HOTMAIL.COM


U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
CLERKS OFFICE
333 CONSTITUTION AVE., NW
WASHINGTON, DC 20001-2866

8