**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL L. BUESGENS                                     )<br>                                                                         )<br>            Plaintiff,                                          )<br>                                                                         )<br>    v.                                                              )<br>                                                                         )<br>UNITED STATES OF AMERICA, et al.     )<br>                                                                         )<br>    and                                                            )<br>                                                                         )<br>COLLEEN M. KELLEY,                                   )<br>NATIONAL PRESIDENT,                              )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>                                                                         )<br>            Defendants.                                  )<br>_____) | Case No. 1:06-CV-1558<br>Judge: Royce C. Lamberth |

<u>**ORDER**</u>

Upon consideration of the motion to dismiss filed by defendant Colleen M. Kelley, it is hereby

ORDERED that the motion be granted and that all claims against defendant Kelley be dismissed with prejudice.


Date: _____          _____
                                                            United States District Judge

Parties to be notified:

Julie M. Wilson
Assistant Counsel
National Treasury Employees Union
1750 H Street, NW
Washington, DC  20004

Michael L. Buesgeus
3112 Windsor Road
#A 322
Austin, TX 78703