UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
    PLAINTIFFS, ET. AL.

V.

UNITED STATES OF
AMERICA   ET AL.
         AND
SOLICITOR GENERAL
FEDERAL LABOR
RELATIONS AUTHORITY
         AND
COLLEEN M. KELLEY
NATIONAL PRESIDENT,
NATIONAL TREASURY
EMPLOYEES UNION
    DEFENDANTS

CASE NO.
1:06-CV-1558
            (RCL)
USA

FLRA

NTEU

RECEIVED
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFFS RESPONSE TO
SOLICITOR GENERAL, FLRA AND
PRESIDENT, NTEU MOTION TO DISMISS
SUMMARY JUDGMENT

PLAINTIFFS MICHAEL L BUESGENS AND RODOLFO LIZCANO ARE OPPOSED TO KELLEY (DEFENDANT) AND SOLICITOR GENERAL (DEFENDANT) NO BASIS DISMISSAL.

PURSUANT TO RULE 19 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFFS MICHAEL L. BUESGENS AND RODOLFO LIZCANO HEREBY MOVES THIS COURT TO ORDER SUMMARY JUDGMENT AGAINST KELLEY PRESIDENT OF NATIONAL TREASURY EMPLOYEES UNION

SEE DOCKET SHEET AND ORDERS ENTERED CASE NO. 1:05-CV-2334 AND DOCKET SHEET CASE NO. 1:06-CV-1558

2

AS SHOWN BY THE DOCKET SHEET AND ORDERS FOR CASE NO. 1:05-CV-2334 PRESIDENT KELLEY AND HER ATTORNEYS HAVE INTENTIONALLY MISLED THIS COURT AS TO MERITS, EVIDENCE AND MATERIAL FACTS.

KELLEY FLAGRANTLY DISREGARDS OMITS AND TWISTS RULES OF LAW AND PROCEDURE TO ABUSE CIVIL LITIGANTS AND UNION MEMBERS AND THE FEDERAL LABOR RELATIONS AUTHORITY AND OFFICE OF SPECIAL COUNSEL ENDORSE THIS.

LOOK AT CASE NO. 1:2005-CV-2334 JOINDER OF FLRA DENIED.

DISCOVERY DENIED

3

APPOINTMENT OF COUNSEL DENIED

ALL OF KELLEYS MOTIONS GRANTED WITHOUT THE COURT KNOWING WHETHER KELLEY AND COMPANY DISCRIMINATED AND RETALIATED AGAINST MICHAEL L. BUESGENS AND RODOLFO LIZCANO, PLAINTIFFS.

FEDERAL LABOR RELATIONS AUTHORITY DENIED BUESGENS CLAIM WITHOUT EVEN REQUESTING A RESPONSE FROM KELLEY TO THE CLAIM.

**SEE** FLRA CASE NO.

THIS COURT AND THE FLRA HAVE JUST ACCEPTED KELLEYS CONCLUSORY STATEMENTS AS

FACTS

KELLEY NEVER PROVIDED ANY SUPPORTING DOCUMENTATION FOR ANYTHING **NEVER**

KELLEY PLAYS GAMES WITH WORDS AND MISSTATES CITATIONS.

BUESGENS HAS DOCUMENTED FACTS OF HIS **CLAIMS** AGAINST KELLEY FOR:

1. FAILURE TO REPRESENT
2. DISCRIMINATION
3. RETALIATION

ON FILE WITH THIS COURT AND THE FEDERAL LABOR RELATIONS AUTHORITY (FLRA) AND OFFICE OF SPECIAL COUNSEL (OSC) AND NATIONAL TREASURY EMPLOYEES UNION (NTEU) AND MERIT SYSTEMS PROTECTION BOARD

5

M.S.P.B.
CASE NO.

BUESGENS REQUESTS THAT THIS COURT REVIEW THE DOCUMENTED FACTS ON FILE

NTEU PRESIDENT KELLEY **FAILS** TO REPRESENT AND DISCRIMINATES AND RETALIATES

AGAINST UNION MEMBERS AND DEPARTMENT OF TREASURY EMPLOYEES AND INTERNAL REVENUE SERVICE EMPLOYEES ON PRACTICE BEFORE THE EEOC AND REASONABLE ACCOMMODATION AND

6

REASSIGNMENT AND **OPM** VACANCY ANNOUNCEMENTS THAT ARE AVAILABLE FOR REASONABLE ACCOMMODATION

LOOK AT THE RECORDS AVAILABLE AT **NTEU** AND **I.R.S.** AND **EEOC**.

THERE IS A CLASS ACTION HERE THAT IS OVERRIPE.

BUESGENS REQUESTS THAT THIS COURT GRANT HIS

CROSS-MOVE FOR SUMMARY JUDGMENT AGAINST **NTEU** OR IN THE ALTERNATIVE SANCTIONS AGAINST NTEU ATTORNEYS PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

7

RESPECTFULLY SUBMITTED

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PRO SE
PRIVATE ATTORNEY GENERAL
OCTOBER 14, 2006


CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS CROSS MOTION FOR SUMMARY JUDGMENT AGAINST NTEU AND PRESIDENT COLLEEN M. KELLY BY MICHAEL L. BUESGENS AND RODOLFO LIZCANO PLAINTIFFS WAS SERVED BY FIRST CLASS MAIL ON THIS 14TH DAY OF OCTOBER, 2006 ADDRESSED TO:

8

KAREN MELNIK
ASSISTANT U.S. ATTORNEY
555 4TH ST, NW
E4112
WASHINGTON, DC 20530

SOLICITOR GENERAL
FLRA
1400 K STREET, NW
SUITE 300
WASHINGTON, D.C. 20424-0001

CASE NO.
CASE NO. 1:2005-CV-02334
    NTEU AND FLRA
CASE NO. 1:2006-CV-01558
    NTEU AND FLRA

GREGORY O'DUDEN
NTEU-FLRA-OSC-OPM-
EEOC-MSPB
NATIONAL TREASURY EMPLOYEES
UNION
1750 H ST. NW
WASHINGTON, DC 20006

9

*Michael Buesgens*
MICHAEL L. BUESGENS
3112 WINDSOR RD
#A 322
AUSTIN, TEXAS 78703

512-339-6005 EXT 7958
MIKEBUESGENS@HOTMAIL.COM

EXHIBITS

10