APPEAL, CLOSED, JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02334-RCL

BUESGENS v. COATES et al
Assigned to: Judge Royce C. Lamberth
Related Case: 1:06-cv-01558-RCL
Cause: 29:791 Job Discrimination (Rehabilitation Act)

Date Filed: 12/05/2005
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

MICHAEL L. BUESGENS     represented by MICHAEL L. BUESGENS
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
US
(512) 339-6005 Ext. 7191
Fax: (512) 478-7608
PRO SE

V.

**Defendant**

MARCIA H. COATES
*In her Official Capacity as Director
Office of Equal Opportunity Program,
Department of Treasury*

represented by Karen L. Melnik
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

COLLEEN M. KELLEY
*In her Official Capacity as National
President, National Treasury Employee
TERMINATED: 05/09/2006*

represented by Gregory O'Duden
NATIONAL TREASURY
EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006-4600
(202) 572-5500
Fax: (202) 572-5645
Email: greg.oduden@nteu.org
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

Karen L. Melnik
(See above for address)

                                                LEAD ATTORNEY
                                                ATTORNEY TO BE NOTICED

**Defendant**

CARI M. DOMINGUEZ           represented by  **Karen L. Melnik**
*In her Official Capacity as Chair and*                       (See above for address)
*Head Equal Employment Opportunity*                     LEAD ATTORNEY
*Commission*                                                     ATTORNEY TO BE NOTICED

**Defendant**

KAY COLES JAMES               represented by  **Karen L. Melnik**
*In her Official Capacity as Director*                           (See above for address)
*Office of Personnel Management*                          LEAD ATTORNEY
                                                               ATTORNEY TO BE NOTICED

**Defendant**

JOHN W. SNOW                   represented by  **Karen L. Melnik**
*In his Official Capacity as Secretary,*                        (See above for address)
*Department of Treasury*                                     LEAD ATTORNEY
                                                                 ATTORNEY TO BE NOTICED

**Defendant**

J. RUSSELL GEORGE             represented by  **Karen L. Melnik**
*in his Official Capacity as Inspector*                        (See above for address)
*General, Treasury Inspector General*                      LEAD ATTORNEY
*Tax Administration*                                         ATTORNEY TO BE NOTICED

| Date Entered | # | Docket Text |
|---|---|---|
| 12/07/2005 | 1 | COMPLAINT against MARCIA H. COATES, COLLEEN M. KELLEY, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE (Filing fee $ 250) filed by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit (not numbered)# 10 Exhibit (not numbered)# 11 Exhibit 9# 12 Exhibit 10)(tg, ) (Entered: 12/07/2005) |
| 12/07/2005 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. A05CA24355 (USDC Western District of Texas - Austin Division). (tg, ) (Entered: 12/07/2005) |
| 12/07/2005 |  | Summons Issued (8) as to MARCIA H. COATES, COLLEEN M. KELLEY, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE, U.S. Attorney and U.S. Attorney General (tg, ) Modified on 12/15/2005 (ks, ). (Entered: 12/07/2005) |
| 12/15/2005 | 3 | MOTION to Amend the Complaint to Add a Party by MICHAEL L. BUESGENS. (tg, ) (Entered: 12/15/2005) |
| 12/15/2005 | 4 | MOTION Requesting Appointment of Counsel by MICHAEL L. |

| | | |
|---|---|---|
| | | BUESGENS. (tg, ) (Entered: 12/15/2005) |
| 12/16/2005 | 5 | ORDER denying 4 Motion to Appoint Counsel. Signed by Judge Royce C. Lamberth on 12/16/2005. (lcrcl1, ) (Entered: 12/16/2005) |
| 12/28/2005 | 6 | MOTION for Extension of Time to File Answer by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order Mtn to Extend Time to Answer)(O'Duden, Gregory) (Entered: 12/28/2005) |
| 01/03/2006 | 7 | MOTION for Reconsideration re 5 Order on Motion to Appoint Counsel by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/03/2006) |
| 01/09/2006 | 8 | Memorandum in opposition to re 6 Motion filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/09/2006) |
| 01/09/2006 | 9 | MOTION to Compel Answer by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/09/2006) |
| 01/13/2006 | 10 | MOTION to Dismiss, MOTION for More Definite Statement by COLLEEN M. KELLEY. (Attachments: # 1 Exhibit Attachment 1# 2 Exhibit Attachment 2# 3 Text of Proposed Order Proposed Order) (O'Duden, Gregory) (Entered: 01/13/2006) |
| 01/13/2006 | 11 | NOTICE *of Filing Cert of Service* by COLLEEN M. KELLEY re 10 MOTION to Dismiss MOTION for More Definite Statement (O'Duden, Gregory) (Entered: 01/13/2006) |
| 01/13/2006 | 12 | ORDER granting 6 defendant, Kelley's Motion for Extension of Time to Answer; denying plaintiff's 9 Motion to Compel. Signed by Judge Royce C. Lamberth on 1/13/2006. (lcrcl1, ) (Entered: 01/13/2006) |
| 01/24/2006 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to MARCIA H. COATES served on 12/20/2005, answer due 2/21/2006. (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to COLLEEN M. KELLEY served on 12/19/2005, answer due 2/17/2006. (See Docket Number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CARI M. DOMINGUEZ served on 12/16/2005, answer due 2/14/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to KAY COLES JAMES served on 12/19/2005, answer due 2/17/2006. (See docket number 13 for scanned document). (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to JOHN W. SNOW served on 12/20/2005, answer due 2/21/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |

| | | |
|---|---|---|
| 01/24/2006 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to J. RUSSELL GEORGE served on 12/19/2005, answer due 2/17/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. Served on 12/27/2005, answer due 2/27/2006. (See docket number 13 for scanned document) (tg, ) (Entered: 01/24/2006) |
| 01/24/2006 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General (return receipt is not signed by the recipient and does not list a date of receipt). Date of mailing: 12/12/05. (See docket number 13 for scanned document). (tg, ) (Entered: 01/24/2006) |
| 01/25/2006 | 21 | SUPPLEMENT TO THE RECORD and Notice in Anticipation of Litigation In a Separate Civil Action Against The Department of Treasury. (tg, ) (Entered: 01/25/2006) |
| 01/25/2006 | 22 | Memorandum in opposition to re 10 Motion to Dismiss filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 01/25/2006) |
| 01/25/2006 | 23 | REPLY to opposition to motion re 10 filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 01/25/2006) |
| 02/17/2006 | 24 | MOTION for Leave to File First Supplemental Complaint by MICHAEL L. BUESGENS. (Attachments: # 1 First Supplemental Complaint)(tg, ) (Entered: 02/17/2006) |
| 02/27/2006 | 25 | MOTION to Dismiss *or, in the alternative,*, MOTION to Transfer Case by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Exhibit 1 (Salyards Declaration)# 2 Exhibit 2 (Texas Complaint)# 3 Exhibit 3 (Texas Amended Complaint))(Melnik, Karen) Modified on 2/27/2006 (lc, ). (Entered: 02/27/2006) |
| 02/27/2006 | 26 | MOTION for Extension of Time to *File Opposition to Plaintiff's Mtn to Add Party Def and Suppl Compl* by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order Mtn Extension Time File Opposition)(O'Duden, Gregory) (Entered: 02/27/2006) |
| 02/27/2006 | 27 | ERRATA re document number 25 by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Text of Proposed Order)(Melnik, Karen) Modified on 2/28/2006 (tg, ). (Entered: 02/27/2006) |
| 02/27/2006 | 28 | RESPONSE to 24 *Plaintiff's Motion to Join Additional Party Defendant and to File First Supplemental Complaint* filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) Modified on 2/28/2006 (nmw, ). (Entered: 02/27/2006) |
| 03/01/2006 | 29 | ORDER granting defendant Kelley's motion for an extension of time to |

| | | |
|---|---|---|
| | | file an opposition to plaintiff's motions to join an additional party defendant and to file a first supplemental complaint; defendant Kelley's time to file her opposition to plaintiff's motions is extended until March 10, 2006. Signed by Judge Royce C. Lamberth on 3/1/06. (lcrcl1, ) (Entered: 03/01/2006) |
| 03/02/2006 | | Set/Reset Deadlines: Defendant Kelley's Response to plaintiff's motions due by 3/10/2006 (mon, ) (Entered: 03/02/2006) |
| 03/08/2006 | 30 | REQUEST from Plaintiff for Stipulation (tg, ) (Entered: 03/08/2006) |
| 03/09/2006 | 31 | REQUEST from Plaintiff for Disclosure (tg, ) (Entered: 03/09/2006) |
| 03/09/2006 | 32 | REQUEST from Plaintiff for Pretrial Conference (tg, ) (Entered: 03/09/2006) |
| 03/09/2006 | 33 | NOTICE of Filing Proposed Orders by MICHAEL L. BUESGENS (tg, ) (Entered: 03/09/2006) |
| 03/10/2006 | 34 | Memorandum in opposition to re 24 filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/10/2006) |
| 03/13/2006 | 35 | MOTION for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer Venue to Texas, USA. by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/13/2006) |
| 03/13/2006 | 36 | MOTION For Recusal and Disqualification and Reassignment of Judge and Law Clerk by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/13/2006) |
| 03/20/2006 | 37 | Second MOTION by Plaintiff to Join Additional Party Defendant by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/20/2006) |
| 03/23/2006 | 38 | MOTION for Summary Judgment and Plaintiff's Response to Defendant's Motion to Dismiss or for Transfer of Venue and Plaintiff's Claim of Fraudulent Concealment by Defendants by MICHAEL L. BUESGENS. (Attachments: # 1 Mem. of Points and Authorities (part 1)# 2 Mem. of points and authorities (part 2)# 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10)(tg, ) (Entered: 03/23/2006) |
| 03/23/2006 | 39 | RESPONSE to 25 Motion to Dismiss of Transfer of Venue filed by MICHAEL L. BUESGENS. (See Document Number 38 for scanned document) (tg, ) (Entered: 03/23/2006) |
| 03/23/2006 | 40 | Memorandum in opposition to re 38 *Mtn for Summary Judgment* filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/23/2006) |
| 03/27/2006 | 41 | MOTION for Discovery and Production of Documents and Disclosure by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/27/2006) |
| 03/27/2006 | 42 | REPLY to Kelly's opposition to 24 MOTION for Leave to File Supplemental Complaint filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 03/27/2006) |

| | | |
|---|---|---|
| 03/27/2006 | 43 | REPLY to opposition to motion re 25 MOTION to Dismiss *or, in the alternative,* MOTION to Transfer Case MOTION to Transfer Case filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 03/27/2006) |
| 03/28/2006 | 44 | MOTION for Extension of Time to *Hold Rule 26(f) and Rule 16 Conferences* by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 03/28/2006) |
| 03/28/2006 | 45 | MOTION for Protective Order by COLLEEN M. KELLEY. (Attachments: # 1 Memo in Support of Mtn for Protective Order# 2 Text of Proposed Order)(O'Duden, Gregory) (Entered: 03/28/2006) |
| 03/29/2006 | 46 | MOTION to Stay *Discovery* by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Attachments: # 1 Text of Proposed Order)(Melnik, Karen) (Entered: 03/29/2006) |
| 04/03/2006 | 47 | MOTION for Extension of Time by MICHAEL L. BUESGENS. (tg, ) Additional attachment(s) added on 4/3/2006 (tg, )# 1 Exhibit. Modified on 4/3/2006 (tg, ). (Entered: 04/03/2006) |
| 04/03/2006 | 48 | REPLY to opposition to 38 MOTION for Summary Judgment filed by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/03/2006) |
| 04/04/2006 | 49 | MOTION for Disclosure by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/04/2006) |
| 04/17/2006 | 50 | MOTION for Sanctions by MICHAEL L. BUESGENS. (Attachments: # 1 Attachments)(tg, ) (Entered: 04/17/2006) |
| 04/24/2006 | 51 | MOTION For Transfer to Transferee by MICHAEL L. BUESGENS. (tg, ) (Entered: 04/24/2006) |
| 04/28/2006 | 52 | MOTION for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10)(tg, ) (Entered: 04/28/2006) |
| 05/01/2006 | 53 | Memorandum in opposition to re 51 MOTION to Transfer Case, 50 MOTION for Sanctions, 49 MOTION for Disclosure, 52 MOTION for Leave to File filed by MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 05/01/2006) |
| 05/09/2006 | 54 | MEMORANDUM AND OPINION. Signed by Judge Royce C. Lamberth on 5/9/06. (lcrcl1, ) (Entered: 05/09/2006) |
| 05/09/2006 | 55 | ORDER granting defendant Colleen Kelley's motion to dismiss 10 and Federal defendants' motion 25 to dismiss or, in the alternative, to transfer the pending action to the United States District Court for the Western District of Texas; Federal defendants' motion 25 to transfer is |

| | | |
|---|---|---|
| | | GRANTED and this case is transferred to the Western District of Texas. Federal defendants' motion 25 to dismiss on other grounds remains pending for decision by the transferee court; defendant Kelley's motion 10 to dismiss is GRANTED; this action is dismissed as to defendant Kelley, plaintiff's motion 36 for Recusal and Disqualification and Reassignment of Judge and Law Clerk is DENIED; defendant Kelley's motion 10 for More Definite Statement, motion 44 for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion 45 for Protective Order are DENIED as MOOT. Federal defendants' motion 46 to Stay Discovery is GRANTED. It is furtherORDERED that plaintiff's motion 3 to Amend/Correct to Add a Party is DENIED; plaintiff's motion 7 for Reconsideration the Court's Order on Motion to Appoint Counsel is DENIED; plaintiff's motion 24 for Leave to File First Supplemental Complaint is DENIED; plaintiff's motion 35 for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer of Venue is GRANTED, nunc pro tunc. Plaintiff's opposition will be deemed timely filed. Plaintiff's second motion 37 to Join Additional Party Defendant is DENIED; plaintiff's motion 38 for Summary Judgment is DENIED; plaintiff's motion 41 for Discovery is DENIED; plaintiff's motion 47 for Extension of Time is DENIED; plaintiff's motion 49 for Disclosure is DENIED; plaintiff's motion 50 for Sanctions is DENIED; plaintiff's motion 51 for Transfer to Transferee is DENIED; plaintiff's motion 52 for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties is DENIED. Signed by Judge Royce C. Lamberth on 5/9/06. (lcrcl1, ) (Entered: 05/09/2006) |
| 05/18/2006 | 56 | MOTION for Reconsideration re 55 Order on Motion for Extension of Time, Order on Motion for Miscellaneous Relief, Order on Motion for Leave to File, Order on Motion for Summary Judgment, Order on Motion for Discovery, Order on Motion for Protective Order, Order on Motion to Stay, Order on Motion for Disclosure, Order on Motion for Sanctions, Order on Motion to Transfer Case, Order on Motion to Amend/Correct, Order on Motion for Reconsideration, Order on Motion to Dismiss, Order on Motion for More Definite Statement, 54 Memorandum & Opinion, MOTION for Recusal of Judge Royce C. Lamberth, MOTION for Reassignment in the U.S. District Court for the District of Columbia, MOTION Reargument by MICHAEL L. BUESGENS. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16)(tg, ) (Entered: 05/18/2006) |
| 05/30/2006 | 57 | Memorandum in opposition to re 56 MOTION for Reconsideration re 55 Order on Motion for Extension of Time to,,,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,, Order on Motion for Leave to File,,,,,,,,,, Order on Motion for Summary Judgment,,,,,,, MOTION for Recusal MOTION for Recusal MOTION for Recusal MOTION for Recusal MOTION to Reassign Case MOTION to Reassign Case MOTION to Reassign Case MOTION to Reassign Case MOTION Reargument MOTION Reargument MOTION Reargument MOTION Reargument filed by |

| | | |
|---|---|---|
| | | MARCIA H. COATES, CARI M. DOMINGUEZ, KAY COLES JAMES, JOHN W. SNOW, J. RUSSELL GEORGE. (Melnik, Karen) (Entered: 05/30/2006) |
| 06/06/2006 | | Leave to File Denied (Plaintiff's Response to Wainstein and Contreras and Melniks Whining and Crying and Legal Malpractice and Unethical Conduct). (FIAT: "Leave to file denied". "Transfer order entered" - Judge Lambert). Document will be returned to Filer. (tg, ) Modified on 6/6/2006 (tg, ). (Entered: 06/06/2006) |
| 06/14/2006 | 58 | MOTION for Extension of Time to File Various Pleadings by MICHAEL L. BUESGENS. (tg, ) (Entered: 06/14/2006) |
| 06/21/2006 | 59 | Memorandum in opposition to re 58 MOTION for Extension of Time to filed by COLLEEN M. KELLEY. (O'Duden, Gregory) (Entered: 06/21/2006) |
| 07/21/2006 | 60 | MOTION to Transfer and MDL . (Attachments: # 1 Attachments)(tg, ) (Entered: 07/21/2006) |
| 07/28/2006 | 61 | NOTICE of Change of Address by MICHAEL L. BUESGENS (tg, ) (Entered: 07/28/2006) |
| 08/03/2006 | 62 | MOTION to Compel Answers to Interrogatories by MICHAEL L. BUESGENS. (Attachments: # 1 Attachments)(tg, ) (Entered: 08/03/2006) |
| 08/04/2006 | 63 | NOTICE of Multijurisdictional Litigation by MICHAEL L. BUESGENS (Attachments: # 1 Exhibits)(tg, ) (Entered: 08/04/2006) |
| 08/17/2006 | 64 | MOTION for Judicial Notice by MICHAEL L. BUESGENS. (tg, ) (Entered: 08/17/2006) |
| 09/06/2006 | 65 | COPY OF LETTER from the Judicial Panel on Multidistrict Litigation and Ceritified Copy of Order from the Clerk of the Panel that the motion for transfer under 28 U.S.C. 1407 is deemed moot. (ks, ) (Entered: 09/06/2006) |
| 10/10/2006 | 66 | NOTICE OF APPEAL as to 55 Order on Motion to Transfer Case by MICHAEL L. BUESGENS. Filing fee $ 455, receipt number 139157. Fee Status: Paid Parties have been notified. (Attachments: # 1 Fee payment receipt)(tg, ) (Entered: 10/10/2006) |
| 10/10/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 66 Notice of Appeal (tg, ) (Entered: 10/10/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/14/2006 10:46:42 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-02334-RCL |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2334 (RCL) |
| ) | |
| MARCIA H. COATES, ) | |
| as Director, Office of Equal Opportunity ) | |
| Program, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

This matter comes before the Court on plaintiff's motion for appointment of counsel. The Court will deny plaintiff's motion for the following reasons.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. *See Willis v. F.B.I.*, 274 F.3d 531, 532-33 (D.C. Cir. 2001); *Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding *in forma pauperis*, the court is authorized to appoint counsel under 28 U.S.C. § 1915(e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. *See Cookish v. Cunningham*, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." *Id.*

The Court has considered the potential merits of the claim, the complexity of the legal and factual issues involved, plaintiff's *pro se* representation to this early point in the proceedings, and the degree to which the interests of justice will be served by appointment of counsel, including the benefit the court may derive from the assistance of the appointed counsel. *See*

Local Civil Rule 83.11(b)(3). The Court has also taken into consideration the limited *pro bono* resources available to it. After carefully reviewing and weighing these factors, the Court concludes that appointment of counsel is not warranted. Accordingly, it is hereby

ORDERED that plaintiff's Motion for Court Appointed Counsel [4] is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 16, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2334 (RCL) |
| ) | |
| MARCIA H. COATES, ) | |
| as Director, Office of Equal Opportunity ) | |
| Program, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Upon consideration of the motion [6] filed by defendant Kelley requesting an extension of time to file an answer or other response to plaintiff's complaint and the opposition there to, it is hereby

ORDERED that the motion [6] be GRANTED and that the time for defendant to file its response to plaintiff's complaint is extended this date, when defendant Kelley filed her response to the complaint.

Plaintiff's motion [9] to compel answer is DENIED.

On January 13, 2006, defendant Kelley filed a motion [10] to dismiss, or in the alternative, motion for more definite statement.

In Fox v. Strickland, the D.C. Circuit held that a district court must take pains to advise a pro se plaintiff of the consequences of failing to respond to a motion to dismiss. 837 F.2d 507, 509 (D.C. Cir. 1988). The court stated that the notice provided by the district court "should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id.

Thereafter, in Neal v. Kelly, 963 F.2d 453 (D.C. Cir. 1993), the D.C. Circuit stated that the district court must inform pro se litigants that, on a motion for summary judgment, "any factual assertion in the movant's affidavits will be accepted by the district judge as being true unless [the opposing party] submits his own affidavits or other documentary evidence contradicting the assertion." Id. at 456 (quoting Lewis v. Faulkner, 689 F.2d 100, 102 (7th Cir. 1982)).

> Under Rule 56(e) of the Federal Rules of Civil Procedure, [s]upporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify as to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith. The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits. When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleadings, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

Fed. R. Civ. P. 56(e).

Thus, parties such as plaintiff, who are adverse to a motion for summary judgment, must rebut the moving party's affidavits with other affidavits or sworn statements; simple allegations that the moving party's affidavits are incorrect are not sufficient. For these purposes, a verified complaint shall serve as an affidavit.

In accordance with these rulings, the Court advises plaintiff that they must respond to the defendant's current motion for to dismiss within ten (10) days from this date. If plaintiff does not file a response within this prescribed time, the Court will treat the motion as conceded and

will dismiss the complaint. Plaintiff must also respond to any future motion to dismiss or summary judgment motion within ten (10) days of the date the motion is filed. Otherwise, the Court will treat such a motion as conceded and will either dismiss the complaint or grant summary judgment in favor of defendant.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 13, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARCIA H. COATES, ) <br> as Director, Office of Equal Opportunity ) <br> Program, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-2334 (RCL) |

## ORDER

Upon consideration of the motion [26] filed by defendant Kelley requesting an extension of time to file an opposition to plaintiff's motions to join an additional party defendant and to file a first supplemental complaint, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that defendant Kelley's time to file her opposition to plaintiff's motions is extended until March 10, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 1, 2006.