IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS<br><br>     Plaintiff,<br><br>  v.<br><br>MARCIA H. COATES, <u>et al</u>.<br>DIRECTOR,<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM<br>U.S. DEPT. OF TREASURY<br><br>    and<br><br>COLLEEN M. KELLEY,<br>NATIONAL PRESIDENT,<br>NATIONAL TREASURY EMPLOYEES UNION<br><br>     Defendants. | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

## DEFENDANT KELLEY'S MOTION TO EXTEND THE TIME FOR A RULE 26(f) CONFERENCE AND TO POSTPONE THE RULE 16 SCHEDULING CONFERENCE

Defendant Colleen M. Kelley (Kelley) hereby moves this Court to: (1) extend the time for holding a Rule 26(f) conference until 30 days after the Court rules on the motion to dismiss that defendant Kelley filed on January 13, 2006, and (2) postpone the scheduling conference required under Rule 16 until at least 21 days after the extended date for the Rule 26(f) conference. In support of this motion, defendant Kelley states as follows:

1. Pursuant to Rule 26(f) and Local Rule 16.3, the parties must confer to discuss the nature and basis of their claims and to develop a proposed discovery plan at least 21 days before a Rule

16 scheduling conference is held. Defendant Kelley has not received official notice of a scheduling conference.

2. Under Rule 16, a scheduling conference must be held within 120 days after the complaint has been served on the defendant. The last defendant in this case was served on December 27, 2005. Thus, the scheduling conference must be scheduled before April 26, 2006.

3. The Rule 26(f) conference and Rule 16 scheduling conference may prove to be unnecessary because defendant Kelley is likely to prevail on her motion to dismiss. As defendant Kelley demonstrated in her motion, the Court lacks jurisdiction over claims that the union violated its duty of fair representation under established Supreme Court precedent. Even if plaintiff's claims are not preempted by the Civil Service Reform Act, the purported discrimination claims against defendant Kelley must be dismissed for lack of subject matter jurisdiction for other reasons. Kelley is not covered by the Rehabilitation Act and plaintiff Michael L. Buesgens (Buesgens) has failed to exhaust the requisite administrative remedies for a claim under Title VII of the Civil Rights Act of 1964 or any other potentially applicable discrimination statutes. Finally, Buesgens has failed to state a Title VII retaliation claim upon which relief can be granted.

WHEREFORE, defendant Kelley respectfully moves the Court to (1) extend the time for a Rule 26(f) conference until after the

Court rules on defendant Kelley's motion to dismiss and (2) postpone the Rule 16 scheduling conference until at least 21 days after the extended date for the Rule 26(f) conference.

Respectfully submitted,

/s/ Gregory O'Duden
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Gregory O'Duden
General Counsel
Bar No. 254862

/s/ L. Pat Wynns
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
L. Pat Wynns
Associate General Counsel for
   Appellate Litigation
Bar No. 257840

/s/ Julie M. Wilson
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C.  20006
(202) 572-5500

Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS )
 )
    Plaintiff, )
 )
v. )
 )   Case No. 1:05CV02334
MARCIA H. COATES, et al., )   Judge: Royce C. Lamberth
DIRECTOR, )
OFFICE OF EQUAL OPPORTUNITY PROGRAM )
U.S. DEPT. OF TREASURY )
 )
    and )
 )
COLLEEN M. KELLEY, )
NATIONAL PRESIDENT, )
NATIONAL TREASURY EMPLOYEES UNION )
 )
    Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S MOTION TO EXTEND THE TIME FOR A RULE 26(f) CONFERENCE AND TO POSTPONE THE RULE 16 SCHEDULING CONFERENCE on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

3/28/06
Date

/s/ Julie M. Wilson
───────────────────
Julie M. Wilson
Assistant Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS )
)
      Plaintiff, )
)
v. )
) Case No. 1:05CV02334
MARCIA H. COATES, <u>et al.</u> ) Judge: Royce C. Lamberth
DIRECTOR, )
OFFICE OF EQUAL OPPORTUNITY PROGRAM )
U.S. DEPT. OF TREASURY )
)
      and )
)
COLLEEN M. KELLEY, )
NATIONAL PRESIDENT, )
NATIONAL TREASURY EMPLOYEES UNION )
)
      Defendants. )
)

## DEFENDANT KELLEY'S MOTION FOR A PROTECTIVE ORDER

In response to the First Motion for Discovery and Production of Documents and Disclosure filed by Michael L. Buesgens (Buesgens) on March 23, 2006, and pursuant to Rule 26(c), defendant Colleen M. Kelley (Kelley) hereby moves this Court to issue a Protective Order staying all discovery with respect to defendant Kelley and the National Treasury Employees Union in this case until the Court rules on defendant Kelley's pending dispositive Motion to Dismiss, or in the Alternative, to Provide a More Definite Statement and the parties develop a proposed discovery plan in accordance with Rule 26(f).

If defendant Kelley's dispositive motion is granted, and

the case against her dismissed, discovery will be unnecessary. In such a case, a stay will have saved the burden and expense of gathering the information requested by Michael Buesgens, and the expense, time, and waste of judicial resources necessary to resolve the objections which Kelley will raise to the discovery requests.

Moreover, Buesgens will have ample time to engage in discovery following the Court's ruling on defendant Kelley's dispositive motion should her motion not be granted in full.

Respectfully submitted,

/s/ Gregory O'Duden

Gregory O'Duden
General Counsel
Bar No. 254862

/s/ L. Pat Wynns

L. Pat Wynns
Associate General Counsel for
   Appellate Litigation
Bar No. 257840

/s/ Julie M. Wilson

Julie M. Wilson
Assistant Counsel
Bar No. 482946

National Treasury Employees Union
1750 H Street, N.W.
Washington, D.C.  20006
(202) 572-5500

Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCIA H. COATES, et al. )<br>DIRECTOR, )<br>OFFICE OF EQUAL OPPORTUNITY PROGRAM )<br>U.S. DEPT. OF TREASURY )<br>)<br>and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>Defendants. )<br>) | Case No. 1:05CV02334<br>Judge: Royce C. Lamberth |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, by first class mail, a copy of DEFENDANT KELLEY'S MOTION FOR A PROTECTIVE ORDER, DEFENDANT KELLEY'S MEMORANDUM IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER and the PROPOSED ORDER on the following person:

Michael L. Buesgens
500 E. Stassney Lane
Apt. 1023
Austin, TX 78745

3/28/06
Date

/s/ Julie M. Wilson
_____
Julie M. Wilson
Assistant Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BUESGENS,<br><br>Plaintiff,<br><br>v.<br><br>MARCIA H. COATES,<br>as Director, Office of Equal Opportunity<br>Program, et al.,<br><br>and<br><br>COLLEEN M. KELLEY<br>as National President,<br>National Treasury Employees Union<br><br>Defendants. | Civil Action No. 05-2334 (RCL) |

## ORDER

Upon consideration of defendant Colleen Kelley's ("Kelley") motion to dismiss [10] and Federal defendants'[1] motion [25] to dismiss or, in the alternative, to transfer the pending action to the United States District Court for the Western District of Texas, it is hereby

ORDERED that Federal defendants' motion [25] to transfer is GRANTED and this case is transferred to the Western District of Texas. It is further

ORDERED that Federal defendants' motion [25] to dismiss on other grounds remains pending for decision by the transferee court. It is further

ORDERED that defendant Kelley's motion [10] to dismiss is GRANTED and it is further

---

[1] Defendants include Marcia H. Coates, Director, Office of Equal Opportunity Program, Department of Treasury; Cari M. Dominguez, Chair, Equal Employment Opportunity Commission; Kay Coles James, Director, Office of Personnel Management; John W. Snow, Secretary, Department of Treasury; and J. Russell George, Inspector General, Treasury Inspector General Tax Administration.

ORDERED that this action is dismissed as to defendant Kelley, and it is further

ORDERED that plaintiff's motion [36] for Recusal and Disqualification and Reassignment of Judge and Law Clerk is DENIED. It is further

ORDERED that defendant Kelley's motion [10] for More Definite Statement, motion [44] for Extension of Time to Hold Rule 26(f) and Rule 16 Conferences, motion [45] for Protective Order are DENIED as MOOT. It is further

ORDERED that Federal defendants' motion [46] to Stay Discovery is GRANTED. It is further

ORDERED that plaintiff's motion [3] to Amend/Correct to Add a Party is DENIED. It is further

ORDERED that plaintiff's motion [7] for Reconsideration the Court's Order on Motion to Appoint Counsel is DENIED; it is further

ORDERED that plaintiff's motion [24] for Leave to File First Supplemental Complaint is DENIED; it is further

ORDERED that plaintiff's motion [35] for Extension of Time to File an Opposition to Defendants' Motion for Summary Judgment and Transfer of Venue is GRANTED, *nunc pro tunc*. Plaintiff's opposition will be deemed timely filed. It is further

ORDERED that plaintiff's second motion [37] to Join Additional Party Defendant is DENIED; it is further

ORDERED that plaintiff's motion [38] for Summary Judgment is DENIED; it is further

ORDERED that plaintiff's motion [41] for Discovery is DENIED. It is further

ORDERED that plaintiff's motion [47] for Extension of Time is DENIED. It is further

ORDERED that plaintiff's motion [49] for Disclosure is DENIED. It is further

ORDERED that plaintiff's motion [50] for Sanctions is DENIED. It is further

ORDERED that plaintiff's motion [51] for Transfer to Transferee is DENIED. It is further

ORDERED that plaintiff's motion [52] for Leave to Set Up Omitted Compulsory Counterclaim by Amendment and to Bring in Additional Parties is DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, May 9, 2006.

JURY, PROSE-NP, TYPE-F

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01558-RCL

BUESGENS v. UNITED STATES OF AMERICA et al
Assigned to: Judge Royce C. Lamberth
Related Case: 1:05-cv-02334-RCL
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 09/01/2006
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

MICHAEL L. BUESGENS            represented by    MICHAEL L. BUESGENS
                                                 3112 Windsor Avenue
                                                 Apartment A 322
                                                 Austin, TX 78745
                                                 US
                                                 (512) 339-6005 Ext. 7191
                                                 Fax: (512) 478-7608
                                                 PRO SE

V.

**Defendant**

UNITED STATES OF AMERICA

**Defendant**

MICHAEL SALYARDS
*General Legal Services Attorney,*
*Internal Revenue Service*

**Defendant**

MARCIA H. COATES
*Director EEO*

**Defendant**

CHARLES G. HERNDON
*Former Internal Revenue Service*
*employee*

**Defendant**

MELINDA ESTRADA
*Supervisor, EEO*

**Defendant**

COLLEEN M. KELLEY            represented by    Gregory O'Duden

*President, National Treasury Employee Union*

NATIONAL TREASURY
EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006-4600
(202) 572-5500
Fax: (202) 572-5645
Email: greg.oduden@nteu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL LABOR RELATIONS AUTHORITY**

**Defendant**

**CARI M. DOMINGUEZ**
*Chair, Equal Employment Opportunity Commission*

**Defendant**

**KAY COLES JAMES**
*Director, Office of Personnel Management*

**Defendant**

**DONALD R. TAWNEY**
*Supervisor, Internal Revenue Service*

**Defendant**

**MARGERET WAITES**
*EEO, Reasonable Accomodation Coordinator*

**Defendant**

**JOHN W. SNOW**
*Secretary, Department of the Treasury*

**Defendant**

**THOMAS THEIS**
*IRS, Labor Relations*

**Defendant**

**OSCAR LEAL**

**Defendant**

**UNITED STATES OFFICE OF SPECIAL COUNSEL**

**Defendant**

**ANNA MEDLOCK**
*Supervisor, Internal Revenue Service*

**Defendant**

**F. RUSSELL GEORGE**
*Inspector General Tax Administration*

**Defendant**

**NANCY SESSION**
*Supervisor, Internal Revenue Service*

**Defendant**

**CHARLES WASHINGTON, JR.**
*Director, Austin Compliance Center IRS*

**Defendant**

**ANGELIA GOODEY-DOYLE**
*Counselor In House, EEO, Department of the Treasury*

**Defendant**

**COMMISSIONER OF INTERNAL REVENUE SERVICE**

**Defendant**

**MARY E. CARROLL**
*Supervisor, Interal Revenue Service*

**Defendant**

**MARTHA SCHANHALS**
*Supervisor, Internal Revenue Service*

**Defendant**

**JAMES PARKER**
*Regional Director, Department of the Treasury*

**Defendant**

**VICTOR REYES**
*Supervisor "In House" EEO*

**Defendant**

**CHERYL VUILLERMIER**
*Counselor "In House" EEO*

**Defendant**

**DENNIS COLLINS**
*Inspector, Treasury Inspector General*

*for Tax Administration*

**Defendant**

ROBERT E. POWELL
*EEOC Administrative Judge*

**Defendant**

KATYE DUDERSTADT
*EEOC Supervisory Judge*

**Defendant**

MARY-ELLAN KRCHA
*Tort Claim Supervisor*

**Defendant**

FALCON APARTMENTS OF AUSTIN I, INC.

**Defendant**

AMANDA WILSON-TORRES

**Defendant**

DORIENNE BONILLA
*Supervisor, IRS and Tenant, Falcon Ridge Apartments*

**Defendant**

MEGAN GOERES
*Tenant, Falcon Ridge Apartments*

**Defendant**

MANDY ROGERS
*Manager, Greystar Mangement Services, LP and Falcon Ridge Apartments*

**Defendant**

DEBI WEHMEIER
*Regional Vice President Greystar Management Services, LP*

**Defendant**

CHARLES E. BROWN, P.C.

**Defendant**

GREP GENERAL PARTNER LLC

**Defendant**

GREYSTAR MANAGEMENT

SERVICES, LP

**Defendant**

RICHARD R. AUBY
*Supervisor, Internal Revenue Service*

**Defendant**

THOMAS LEGER
*Supervisor, Internal Revenue Service*

**Defendant**

DANIEL PALACIOS
*Supervisor, Internal Revenue Service*

**Defendant**

ARMBRUST R. BROWN, LLP

**Defendant**

BEN FLOREY, JR.
*Attorney*

**Defendant**

DEREK HOWARD
*Attorney*

**Defendant**

CRADY, JEWETT & MCCULLEY, LLP

**Defendant**

DEPARTMENT OF HEALTH AND HUMAN SERVICES

**Defendant**

ALPHONSO JACKSON
*Secretary, Department of Housing and Urban Development*

**Defendant**

GREG ABBOTT
*Attorney General of Texas*

**Defendant**

UNITED STATES POSTAL SERVICE

**Defendant**

ALL DEFENDANTS

| Date Entered | # | Docket Text |
|---|---|---|
| 09/07/2006 | 1 | COMPLAINT against COLLEEN M. KELLEY, FEDERAL LABOR RELATIONS AUTHORITY, CARI M. DOMINGUEZ, KAY COLES JAMES, DONALD R. TAWNEY, MARGERET WAITES, JOHN W. SNOW, THOMAS THEIS, OSCAR LEAL, UNITED STATES OFFICE OF SPECIAL COUNSEL, ANNA MEDLOCK, F. RUSSELL GEORGE, NANCY SESSION, CHARLES WASHINGTON, JR, ANGELIA GOODEY-DOYLE, COMMISSIONER OF INTERNAL REVENUE SERVICE, MARY E. CARROLL, MARTHA SCHANHALS, JAMES PARKER, VICTOR REYES, CHERYL VUILLERMIER, DENNIS COLLINS, ROBERT E. POWELL, KATYE DUDERSTADT, MARY-ELLAN KRCHA, FALCON APARTMENTS OF AUSTIN I, INC., AMANDA WILSON-TORRES, DORIENNE BONILLA, MEGAN GOERES, MANDY ROGERS, DEBI WEHMEIER, CHARLES E. BROWN, P.C., GREP GENERAL PARTNER LLC, GREYSTAR MANAGEMENT SERVICES, LP, RICHARD R. AUBY, THOMAS LEGER, DANIEL PALACIOS, ARMBRUST R. BROWN, LLP, BEN FLOREY, JR, DEREK HOWARD, CRADY, JEWETT & MCCULLEY, LLP, DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALPHONSO JACKSON, GREG ABBOTT, UNITED STATES POSTAL SERVICE, ALL DEFENDANTS, UNITED STATES OF AMERICA, MICHAEL SALYARDS, MARCIA H. COATES, CHARLES G. HERNDON, MELINDA ESTRADA (Filing fee $ 350) filed by MICHAEL L. BUESGENS. (Attachments: # 1 Table of contents# 2 Attachment 3# 3 Attachment 4# 4 Attachment 5, 6, and 7# 5 Attachment 8# 6 Attachment 9# 7 Attachment 10)(tg, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. 05-2334. (tg, ) (Entered: 09/07/2006) |
| 09/07/2006 |  | SUMMONS Not Issued as to COLLEEN M. KELLEY, FEDERAL LABOR RELATIONS AUTHORITY, CARI M. DOMINGUEZ, KAY COLES JAMES, DONALD R. TAWNEY, MARGERET WAITES, JOHN W. SNOW, THOMAS THEIS, OSCAR LEAL, UNITED STATES OFFICE OF SPECIAL COUNSEL, ANNA MEDLOCK, F. RUSSELL GEORGE, NANCY SESSION, CHARLES WASHINGTON, JR, ANGELIA GOODEY-DOYLE, COMMISSIONER OF INTERNAL REVENUE SERVICE, MARY E. CARROLL, MARTHA SCHANHALS, JAMES PARKER, VICTOR REYES, CHERYL VUILLERMIER, DENNIS COLLINS, ROBERT E. POWELL, KATYE DUDERSTADT, MARY-ELLAN KRCHA, FALCON APARTMENTS OF AUSTIN I, INC., AMANDA WILSON-TORRES, DORIENNE BONILLA, MEGAN GOERES, MANDY ROGERS, DEBI WEHMEIER, CHARLES E. BROWN, P.C., GREP GENERAL PARTNER LLC, GREYSTAR MANAGEMENT SERVICES, LP, RICHARD R. AUBY, THOMAS LEGER, DANIEL PALACIOS, ARMBRUST R. BROWN, LLP, BEN FLOREY, JR, DEREK HOWARD, CRADY, JEWETT & MCCULLEY, LLP, DEPARTMENT |

| | | |
|---|---|---|
| | | OF HEALTH AND HUMAN SERVICES, ALPHONSO JACKSON, GREG ABBOTT, UNITED STATES POSTAL SERVICE, ALL DEFENDANTS, UNITED STATES OF AMERICA, MICHAEL SALYARDS, MARCIA H. COATES, CHARLES G. HERNDON, MELINDA ESTRADA (tg, ) (Entered: 09/07/2006) |
| 09/25/2006 | 3 | NOTICE of Lawsuit and Request for Waiver of Service for Summons by MICHAEL L. BUESGENS (ztg, ) (Entered: 09/25/2006) |
| 09/25/2006 | 4 | MOTION to Reassign Case to Another Judge at the U.S. District Court for the District of Columbia by MICHAEL L. BUESGENS. (tg, ) (Entered: 09/25/2006) |
| 10/04/2006 | 5 | MOTION to Dismiss *on the basis of collateral estoppel* by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order for Mtn to Dismiss)(O'Duden, Gregory) (Entered: 10/04/2006) |
| 10/06/2006 | | SUMMONS (1) Issued as to U.S. Attorney. (tg, ) (Entered: 10/06/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/14/2006 10:49:07 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01558-RCL |
| Billable Pages: | 3 | Cost: | 0.24 |