IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MICHAEL L. BUESGENS                    )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )   Case No. 1:06-CV-1558
                                       )   Judge: Royce C. Lamberth
UNITED STATES OF AMERICA, et al.       )
                                       )
    and                                )
                                       )
COLLEEN M. KELLEY,                     )
NATIONAL PRESIDENT,                    )
NATIONAL TREASURY EMPLOYEES UNION      )
                                       )
        Defendants.                    )
_____)
```

**DEFENDANT KELLEY'S REPLY TO BUESGENS'S RESPONSE**
**TO HER MOTION TO DISMISS**

Defendant Colleen M. Kelley (Kelley), National President of the National Treasury Employees Union, hereby submits this reply to the response to Kelley's motion to dismiss filed by Michael L. Buesgens (Buesgens) on October 18, 2006.

In the memorandum in support of her motion to dismiss, filed on October 4, defendant Kelley demonstrated that all of Buesgens's claims against her must be dismissed on the basis of collateral estoppel. Buesgens does not make any showing to the contrary. Further, to the extent that Buesgens's response to Kelley's motion can be construed as containing a motion for summary judgment under Rule 56 of the Federal Rules of Civil

Procedure, defendant Kelley opposes the motion for the reasons stated in the memorandum in support of her motion to dismiss.

WHEREFORE, defendant Kelley respectfully requests that this Court dismiss with prejudice all of Buesgens's claims against her.

        Respectfully submitted,

        /s/ Gregory O'Duden
        _____
        GREGORY O'DUDEN
        General Counsel
        Bar No. 254862

        /s/ L. Pat Wynns
        _____
        L. PAT WYNNS
        Associate General Counsel for
          Appellate Litigation
        Bar No. 257840

        /s/ Julie M. Wilson
        _____
        JULIE M. WILSON
        Assistant Counsel
        Bar No. 482946

        National Treasury Employees Union
        1750 H Street, NW
        Washington, DC 2006
        (202) 572-5500

        Counsel for defendant Kelley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS )<br>)<br>    Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, <u>et al</u>. )<br>)<br>    and )<br>)<br>COLLEEN M. KELLEY, )<br>NATIONAL PRESIDENT, )<br>NATIONAL TREASURY EMPLOYEES UNION )<br>)<br>    Defendants. )<br>_____) | Case No. 1:06-CV-1558<br>Judge: Royce C. Lamberth |

**CERTIFICATE OF SERVICE**

    I hereby certify that I have caused to be served, by FedEx mail, a copy of DEFENDANT KELLEY'S REPLY TO BUEGESNS'S RESPONSE TO HER MOTION TO DISMISS on the following person:

Michael L. Buesgens
3112 Windsor Road
#A 322
Austin, TX 78703

October 18, 2006                                            /s/ Geri Khan
_____                                            _____
Date                                                             Geri Khan
                                                                    Legal Assistant