UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS<br>RUDOLFO LIZCANO<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, <u>et</u> <u>al.</u>,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No: 06-1558 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney **Karen L. Melnik** as counsel for the federal defendants in the above-entitled case.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

By:  _____/s/_____
Karen L. Melnik, D.C. Bar. No. 436452
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth Street, N.W., Rm E-4112
Washington, D.C. 20530
(202) 307-0338

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Praecipe has been made via Electronic Case Filing and/or mail to plaintiff, Mr. Michael Buesgens, 3112 Windsor Road, Austin, Texas 78703, on November 1, 2006.

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the    District of Columbia
Civil Division
555 Fourth Street, N.W. #4112
Washington, D.C. 20530
(202) 307-0338(O)
(202) 514-8780 (Fax)