# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 17, 2006

## NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:    November 30, 2006

LOCATION OF HEARING SESSION:   Thomas F. Eagleton United States Courthouse
Ceremonial Courtroom, 28th Floor
111 South Tenth Street
St. Louis, Missouri 63102

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **November 13, 2006**. Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

c: Clerk, U.S. District Court for the Eastern District of Missouri

```
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
      FILED
  OCTOBER 17, 2006

  JEFFERY N. LÜTHI
  CLERK OF THE PANEL
```

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on November 30, 2006, a hearing session will be held in St. Louis, Missouri, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
November 30, 2006 -- St. Louis, Missouri

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

<u>MDL-1798 – In re Long-Distance Telephone Service Federal Excise Tax Refund Litigation</u>

Motion of plaintiff Neiland Cohen for centralization of the following actions in the United States District Court for the Eastern District of Wisconsin:

<u>Central District of California</u>

*Oscar Gurrola, et al. v. United States of America, et al.*, C.A. No. 2:06-3425

<u>District of District of Columbia</u>

*Virginia Sloan, et al. v. United States of America*, C.A. No. 1:06-483

<u>Court of Federal Claims</u>

*Radioshack Corp. v. United States of America*, C.A. No. 1:06-28

<u>Eastern District of Wisconsin</u>

*Neiland Cohen v. United States of America*, C.A. No. 2:05-1237

Schedule of Matters for Hearing Session, Section A  p. 2
St. Louis, Missouri

## MDL-1799 -- In re Vonage Initial Public Offering (IPO) Securities Litigation

Motion of defendants Citigroup Global Markets, Inc.; Deutsche Bank Securities, Inc.; UBS Securities LLC; Bear Stearns & Co., Inc.; Piper Jaffray & Co.; and Thomas Weisel Partners LLC for centralization of the following actions in a single United States district court:

### District of New Jersey

*Roy Bradley Lang, III v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2500
*Kevin Gibbons v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2531
*Sherwin Newborn v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2631
*Douglas M. Werman v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2634
*Marvin Wong, et al. v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2666
*Susana Shafir v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2735
*Michael Haber v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2765
*Marc Weinberg v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2773
*Jitendra Bansal v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-2961
*Moses Greenfield v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3023
*Mark Goldman v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3032
*Navaid Alam v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3039
*Eric Bernath v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3066
*Steven R. Norsworthy v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3192
*Albert So v. Vonage Holdings Corp., et al.,* C.A. No. 3:06-3237

### Eastern District of New York

*Marc Rovner v. Vonage Holdings Corp., et al.,* C.A. No. 1:06-3403

## MDL-1800 -- In re Michael L. Buesgens Litigation

Motion of plaintiff Michael L. Buesgens for centralization of the following actions in the United States District Court for the District of District of Columbia:

### District of District of Columbia

*Michael L. Buesgens v. United States of America, et al.,* C.A. No. 1:06-1558