A CERTIFIED TRUE COPY
AUG 31 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 31 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1800

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE MICHAEL L. BUESGENS LITIGATION**

*Michael L. Buesgens v. Marcia H. Coates, et al.*, D. District of Columbia, C.A. No. 1:05-2334
*Michael L. Buesgens v. John W. Snow*, W.D. Texas, C.A. No. 1:05-243
*Michael L. Buesgens v. Falcon Ridge Apartments, et al.*, W.D. Texas, C.A. No. 1:06-226

**ORDER DEEMING MOTION MOOT**

Before the Panel is a motion by plaintiff (*Buesgens*) in this docket seeking transfer, pursuant to 28 U.S.C. § 1407, of the above-captioned actions to the District of District of Columbia for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed District of District of Columbia action was dismissed as to one defendant, and the matter transferred to the United States District Court for the Western District of Texas as to the remaining defendants by the Honorable Royce C. Lamberth, in an order filed on May 9, 2006, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel