IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RODOLFO LIZCANO,
        Plaintiff

-vs-

Case No. A-03-CA-661-SS

UNITED STATES OF AMERICA, U.S DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, JOHN W. SNOW, MARK W. EVERSON, CHARLES O. ROSSOTTI, NINA E. OLSON, LINDA E. STIFF, JOHN C. DUDER, JOHN M. DALRYMPLE, RICHARD R. AUBY, DANIEL PALACIOS, ROSEMARY GUZMAN, THOMAS R. LEGER, BARRY D. HOWE, CHARLES HERNDON, EDDA A. FAHLUND, SUSAN SERRANO, VERDA L. HENDERSON, and ROBERTA L. SHUMWAY
        Defendants

## JUDGMENT

BE IT REMEMBERED that on the 14th day of December, 2004, the Court having considered the Defendant's Dispositive Motion and having issued an order granting the motion on behalf of Defendants in the above-styled cause, and thereafter enters the following judgment:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff Rodolfo Lizcano TAKE NOTHING against Defendants the United States of America, the Internal Revenue Service, the Department of the Treasury, John W. Snow, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, and Roberta L. Shumway, and that those defendants go hence without delay and with their costs, for which let execution issue against plaintiff.

SIGNED on this the 14th day of December, 2004.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

54