UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
AND
RODOLFO LIZCANO
PLAINTIFFS

V.

UNITED STATES OF
AMERICA   ET. AL.
AND
DONALD R. TAWNEY, JR
I.R.S. MANAGER
AND
FEDERAL LABOR RELATIONS
AUTHORITY - **FLRA**
AND
NATIONAL TREASURY EMPLOYEES
UNION - **NTEU**   ET. AL.
DEFENDANTS

CIVIL ACTION
NO.
1:2006CV1558
RCL

RECEIVED
NOV 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

✓ PLAINTIFF'S MOTION FOR ADMISSION OF DISCOVERY EXHIBITS TO BE INCLUDED IN THE RECORD

1. FOR CASE NOS. 1:2005CV02334
   AND
2. 1:2006CV01558
   AT
3. U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

THE FOLLOWING DOCUMENTS AND EXHIBITS WERE PROVIDED **BY**

MARCIA H. COATES Director, DEPARTMENT OF TREASURY, OFFICE OF EQUAL OPPORTUNITY AND DIVERSITY WASHINGTON, DC

RESPECTFULLY SUBMITTED

Michael L. Buesgens
PRO SE
PRIVATE ATTORNEY GENERAL
REPRESENTING
RODOLFO LIZCANO
FORMER **I.R.S.** EMPLOYEE

## CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MOTION TO PROVIDE EXHIBITS FOR U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA WAS SERVED BY FIRST CLASS MAIL ON THIS 27TH DAY OF OCTOBER 2006 ADDRESSED TO:

3

1. OFFICE OF THE SOLICITOR
FEDERAL LABOR RELATIONS
AUTHORITY
1400 K STREET, NW
SUITE 309
WASHINGTON, DC 20424-0001

A. SEE COMPLAINT – F.L.R.A.
NO. DA-CO-05-0505

2. NATIONAL TREASURY EMPLOYEES UNION AND

A. F.L.R.A. NTEU # DA-CO-05-0505
AND
B. EEOC COMPLAINT NO.
360-2006-00307
AND
C. 360-2003-08286X
AND
D. OSC COMPLAINT # MA-05-2468
ATTORNEY GREGORY O'DUDEN
1750 H STREET, NW
WASHINGTON, DC 20006
NTEU

4

AND

3. OFFICE OF SPECIAL COUNSEL
JAMES BOOKER **OSC**
INVESTIGATOR
CASE **NO.** MA-05-2468
1730 M. STREET, N.W.
SUITE 218
WASHINGTON, DC 20036-4505
PHONE: 202-254-3600
FAX: 202-653-5161

ALSO **SEE**
RODOLFO LIZCANO **I.R.S.**,
**OSC** COMPLAINT,
AND

4. KAREN MELNIK
ASSISTANT U.S. ATTORNEY
555 4TH ST, NW
E 4112
WASHINGTON, DC 20530
**MDL 1800**

5

5. R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
816 CONGRESS AVE
#1000
AUSTIN, TEXAS 78701

SEE DONALD R. TWONEY, JR
I.R.S. MANAGER,
BANKRUPTCY CASE
NO. 06-11164
AND
NO. 06-01248 FRM

THIS RECORD OF EXHIBITS
AND WRONGDOING IS ON
FILE WITH THE FOREGOING.

*Michael Buesgens*
FOR RODOLFO LIZCANO
3112 WINDSOR RD #A322
AUSTIN, TEXAS 78701
512-339-6005 EXT 7958
MIKEBUESGENS@HOTMAIL.COM

6