


# MEMBERSHIP DUES BILL
# FOR THE FISCAL YEAR 2007

MICHAEL L BUESGENS
500 E STASSNEY LN
APT 1023
AUSTIN, TX 787453243

Due Date: 09/01/06
Member ID: 0000225953
**RE / AC**

Dear Member:

Your Fiscal Year 2007 Chapter 247 - IRS AUSTIN COMPLIANCE CENTER Retiree dues are now due. Please forward the total amount due to the Washington, DC address listed below.

TOTAL AMOUNT DUE: $42.00 THRU: 09/30/07

***** PLEASE NOTE *****

To continue your NTEU Membership and benefits, please remit the Amount Due.
Annual Retiree Dues are $42 for membership from 10/01 to 09/30 and are prorated monthly.
If you have questions or wish to discontinue your membership, please send your request to the NTEU Membership Records Department by mail or send email to membership.records@nteu.org.
Please include your NTEU MEMBER ID number with all correspondence.
Your 2007 NTEU Membership Card will be sent to you following the receipt of your renewal.

PLEASE CUT HERE AND RETURN IN THE ENCLOSED ENVELOPE

F.L.R.A. DA-CO-05-0505
EEOC. 360-2003-08286X
EEOC. 360-2006-00307
M.S.P.B. DA-1221-06-0171-W-1
O.S.C. MA-05-2468

COLLEEN M. KELLEY, PRESIDENT
BARBARA A. ATKIN GENERAL COUNSEL




Your Fellow Union Members

Thank You for Your Participation

**Your membership adds strength to our union and enables NTEU to**

"... ... ... ...protect the rights of employees, to advance and improve the general welfare of employees and to dedicate ourselves to the principles of justice, equality, and fraternity, we, an organization composed of such employees, do hereby adopt the following constitution."

Preamble to NTEU's Constitution

Address Correction is Required - Complete Reverse Side.

MICHAEL L. BUESGENS

MICHAEL L BUESGENS
3112 WINDSOR [illegible]
AUSTIN TX [illegible]

IMPORTANT
SAVE THIS CARD

NTEU — The National Treasury Employees Union, Washington, D.C.

This card certifies membership in NTEU to

MICHAEL L BUESGENS
MEMBER # [illegible] CHAPTER [illegible]
IRS AUSTIN COMPLIANCE CENTER
VALID THRU 10/31/[illegible]

and extends all rights and privileges provided membership dues are current and paid up to date

By [signature]
National President

I.R.S.
AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744