UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHEL L. BUESGENS
        PLAINTIFF
    AND
RODOLFO LIZCANO
        PLAINTIFF

V.

JUDGE ROBERT LYNN
POWELL  EEOC
ADMINISTRATIVE JUDGE
    AND
JUDGE KATYE OVERSTROT
SUPERVISORY EEOC
JUDGE
    AND
ROBERT B. HARWIN
ATTO NEY EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION

CIVIL ACTION
1: 2006 CV01558

RECEIVED

NOV 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5410 FREDRICKSBURG
RD. SUITE 200
SAN ANTONIO, TEXAS
78 229-3555
PHONE: 2  -281-7600
FAX: 210-281-7669

AND

ELIZABETH P. CALDWELL
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
SPECIALIST COMPLIANCE
AND CONTROL DIVISION
OFFICE OF FEDERAL
OPERATIONS
P.O. BOX 19848
WASHINGTON, D.C. 20036
AND
UNITED STATES OF AMERICA
ET. AL.
DEFENDANTS.

CIVIL ACTION
1-2006 CV01558

2

## PLAINTIFFS MOTION TO ADD PARTIES FOR JUST ADJUDICATION OF COMPLAINT

## CAUSE OF ACTION

1. WITH HOLDING RECORDS ON PLAINTIFF — PRO SE BUESGENS DEPARTMENT OF TREASURY — INTERNAL REVENUE SERVICE. "IN HOUSE" **EEO** COMPLAINTS OF

A. DISCRIMINATION (DISABILITY)
B. RETALIATION
C. CONTINUING VIOLATIONS "
D. COMPLAINT AGAINST THE "IN HOUSE" **EEO** PROCESSING OF BUESGENS COMPLAINTS

2. JUDGE ROBERT LYNN POWELL AND
A. JUDGE KATYE OUDERSLUT AND

**3**

**B.** ATTORNEY ROBERT B. HARWIN

**C.** **EEOC** *AND* SPECIALIST ELIZABETH ✓
P. CALDWELL

**3.** BREACH OF DUTY OWED

**4.** FAILURE TO COMPLY WITH ✓
**5.** EEOC/GOV RECORD SYSTEM
**6.** PERJURED AFFIDAVITS
**7.** DISCRIMINATION AGAINST BUESGENS
**8.** RETALIATION AGAINST BUESGENS

BY. REFERENCE **SEE**
CIVIL ACTION NO. 1:2005 CV 243 SS
U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**9.** EEOC. ATTORNEYS *AND*
JENNIFER RANDALL
*AND*
**10.** JUDITH TAYLOR

**4**

11. MOTIONS AND AFFIDAVITS FILED
IN CASE NO. 1:2005-CV-2435S

A. BY REFERENCE **SEE** PLAINTIFF
MICHAEL L. BUESGENS NUMEROUS
FREEDOM OF INFORMATION ACT
(FOIA) REQUESTS IN 2005

B. THE PERFORATED **FOIA**
AND BUESGENS COMPLAINT
IN

C. CIVIL ACTION NO. 1:2005CV02334
AND

D. CIVIL ACTION NO. 1:2006CV01558

12. PLAINTIFF BUESGENS FOIA
COMPLAINT AGAINST

A. TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION

B. DEPARTMENT OF TREASURY
AND "IN HOUSE" **EEO**

5

C. MARCIA H. COATES, DIRECTOR
AT TREASURY - EEO

D. MARIAM G. HARVEY, DIRECTOR
AT TREASURY - **EEO**

E. INTERNAL REVENUE SERVICE
WASHINGTON, D.C.
FRESNO, CALIFORNIA
AUSTIN, TEXAS

F. **EEOC**, SAN ANTONIO, TEXAS

G. EEOC - OFFICE OF FEDERAL
OPERATIONS, WASHINGTON, D.C.

13. PLAINTIFF BUESGENS FORMAL
EEO COMPLAINTS OF CONTINUING
VIOLATIONS - APRIL 2005
AND DALLAS, TEXAS

A. MICHAEL SALYARDS, ATTORNEY
B. CHERYL WILLEMEIR, **EEO**
C. VICTOR REYES **EEO**
**IN HOUSE EEO**

6

14. BUESGENS **EEO** COMPLAINT
PRELIMINARY ACTIONS AT
DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE
JACKSONVILLE, FLORIDA
AND
BUESGENS COMPLAINT ABOUT
THE EEO- COMPLAINT PROCESSING

A. CASE NO: 05 - 2291
B. CASE NO: 05 - 2291 S

15. PLAINTIFF BUESGENS **EEOC**
COMPLAINT AND NATIONAL
TREASURY EMPLOYEES UNION
**NTEU**

A. COLLEEN M. KELLEY, PRESIDENT
B. RUSSELL BOKELMAN, CHIEF
STEWARD CHAPTER 247
**I.R.S** - COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN TEXAS 78744
**EEOC** NO: 360-2006-00307

7

16    BUESGENS OFFICE OF
SPECIAL COUNSEL COMPLAINT
OSC — JAMES BOOKER
INVESTIGATOR WASHINGTON, DC
✓ CASE NO. MA-05-2468

17.   BUESGENS FEDERAL LABOR
RELATIONS AUTHORITY (F.L.R.A.)
AND NATIONAL TREASURY
EMPLOYEES UNION (NTEU)
COMPLAINT
✓ CASE NO. DA-CO-05-0505

A.    RICHARD ZORN — F.L.R.A.
B.    COLLEEN M. KELLEY — N.T.E.U.
C.    RUSSELL BO KELMAN — N.T.E.U.
D.    JOHN BATES — F.L.R.A.
E.    JAMES PETRUCCI — F.L.R.A.

18.   BUESGENS MERIT SYSTEMS
PROTECTION BOARD COMPLAINT
✓ DA-1221-06-0171-W-1
AND

8

19. **EEOC** - ROBERT BARNHART
AND ELIZABETH P. CALDWELL
OFFICE OF FEDERAL OPERATIONS
WASHINGTON, DC

A. EEOC NO. 03200601 30
B. EEOC NO: 360-2006-00307
C. MSPB NO: DA-1221-06-0171-W-1

20. PLAINTIFF BUESGENS
MDL LITIGATION
CASE NO. **MDL-1800**

21. BUESGENS **EEOC**/GOVT-1
RECORDS SYSTEM REQUEST
AT                          IN-2005
A. SAN ANTONIO, TEXAS
       AND
B. WASHINGTON, DC
   OFFICE OF FEDERAL OPERATIONS
              AND
22. THE OMMISSION AND DENIAL ✔
              BY

9

THE FOLLOWING:

A. JUDGE ROBERT LYNN POWELL

B. JUDGE KATYE OUDERSMAT

C. ROBERT B. HARWIN ✔ EEOC ATTORNEY, SAN ANTONIO, TEXAS

D. ELIZABETH P. CROWELL ✔ **EEOC** - OFFICE OF FEDERAL OPERATIONS, WASHINGTON, DC

**23.** IN **2005** BUESGENS MADE NUMEROUS REQUESTS FOR EEOC RECORDS TO THE FOREGOING AND THEY DENIED HIS REQUESTS

**EEOC**/GOVT-1 RECORD SYSTEM **SEE EXHIBIT** OF PROCEDURES

**10**

24. NOW ATTORNEYS (EEOC)
A. JENNIFER RANDALL
   AND
B. JUDITH TAYLOR
   AND
C. THE FOREGOING NAMED
   DEFENDANTS HAVE FAILED
   IN THEIR DUTY TO PRODUCE ✔
   COPIES OF BUESGENS
   NUMEROUS REQUESTS AND

D. THE DOCUMENTS REQUESTED ✔

25. ALL OF MICHAEL L. BUESGENS

A. FEDERAL EVIDENCE
B. EXHIBITS
C. DOCUMENTS
D. COURT FILINGS AND RECORDS

E. WERE STOLEN ON JULY 6, 2006
   AT

11

**F.** FALCON RIDGE APARTMENTS
FALCON APARTMENTS OF AUSTIN, LTD
FALCON APARTMENTS OF AUSTIN I, INC
500 E STASSNEY
APARTMENT 1023
AUSTIN, TEXAS 78745
PHONE: 512-326-5000

**26** THIS IS ANOTHER CAUSE OF
ACTION AND THE LOSSES
PLAINTIFF BUESGENS HAS
SUFFERED HAS SEVERELY
LIMITED HIS LEGAL REMEDIES
AND RIGHTS

**27.** CAUSE OF ACTION
**A.** UNLAWFUL CONVERSION OF
BUESGENS PROPERTY

**B.** VIOLATIONS 42 USCA SECTION
1983

**C.** CIVIL CONSPIRACY AND
RETALIATTION

12

D.    DISCRIMINATION (DISABILITY)

28. MICHAEL L. BUESGENS MEDICAL DISEASE BIPOLAR WAS SEVERELY AGGRAVATED BY THE FOREGOING ADVERSE ACTIONS.

29. ON JULY 6, 2006 BUESGENS WAS HOSPITALIZED AT SETON SHOAL CREEK HOSPITAL AUSTIN, TEXAS AND DISCHARGED ON JULY 12, 2006.

SEE HUD COMPLAINT NO. 06-06-293-9 DECEMBER 28, 2006 AND PETITION FOR REVIEW FIFTH CIRCUIT NO.

13

30. THE NEGLIGENT FAILURES OF GOVERNMENT ATTORNEYS AND GOVERNMENT EMPLOYEES IN THE OFFICIAL PERFORMANCE OF THEIR DUTIES IS

A. DISCRIMINATION AND

B. RETALIATION AND

C. CAUSES MORE LITIGATION

31. A SUIT WITHIN A SUIT AND CONTINUING CAUSES OF ACTION

32. THE VIOLATIONS OF STATUTES AND REGULATIONS AND PROCEDURES AND UNETHICAL CONDUCT BY THE FOREGOING CAUSE CONTINUAL ONGOING LITIGATION

14

# EXHIBITS

1. CASE NO. 1:2005 CV 243 SS
U.S. DISTRICT COURT, AUSTIN DIVISION
HONORABLE JUDGE SAM SPARKS
ORDER ENTERED 05/25/2005
DOCUMENT NO. **16**
NO PRODUCTION OF DOCUMENTS

2. ORDER ENTERED 06/03/2005
DOCUMENT NO. **19**

**NO** APPOINTMENT OF COUNSEL
**NO** PRODUCTION OF DOCUMENTS

3. ORDER ENTERED 05/03/2006
DOCUMENT NO. **35** AND **36**
SCHEDULING ORDER
TRIAL IN DECEMBER, 2006

4. ORDER ENTERED 10/25/2006
DOCUMENT NO. **95**
«BUESGENS SUPPLEMENT **DENIED**
JUSTICE DOES NOT REQUIRE AMENDMENT»

**15**

CASE NO.  1: 2005 CV 2435S
DOCUMENT NO. 95

A. BUESGENS (PLAINTIFF) MOTION
FOR DISCOVERY DENIED

"BUESGENS MOTION IS DEFECTIVE
BECAUSE HE DIDNT CONTACT
OPPOSING COUNSEL."

BUESGENS SAYS TALKING TO
OPPOSING COUNSEL IS HOPELESS

B. MOTION TO STAY DENIED
AND
"I.R.S. MANAGER DONALD R.
TAWNEY JR BANKRUPTCY
CHAPTER 7 HAS NO EFFECT."

C MOTION TO QUASH BUESGENS
SUBPOENA OF JUDGE ROBERT
LYNN POWELL GRANTED

16

5. **EEOC** / GOVT-1 SYSTEM OF RECORDS INFORMATION AND THE DENIAL AND OMISSION OF BUESGENS EEOC SYSTEM RECORDS REQUEST BY THE FOREGOING NAMED INDIVIDUALS.

6 PLEASE PRODUCE COPIES OF BUESGENS REQUESTS TO:

A. JUDGE ROBERT LYNN POWELL
B. ATTORNEY ROBERT B. IRWIN
C. **EEOC** - OFFICE OF FEDERAL OPERATIONS
D. ELIZABETH P. CALDWELL

*17*

RESPECTFULLY SUBMITTED

Michael L Buesgens

MICHAEL L. BUESGENS
PLAINTIFF
PRO SE
PRIVATE ATTORNEY GENERAL
NOVEMBER 3, 2006


THE FOREGOING IS ALSO A
RESPONSE TO:

✓ EEOC ADVISORY TO THE COURT ✓
CASE NO. 1: 2005 CV 2435S
DOCUMENT NO. 97
ENTERED 10/27/2006

AND

✓ ASSISTANT U.S. ATTORNEY KAREN
MELNIKS — MOTION TO DISMISS
CASE NO. 1: 2006 CV 01558 ✓
DOCUMENT NO. 10
ENTERED 11/02/2006

18

SEE CERTIFICATE OF
SERVICE ON ATTACHMENTS
AND EXHIBITS

I. BUESGENS MOTION FOR
ENLARGEMENT OF TIME
CASE NO. 1: 2005 CV 243 SS
U.S. DISTRICT COURT AUSTIN DIVISION
AND PAGES 1-12

II PLAINTIFF BUESGENS
U.S. MERIT SYSTEMS PROTECTION
BOARD AND PAGES 1-6 M.S.P.B.

III EEOC... PAGES 1-6 AND
CERTIFICATE OF SERVICE

IV THE AND FOLLOWING EXHIBITS

Michael Buesgens
MICHAEL L BUESGENS
11/02/2006

19