UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
PLAINTIFF
AND
RUDOLFO LIZCANO
PLAINTIFF

V.

JUDGE ROBERT LYNN POWELL
AND
JUDGE KATJE KUDERSTADT
AND
ROBERT B. HARWIN
AND
ELIZABETH P. CALDWELL
AND
UNITED STATES OF AMERICA
ET. AL.
DEFENDANTS

CIVIL ACTION
1:2006CV01558

RECEIVED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DECLARATION OF MICHAEL L. BUESGENS

BUESGENS - PLAINTIFF - PRO SE - PRIVATE ATTORNEY GENERAL MAKES THE FOREGOING DECLARATION IN LIEU OF AN AFFIDAVIT, IN ACCORDANCE WITH 28 U.S.C. SECTION 1746. I AM AWARE THAT THIS DECLARATION WILL BE FILED IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND THAT IT IS THE LEGAL EQUIVALENT OF A STATEMENT UNDER OATH.

BUESGENS OPPOSES U.S. ATTORNEY KAREN MELNIKS MOTION TO DISMISS OR FOR TRANSFER OF VENUE
CASE NO. 1:2006-CV-1558
DOCUMENT 9 ENTERED 11/01/2006
FOR THE FOLLOWING REASONS:

2

1. ASSISTANT U.S. ATTORNEY KAREN MELNIK DOES NOT REPRESENTS DEFENDANTS

2. DEFENDANTS HAVE NOT BEEN SERVED PROCESS SUMMONS

3. ASSISTANT U.S. ATTORNEY KAREN NEGLIGENT MISREPRESENTATIONS AND MISCONDUCT IN CASE NO. 1:2005CV02334 AND CASE NO. 1:2006CV01558 HAVE CAUSED BUESGENS HARM.

4. ASSISTANT U.S. ATTORNEY KAREN MELNIK GAMESMANSHIP ✓ AND FAILURES TO DISCLOSE HAVE CAUSED MULTIPLE ✓ NEW CAUSES OF ACTION

A SUIT WITHIN A SUIT ✓

2

5. FOR EXAMPLE MELNIK TOLD THE DEPARTMENT OF HEALTH AND HUMAN SERVICES — FEDERAL OCCUPATION AND HEALTH —

A. GENERAL COUNSEL

**AND**

B. FOH DOCTORS

C. MARK FRANK, M.D. ✓

D. JAMES ALLEN, M.D. ✓

BETHESDA, MARYLAND

E. THAT CASE NO. 1:2005CV02334 WAS NOT IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**AND**

F. THIS HARMED BUESGENS COMPLAINT AND REQUEST FOR MEDIATION WITH THE DEPARTMENT OF HEALTH AND HUMAN SERVICES — **FOH**

3

6. **MELNIK** TOLD EVERYONE AND ANYONE THAT ASSISTANT U.S. ATTORNEY R. BARRY ROBINSON WAS THE AGENCIES AND GOVERNMENTS REPRESENTATIVE.

7. NOW MELNIK SAYS SHE REPRESENTS THE FEDERAL GOVERNMENT AND ALL THE OTHER DEFENDANTS.

8. BUESGENS IS NOW FILING A MOTION TO ADD PARTIES AND CAUSES OF ACTION BECAUSE OF EEOC NEGLIGENT FAILURES OF DISCLOSURE **FOR** EVIDENCE THAT DECISIVELY ✓ OFFERS PROOF OF THE DISCRIMINATION AND RETALIATION IN BOTH

A. EMPLOYMENT
AND
B. HOUSING — AGAINST BUESGENS

4

PLEASE **SEE** THE EXHIBITS AND ATTACHMENTS TO THIS DECLARATION FOR CASE NO. 1: 2006 CV01558

9. BUESGENS REQUESTS REMOVAL AND SANCTIONS FOR ASSISTANT U.S. ATTORNEY KAREN MELNIK **OR** IN THE ALTERNATIVE SITE CAN MOVE TO AUSTIN, TEXAS **AND** ASSISTANT U.S. ATTORNEY R. BARRY ROBINSON CAN MOVE TO WASHINGTON, D.C.

10. ALL OF BUESGENS CIVIL ACTIONS ARE MULTI DISTRICT LITIGATION

11.
12. COMPLEX LITIGATION DOCUMENT INTENSIVE

5

13. MULTIPLE CAUSES OF ACTION BECAUSE THE RETALIATION EXCEEDS THE ORIGINAL DISCRIMINATION.

14. CONTINUAL MISCONDUCT BY ATTORNEYS FAILURES OF
A. FIDUCIARY DUTY AND
B. BREACH OF DUTY OWED

15. NEGLIGENT MISREPRESENTATIONS OF MATERIAL FACT

16. NEGLIGENT MISREPRESENTATION OF CITATIONS TO AUTHORITY

17. WITHHOLDING EVIDENCE

18. FAILURE TO DISCLOSE

19. WILLFUL NEGLECT OF DUTY

20. THE ATTORNEYS IN CIVIL ACTIONS CONTROL THE FLOW OF INFORMATION.

21. THE ATTORNEYS IN **ALL** THESE CIVIL ACTIONS HAVE NEGLIGENTLY MISREPRESENTED THE ENTIRE COMPLAINT AND CASE.

22. INVALID PROTECTION MOTIONS FOR DISCOVERY TO HIDE THE EVIDENCE AND THE TRUE IDENTITIES OF DEFENDANTS.

23. **SEE** BUESGENS **FTCA** AND **FOIA** AND PRIVACY ACT CLAIMS AND COMPLAINTS.

24. **SEE** BUESGENS REQUESTS FOR THE TRUE IDENTITY OF GENERAL PARTNERS AND LIMITED PARTNERS.

25. **LOOK AT** THEIR FACT WITNESSES AND **NO** CREDIBILITY.

26. **SEE I.R.S** MANAGER DONALD R. TAWNEY JR CHAPTER 7 BANKRUPTCY CASE NO. **06-11164**

27. **SEE I.R.S.** MANAGER CHARLES G. HERNDON CRIMINAL CONVICTION CASE NO. **1:04CR00171LY**

28. SEE RODOLFO LIZCANO WHISTLEBLOWING COMPLAINT CASE NO. **1:03CV661 SS** AND OFFICE OF SPECIAL COUNSEL COMPLAINT **OSC**

29. **SEE** BUESGENS OFFICE OF SPECIAL COUNSEL - **OSC** COMPLAINT NO. **MA-05-2468**

8

30. **SEE** BUESGENS FEDERAL LABOR RELATIONS AUTHORITY **F.L.R.A.** COMPLAINT AGAINST NATIONAL TREASURY EMPLOYEES UNION CASE NO. **DA-CO-05-0505**

31. **SEE** BUESGENS 2005 **EEO** COMPLAINT OF CONTINUING VIOLATIONS AGAINST DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE CASE NO. **05-2291** AND CASE NO. **05-2291S**

32. SEE BUESGENS **M.S.P.B.** COMPLAINT NO. DA-1221-06-0171-W-1

33. SEE BUESGENS **EEOC** COMPLAINTS
   A.   NO. 03 200 60130
        AND

9

B. 360-2006-00307

C. 360- AND 2003-08286X

34. SEE MDL 1800

35. SEE FIFTH CIRCUIT APPEALS

36. SEE DISTRICT OF COLUMBIA COURT OF APPEALS

37. ALL OF THESE HAVE DOCUMENTARY EVIDENCE OF THE DISCRIMINATION AND RETALIATION AGAINST PLAINTIFF MICHAEL L BUESGENS

## 38. THE ATTORNEYS

A. CHARLES E. BROWN
B. WILLIAM S. WARREN
C. SHELLEY BUSH MARMON
D. GREGORY S. CAGLE
E. DAVID ARMBRUST
F. FRANK BROWN
G. DUNHAM JEWETT

H. ARMBRUST & BROWN, LLP
I. CRADY, JEWETT & MCCULLEY LLP

J. BEN FLOREY, JR
   CHARLES G. HERNDON ✓

K. DEREK HOWARD
   RODOLFO LIZCANO ✓

L. CHARLES NETTLES
   DONALD R. TAWNEY, JR ✓

11

M. STEVEN BASS, ASSISTANT U.S. ATTORNEY, RODOLFO LIZCANO ✓

N. GERALD CARRUTH, ASSISTANT U.S. ATTORNEY, CHARLES G. HERNDON ✓

O. R. BARRY ROBINSON, ASSISTANT U.S. ATTORNEY

P. KAREN MELNIK, ASSISTANT U.S. ATTORNEY

Q. JENNIFER RANDALL, EEOC ATTORNEY

R. JUDITH TAYLOR, EEOC ATTORNEY

S. ROBERT B. HARWIN, EEOC ATTORNEY

12

T. JAMES PETRUCCI AND RICHARD ZORN, FLRA ATTORNEYS

U. BARBARA A. ATKIN, NTEU GENERAL COUNSEL

V. GREGORY O'DUDEN, NTEU ATTORNEY

W. JULIE WILSON, NTEU ATTORNEY

X. DENNIS SCHNEIDER, NTEU ATTORNEY

Y. MICHAEL LYNN SALYARDS I.R.S. - GENERAL LEGAL SERVICES

Z. THOMAS STANTON, I.R.S. - GENERAL LEGAL SERVICES ATTORNEY

13

39. PLAINTIFF MICHAEL L BUESGENS FILED A RECUSAL AGAINST THE HONORABLE JUDGE
   A. ROYCE LAMBERTH ✓
      AND
   B. MICHAEL SONG ✓
      LAW CLERK
   C. CIVIL ACTION NO.
      1:2005CV02334 RCL ✓

40. PLAINTIFF MICHAEL L BUESGENS FILED A MOTION TO REASSIGN ✓
    CIVIL ACTION 1:2006CV01558
   A. DOCUMENT 4
      ENTERED   09/20/2006
      AND
   B. THERE HAS NOT BEEN A RULING.

   C. BUESGENS OBJECTS TO MOTION DISMISS AND FAILURE TO RULE ON CASE REASSIGNMENT

14

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT IN ACCORDANCE WITH 28 U.S.C. SECTION 1746.

*Michael L. Buesgens*
MICHAEL L. BUESGENS
PLAINTIFF
PRO SE
PRIVATE ATTORNEY GENERAL
NOVEMBER 2, 2006

SEE ATTACHED FOR CERTIFICATE OF SERVICE

15