JURY, PROSE-NP, TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01558-RCL

BUESGENS v. UNITED STATES OF AMERICA et al
Assigned to: Judge Royce C. Lamberth
Related Case: 1:05-cv-02334-RCL
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 09/01/2006
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**MICHAEL L. BUESGENS**

represented by **MICHAEL L. BUESGENS**
3112 Windsor Avenue
Apartment A 322
Austin, TX 78745
US
(512) 339-6005 Ext. 7191
Fax: (512) 478-7608
PRO SE

V.

**Defendant**

**UNITED STATES OF AMERICA**

represented by **Karen L. Melnik**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Room E4112
Washington, DC 20530
(202) 307-0338
Email: karen.melnik@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL SALYARDS**
*General Legal Services Attorney,*
*Internal Revenue Service*

**Defendant**

**MARCIA H. COATES**
*Director EEO*

**Defendant**

**CHARLES G. HERNDON**
*Former Internal Revenue Service*
*employee*

**Defendant**

**MELINDA ESTRADA**
*Supervisor, EEO*

**Defendant**

**COLLEEN M. KELLEY**
*President, National Treasury Employee
Union*

represented by **Gregory O'Duden**
NATIONAL TREASURY
EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006-4600
(202) 572-5500
Fax: (202) 572-5645
Email: greg.oduden@nteu.org
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**FEDERAL LABOR RELATIONS
AUTHORITY**

**Defendant**

**CARI M. DOMINGUEZ**
*Chair, Equal Employment Opportunity
Commission*

**Defendant**

**KAY COLES JAMES**
*Director, Office of Personnel
Management*

**Defendant**

**DONALD R. TAWNEY**
*Supervisor, Internal Revenue Service*

**Defendant**

**MARGERET WAITES**
*EEO, Reasonable Accomodation
Coordinator*

**Defendant**

**JOHN W. SNOW**
*Secretary, Department of the Treasury*

**Defendant**

**THOMAS THEIS**
*IRS, Labor Relations*

**Defendant**

**OSCAR LEAL**

<u>Defendant</u>

**UNITED STATES OFFICE OF
SPECIAL COUNSEL**

<u>Defendant</u>

**ANNA MEDLOCK**
*Supervisor, Internal Revenue Service*

<u>Defendant</u>

**F. RUSSELL GEORGE**
*Inspector General Tax Administration*

<u>Defendant</u>

**NANCY SESSION**
*Supervisor, Internal Revenue Service*

<u>Defendant</u>

**CHARLES WASHINGTON, JR.**
*Director, Austin Compliance Center
IRS*

<u>Defendant</u>

**ANGELIA GOODEY-DOYLE**
*Counselor In House, EEO, Department
of the Treasury*

<u>Defendant</u>

**COMMISSIONER OF INTERNAL
REVENUE SERVICE**

represented by **Karen L. Melnik**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**MARY E. CARROLL**
*Supervisor, Interal Revenue Service*

<u>Defendant</u>

**MARTHA SCHANHALS**
*Supervisor, Internal Revenue Service*

<u>Defendant</u>

**JAMES PARKER**
*Regional Director, Department of the
Treasury*

<u>Defendant</u>

**VICTOR REYES**

*Supervisor "In House" EEO*

**Defendant**

**CHERYL VUILLERMIER**
*Counselor "In House" EEO*

**Defendant**

**DENNIS COLLINS**
*Inspector, Treasury Inspector General
for Tax Administration*

**Defendant**

**ROBERT E. POWELL**
*EEOC Administrative Judge*

**Defendant**

**KATYE DUDERSTADT**
*EEOC Supervisory Judge*

**Defendant**

**MARY-ELLAN KRCHA**
*Tort Claim Supervisor*

**Defendant**

**FALCON APARTMENTS OF
AUSTIN I, INC.**

**Defendant**

**AMANDA WILSON-TORRES**

**Defendant**

**DORIENNE BONILLA**
*Supervisor, IRS and Tenant, Falcon
Ridge Apartments*

**Defendant**

**MEGAN GOERES**
*Tenant, Falcon Ridge Apartments*

**Defendant**

**MANDY ROGERS**
*Manager, Greystar Mangement
Services, LP and Falcon Ridge
Apartments*

**Defendant**

**DEBI WEHMEIER**
*Regional Vice President Greystar
Management Services, LP*

**Defendant**

**CHARLES E. BROWN, P.C.**

**Defendant**

**GREP GENERAL PARTNER LLC**

**Defendant**

**GREYSTAR MANAGEMENT
SERVICES, LP**

**Defendant**

**RICHARD R. AUBY**
*Supervisor, Internal Revenue Service*

**Defendant**

**THOMAS LEGER**
*Supervisor, Internal Revenue Service*

**Defendant**

**DANIEL PALACIOS**
*Supervisor, Internal Revenue Service*

**Defendant**

**ARMBRUST R. BROWN, LLP**

**Defendant**

**BEN FLOREY, JR.**
*Attorney*

**Defendant**

**DEREK HOWARD**
*Attorney*

**Defendant**

**CRADY, JEWETT & MCCULLEY,
LLP**

**Defendant**

**DEPARTMENT OF HEALTH AND          represented by   Karen L. Melnik
HUMAN SERVICES                                       (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED***

**Defendant**

**ALPHONSO JACKSON**
*Secretary, Department of Housing and
Urban Development*

**Defendant**

**GREG ABBOTT**
*Attorney General of Texas*

**Defendant**

**UNITED STATES POSTAL**          represented by    **Karen L. Melnik**
**SERVICE**                                         (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**ALL DEFENDANTS**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2006 | 1 | COMPLAINT against COLLEEN M. KELLEY, FEDERAL LABOR RELATIONS AUTHORITY, CARI M. DOMINGUEZ, KAY COLES JAMES, DONALD R. TAWNEY, MARGERET WAITES, JOHN W. SNOW, THOMAS THEIS, OSCAR LEAL, UNITED STATES OFFICE OF SPECIAL COUNSEL, ANNA MEDLOCK, F. RUSSELL GEORGE, NANCY SESSION, CHARLES WASHINGTON, JR, ANGELIA GOODEY-DOYLE, COMMISSIONER OF INTERNAL REVENUE SERVICE, MARY E. CARROLL, MARTHA SCHANHALS, JAMES PARKER, VICTOR REYES, CHERYL VUILLERMIER, DENNIS COLLINS, ROBERT E. POWELL, KATYE DUDERSTADT, MARY-ELLAN KRCHA, FALCON APARTMENTS OF AUSTIN I, INC., AMANDA WILSON-TORRES, DORIENNE BONILLA, MEGAN GOERES, MANDY ROGERS, DEBI WEHMEIER, CHARLES E. BROWN, P.C., GREP GENERAL PARTNER LLC, GREYSTAR MANAGEMENT SERVICES, LP, RICHARD R. AUBY, THOMAS LEGER, DANIEL PALACIOS, ARMBRUST R. BROWN, LLP, BEN FLOREY, JR, DEREK HOWARD, CRADY, JEWETT & MCCULLEY, LLP, DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALPHONSO JACKSON, GREG ABBOTT, UNITED STATES POSTAL SERVICE, ALL DEFENDANTS, UNITED STATES OF AMERICA, MICHAEL SALYARDS, MARCIA H. COATES, CHARLES G. HERNDON, MELINDA ESTRADA (Filing fee $ 350) filed by MICHAEL L. BUESGENS. (Attachments: # 1 Table of contents# 2 Attachment 3# 3 Attachment 4# 4 Attachment 5, 6, and 7# 5 Attachment 8# 6 Attachment 9# 7 Attachment 10)(tg, ) (Entered: 09/07/2006) |
| 09/01/2006 | 2 | NOTICE OF RELATED CASE by MICHAEL L. BUESGENS. Case related to Case No. 05-2334. (tg, ) (Entered: 09/07/2006) |
| 09/01/2006 | | SUMMONS Not Issued as to COLLEEN M. KELLEY, FEDERAL LABOR RELATIONS AUTHORITY, CARI M. DOMINGUEZ, KAY COLES JAMES, DONALD R. TAWNEY, MARGERET WAITES, JOHN W. SNOW, THOMAS THEIS, OSCAR LEAL, UNITED |

| | | |
|---|---|---|
| | | STATES OFFICE OF SPECIAL COUNSEL, ANNA MEDLOCK, F. RUSSELL GEORGE, NANCY SESSION, CHARLES WASHINGTON, JR, ANGELIA GOODEY-DOYLE, COMMISSIONER OF INTERNAL REVENUE SERVICE, MARY E. CARROLL, MARTHA SCHANHALS, JAMES PARKER, VICTOR REYES, CHERYL VUILLERMIER, DENNIS COLLINS, ROBERT E. POWELL, KATYE DUDERSTADT, MARY-ELLAN KRCHA, FALCON APARTMENTS OF AUSTIN I, INC., AMANDA WILSON-TORRES, DORIENNE BONILLA, MEGAN GOERES, MANDY ROGERS, DEBI WEHMEIER, CHARLES E. BROWN, P.C., GREP GENERAL PARTNER LLC, GREYSTAR MANAGEMENT SERVICES, LP, RICHARD R. AUBY, THOMAS LEGER, DANIEL PALACIOS, ARMBRUST R. BROWN, LLP, BEN FLOREY, JR, DEREK HOWARD, CRADY, JEWETT & MCCULLEY, LLP, DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALPHONSO JACKSON, GREG ABBOTT, UNITED STATES POSTAL SERVICE, ALL DEFENDANTS, UNITED STATES OF AMERICA, MICHAEL SALYARDS, MARCIA H. COATES, CHARLES G. HERNDON, MELINDA ESTRADA (tg, ) (Entered: 09/07/2006) |
| 09/20/2006 | 3 | NOTICE of Lawsuit and Request for Waiver of Service for Summons by MICHAEL L. BUESGENS (ztg, ) (Entered: 09/25/2006) |
| 09/20/2006 | 4 | MOTION to Reassign Case to Another Judge at the U.S. District Court for the District of Columbia by MICHAEL L. BUESGENS. (tg, ) (Entered: 09/25/2006) |
| 10/04/2006 | 5 | MOTION to Dismiss *on the basis of collateral estoppel* by COLLEEN M. KELLEY. (Attachments: # 1 Text of Proposed Order for Mtn to Dismiss)(O'Duden, Gregory) (Entered: 10/04/2006) |
| 10/06/2006 | | SUMMONS (1) Issued as to U.S. Attorney. (tg, ) (Entered: 10/06/2006) |
| 10/16/2006 | 6 | RESPONSE re 5 MOTION to Dismiss *on the basis of collateral estoppel* filed by MICHAEL L. BUESGENS. (Attachments: # 1 Attachments (part 1)# 2 Attachments (part 2))(tg, ) (Entered: 10/18/2006) |
| 10/18/2006 | 7 | REPLY to opposition to motion re 5 MOTION to Dismiss *on the basis of collateral estoppel* filed by COLLEEN M. KELLEY. (Wilson, Julie) (Entered: 10/18/2006) |
| 10/19/2006 | | Summons (1) Issued as to MEGAN GOERES. (tg, ) (Entered: 10/19/2006) |
| 11/01/2006 | 8 | NOTICE of Appearance by Karen L. Melnik on behalf of COMMISSIONER OF INTERNAL REVENUE SERVICE, DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED STATES POSTAL SERVICE, UNITED STATES OF AMERICA (Melnik, Karen) (Entered: 11/01/2006) |
| 11/01/2006 | 9 | MOTION to Dismiss *or, in the alternative*, MOTION to Transfer Case by COMMISSIONER OF INTERNAL REVENUE SERVICE, DEPARTMENT OF HEALTH AND HUMAN SERVICES, UNITED |

| | | |
|---|---|---|
| | | STATES POSTAL SERVICE, UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit 1 (Notice of Hearing Session)# 2 Exhibit 2 (Order Deeming Motion Moot)# 3 Exhibit 3 (Salyards Declaration)# 4 Exhibit 4 (Texas Complaint)# 5 Exhibit 5 (Motion to Dismiss)# 6 Exhibit 6 (Order of Judge Sparks)# 7 Exhibit 7 (Judgment))(Melnik, Karen) (Entered: 11/01/2006) |
| 11/02/2006 | 10 | ORDER informing pro se plaintiffs that defendants have filed a motion to dismiss, and informing them of the consequences of a failure to respond within 14 days. Signed by Judge Royce C. Lamberth on 11/2/2006. (lcrcl1, ) (Entered: 11/02/2006) |
| 11/03/2006 | | Set/Reset Deadlines: Plaintiff Responses due by 11/16/2006. (rje) (Entered: 11/03/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/03/2006 11:22:47 | | |
| **PACER Login:** | | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL L. BUESGENS
PLAINTIFF

V.

JOHN W. SNOW,
SECRETARY DEPARTMENT
OF THE TREASURY
AND
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
JUDGE ROBERT L. POWELL
AND
JUDGE KATYE OVERSTREET
DEFENDANTS

CIVIL ACTION
NO.
1: 2005 CV 243
SS

PLAINTIFF BUESGENS MOTION
FOR ENLARGEMENT OF TIME.

BUESGENS RESPECTFULLY REQUESTS ENLARGEMENT OF TIME FOR THE FOLLOWING REASONS :

1. **DONALD R. TAWNEY, JR** IS ASSISTANT U.S. ATTORNEY R. BARRY ROBINSON'S PRINCIPAL WITNESS AGAINST MICHAEL L. BUESGENS BECAUSE MR TAWNEY. WAS BUESGENS IMMEDIATE SUPERVISOR AT THE INTERNAL REVENUE SERVICE IN **2003**.

2. DONALD R. TAWNEY JR WAS DIRECTLY INVOLVED IN THE **DENIAL** OF MICHAEL L BUESGENS REASONABLE ACCOMMODATION AND REASSIGNMENT.

2



3. DONALD R. TAWNEY, JR
FILES CHAPTER 7 BANKRUPTCY
AT U.S. BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
ON JULY 31 2006
CASE NO. 06-11164

4. PLAINTIFF BUESGENS FILED A
PROOF OF CLAIM ON 10/13/2006
CASE NO. 06-11164

5. PLAINTIFF BUESGENS FILED
AN ADVERSARY CLAIM IN
BANKRUPTCY COURT ON 10/22/2006
CASE NO. 06-1248

6. DONALD R. TAWNEY JR WAS
A DEFENDANT IN EEOC CASE
NO. 360-2003-08286X

7. DONALD R. TAWNEY, JR IS
A DEFENDANT IN CASE
NO. 1:2006 CV 1558

3

8. PLAINTIFF BUESGENS HAS MULTIPLE CAUSES OF ACTION IN THE COURTS.

9. THE RETALIATION EXCEEDS THE ORIGINAL DISCRIMINATION IN THESE CIVIL ACTIONS

A. EMPLOYMENT DISCRIMINATION

B. HOUSING DISCRIMINATION

10. THE BREACH OF DUTY BY DEFENDANTS AND THEIR ATTORNEYS HAVE CAUSED MORE LITIGATION.

11. ALL OF THESE COURT ACTIONS ARE RELATED AND RELEVANT TO AND AMONGST EACH OTHER.

RELATED - RELEVANT

4

12. MULTIPLE CAUSES OF ACTION

13. COMPLEX LITIGATION IN THE EXTREME

14. DOCUMENT INTENSIVE

15. MULTIDISTRICT LITIGATION

16. REHABILITATION ACT
17. AMERICANS WITH DISABILITIES ACT
18. TITLE VII RETALIATION
19. FAIR HOUSING ACT
20. CONVERSION OF PROPERTY
21. 42 USCA SECTION 1983
22. CIVIL CONSPIRACY
23. CONTRACT VIOLATIONS
24. TEXAS PROPERTY CODES
25. MUNICIPAL ORDINANCES
26. BANKRUPTCY
27. TAX COURT — RODOLFO LIZCANO
28. CRIMINAL COMPLAINT—CHARLES G. HERNDON

5

29. TEXAS CORPORATIONS ACT
30. TEXAS LIMITED LIABILITY ACT
31. TEXAS REVISED PARTNERSHIP ACT
32. DELAWARE STATUTES
33. VIOLATIONS OF STATE FRANCHISE TAX
34. VIOLATIONS OF INTERNAL REVENUE CODE
35. TAX EXEMPT STATUS AUSTIN APARTMENT ASSOCIATION

36 MOL 1800 SCHEDULED HEARING

37. NON COMPLIANCE OF DISCOVERY AND DISCLOSURE BY DEFENDANTS AND ATTORNEYS.

6

RESPECTFULLY SUBMITTED

*Michael J Buesgens*

MICHAEL L. BUESGENS

PRO SE

PRIVATE ATTORNEY GENERAL

NOVEMBER 3, 2006

SEE EXHIBITS
AND
CERTIFICATE OF SERVICE

BECAUSE OF THE LARGE
NUMBER OF RELATED
EXHIBITS - PLAINTIFF
BUESGENS IS PROVIDING
ONLY ONE COPY OF EXHIBITS

7

# EXHIBITS

1. PLAINTIFF MICHAEL L BUESGENS LETTER TO M.S.P.B. AND EEOC DATED 10/31/2006

2. U.S. MERIT SYSTEM PROTECTION BOARD LETTER DATED: 10/24/2006

3. EEOC LETTER DATED: 10/26/2006

4. EEOC LETTER DATED: 9/25/2006

5. EEOC LETTER DATED: 9/7/2006

6. EEOC ATTORNEY JENNIFER RANDALL ADVISORY TO THE COURT DATED: 10/27/2006 CIVIL ACTION 1:2005 CV 243 SS

7. EEOC ATTORNEY JENNIFER RANDALL MOTION TO QUASH SUBPOENA OF JUDGE ROBERT L. POWELL DATED: 10/20/2006    EXHIBITS

8

8. ASSISTANT U.S. ATTORNEY
R. BARRY ROBINSON OBJECTIONS
TO **MDL 1800**
DATED: 9/25/2006

9. EEOC ATTORNEY JENNIFER
RANDALL LETTER DATED:
9/20/2006 - EEOC WILL NOT

10. EEOC ATTORNEY JENNIFER
RANDALL MOTION FOR
CONTINUANCE DATED: 9/26/2006

11. HONORABLE JUDGE SAM SPARKS
ORDERS CASE NO.
1:2005 CV 243 SS

12 MDL NOTICE OF HEARING
LETTER DATED 10/17/2006

13. ASSISTANT U.S. ATTORNEY
MOTION TO DISMISS DATED:
11/1/2006 KAREN MELNIK
CASE NO. 1:06 CV 01558

9

14. DECLARATION OF INTERNAL
REVENUE SERVICE ATTORNEY
MICHAEL LYNN SALYARDS
AND
THOMAS STANTON
DALLAS, TEXAS
DATED: 02/27/2006
CASE NO. 1:2005CV02334

15. COLLEEN M. KELLEY NATIONAL
TREASURY EMPLOYEES UNION
NTEU
MOTION TO DISMISS
CASE NO. 1:2006CV01558
DATED: 10/04/2006

16. FEDERAL LABOR RELATIONS
AUTHORITY - FLRA
LETTER DATED 12/6/2005
CASE NO. DA-CO-05-0505

FLRA AND OSC AND NTEU

10

17. ARMBRUST & BROWN, LLP
CRADY, JEWETT & MCCOLLEY, LLP
AND
ATTORNEYS
A. DAVID ARMBRUST
B. FRANK BROWN
C. CHARLES E. BROWN
D. DONHAM JEWETT
E. WILLIAM WARREN III
F. SHELLEY BUSH MARMON
G. GREGORY S. CAGLE
AND
1. HOUSING DISCRIMINATION
2. RETALIATORY AND CONSTRUCTIVE
EVICTION
3. LEASE CONTRACT VIOLATIONS
4. INTERFERENCE WITH HUD
COMPLAINT
5. TAX CODE VIOLATIONS
6. MULTI TAX COMMISSION - FRANCHISE
7. UNLAWFUL CONVERSION
8. ✓ 42 USCA SECTION 1983

11

9. FAIR HOUSING ACT
VIOLATIONS
AND
MOL 1800

10. SEE DEFENDANTS ORIGINAL
ANSWER
DATED: NOVEMBER 1, 2006

11. CASE NO. 1:200C CV 226LY
U.S. DISTRICT COURT, AUSTIN
DIVISION AND

12. CASE NO. 1:2006 CV01558
U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

12

U.S. MERIT SYSTEMS PROTECTION
BOARD
OFFICE OF THE CLERK OF
THE BOARD
1615 M STREET, N.W.
WASHINGTON, DC 20419-0002

EEOC DOCKET NO. 03A60130

M.S.P.B. DOCKET NO.
DA-1221-06-0171-W-1

OCTOBER 31, 2006

RE: M.S.P.B. LETTER DATED
OCTOBER 24, 2006
AND
EEOC LETTER DATED
OCTOBER 26, 2006
TO
MICHAEL L. BUESGENS

PAGE 1 OF 6



MICHAEL L. BUESGENS
3112 WINDSOR RD #A322
AUSTIN TEXAS 78703
512-339-6005 EXT 7958
MIKEBUESGENS@HOTMAIL.com

1. BUESGENS OBJECTS AND TAKES EXCEPTION WITH THE M.S.P.B. RECORD ON ORIGINAL FILING AND

2. M.S.P.B. RECORD ON APPEAL DA-1221-06-0171-W-1

3. FOR THE FOLLOWING REASON BUESGENS COMPLAINT TO THE M.S.P.B. IS A MIXED CASE.

4. BUESGENS OBJECTS AND TAKES EXCEPTION WITH THE EEOC OFFICE OF FEDERAL OPERATIONS DECISION TO DENY CONSIDERATION.

2



5. FOR THE FOLLOWING REASON
DUES GENS APPEAL AND
PETITION TO THE EEOC
OFFICE OF FEDERAL OPERATIONS
IS A MIXED CASE FROM
THE M.S.P.B.
DA - 1221-06-0171-W-1
AND

6. EEOC COMPLAINT #
360-2006-00307
SEE LETTER DATED 9/7/2006
FROM
✓ MARILYN BLACKSHEAR
EEOC INVESTIGATOR.
HOUSTON DISTRICT OFFICE
1919 SMITH STREET 7TH FLOOR
HOUSTON, TEXAS 77002-8049
PHONE: 713-209-3410
FAX: 713-209-3381
AND

3

7. DEPARTMENT OF TREASURY,
INTERNAL REVENUE SERVICE

8. MARCIA H. COATES, DIRECTOR
AND

9. MARIAM G. HARVEY, DIRECTOR
EO PROGRAMS
OFFICE OF EQUAL OPPORTUNITY
& DIVERSITY DIVISION
DEPARTMENT OF TREASURY
1750 PENNSYLVANIA AVENUE, NW
ROOM 8157
WASHINGTON, DC    20220
AND

10. EEO    TA CASE : 05-2291
AND
CASE : 052291S
AND

11. MERIT SYSTEMS PROTECTION BOARD
DIRECTOR, EEO
1615 M ST. NW
WASHINGTON, DC 20419

4

12 MIXED CASE AT THE
M.S.P.B.
      DA-1221-06-0171-W-1
✓ WAS MISCLASSIFIED AS
A INDIVIDUAL RIGHT OF
ACTION.

13 SEE OFFICE OF SPECIAL
COUNSEL   O.S.C.
MICHAEL L. DUESGENS
AUGUST, 2005
COMPLAINT



CASE NO. MA-05-2468
14 JAMES BOOKER, INVESTIGATOR
WASHINGTON, DC!
            AND
15 SEE ATTORNEY MICHAEL SALYARDS
AND THOMAS STANTON ✓
I.R.S. - GENERAL LEGAL SERVICES
NEGLIGENT MISREPRESENTATIONS
IN THE FOREGOING COMPLAINTS.

5

SINCERELY

Michael Buesgens

MICHAEL L. BUESGENS

PRO SE

3112 WINDSOR RD

#A 322

AUSTIN, TEXAS   78703

512-339-6005 EXT 7958

MIKEBUESGENS@HOTMAIL.COM

OCTOBER 31, 2006

M.S.P.B.

FAX # 202-653-7130

6

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THE FOREGOING M.S.P.B. MIXED CASE AND EEOC DENIAL OF CONSIDERATION WAS SERVED BY FIRST CLASS MAIL ON THIS 2nd DAY OF NOVEMBER, 2006 ADDRESSED TO:

1. JENNIFER RANDALL, ATTORNEY
EEOC
SAN ANTONIO FIELD OFFICE
5410 FREDRICKSBURG ROAD
SUITE 200
SAN ANTONIO, TEXAS  78229-3555
PHONE: 210-281-7636
FAX: 210-281-7669

2. JUDGE ROBERT LYNN POWELL
EEOC
5410 FREDRICKSBURG RD #200
SAN ANTONIO, TEXAS  78229-3555



3. COLLEEN M. KELLEY, PRESIDENT
NATIONAL TREASURY EMPLOYEES
UNION, NTEU
1750 H ST. NW
WASHINGTON DC 20006
PHONE: 512-460-0964
FAX:

4. OFFICE OF THE SOLICITOR
FEDERAL LABOR RELATIONS AUTHORITY
FLRA
CASE NO. DA-CO-05-0505
1400 K STREET NW #300
WASHINGTON, DC 20424-0001
PHONE: 202-218-7910
FAX: 202-482-6657

5. OFFICE OF SPECIAL COUNSEL
OSC
CASE NO. MA-05-2468
JAMES BOOKER, INVESTIGATOR
1730 M STREET NW #218
WASHINGTON, D.C. 20036-4505

PHONE: 202-254-3600
FAX: 202-653-5151

6. ROBERT BARNHART DIRECTOR
COMPLIANCE & CONTROL DIVISION
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. BOX 19848
WASHINGTON, DC 20036
PHONE: ?
FAX: ?

7. MARCIA H. COATES, DIRECTOR
AND
MARIAM G. HARVEY, DIRECTOR,
EO PROGRAMS
OFFICE OF EQUAL OPPORTUNITY
AND DIVERSITY DIVISION
DEPARTMENT OF TREASURY
1750 PENNSYLVANIA AVE, NW
ROOM 8157
WASHINGTON, DC 20220

PHONE:     ?
FAX:       ?

8.  BENTLEY M. ROBERTS, JR
CLERK OF THE BOARD
U.S. MERIT SYSTEMS PROTECTION
BOARD
EEOC DOCKET NO. 03A60130
M.S.P.B. DOCKE NO.
DA-1221-06-0171-W-1
1615 M STREET, NW
WASHINGTON, NC 20419-0002
PHONE: 202-653-7200
FAX: 202-653-7130

9.  UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TEXAS
AUSTIN DIVISION
CIVIL ACTION NO. 1:2005CV243 SS
200 W 8TH STREET
AUSTIN, TEXAS 78701



10. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA CIVIL ACTION NO. 1:2005 CV 2334 AND CIVIL ACTION NO. 1:2006 CV 1558 333 CONSTITUTION AVE, NW WASHINGTON, DC 20001-2866

11. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA APPEAL NO. 06-5314 USDC NO. 05 CV 02334

12. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ONE COLUMBUS CIRCLE NE ROOM G-255 NORTH LOBBY WASHINGTON, DC 20002-8004

13. WILLIAM S. WARREN III AUSTIN APARTMENT ASSOCIATION 1811 WEST LAKE DRIVE AUSTIN, TEXAS 78746

PHONE:
FAX:

14. SHELLEY BUSH MARMON
A. DUNHAM & EWETT
B. CRADY, & EWETT & MCCULLEY LLP
2727 ALLEN PARKWAY #1700
HOUSTON, TEXAS
PHONE:
FAX:

15. R. BARRY ROBINSON
ASSISTANT U.S. ATTORNEY
AND
A. DONALD R. TAWNEY, JR
AND
B. CHARLES G. HERNDON
AND
C. RODOLFO LIZCANO
816 CONGRESS AVE. #1000
AUSTIN, TEXAS 78701
PHONE:
FAX: