UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL L. BUESGENS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 06-1558 (RCL) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM & ORDER**

This is a follow-on to a prior case brought by this plaintiff, Civil Action No. 05-2334, which this Court ordered dismissed as to defendant Kelley, and transferred to the United States District Court for the Western District of Texas as to the remaining defendants. The Court's Memorandum Opinion filed May 9, 2006, is reported as *Buesgens v. Coates, et al.*, 435 F. Supp. 2d 1 (D.D.C. May 9, 2006).

Plaintiff thereafter filed this case on September 1, 2006. Although the Complaint lists Rudolfo Lizcano as a plaintiff, he did not sign the Complaint. Plaintiff Buesgens purported to sign the Complaint for Lizcano as "Private Attorney General," but Buesgens has no authority to appear as counsel for Lizcano, and Buesgens can only appear for himself, *pro se*. Accordingly, the Clerk properly processed and docketed the Complaint only as to plaintiff Buesgens, and any action purporting to be brought by Rudolfo Lizcano is DISMISSED.

Plaintiff's motion [4] to reassign this case to another judge is DENIED.

Defendant Kelley's motion to dismiss this case on the basis of collateral estoppel because of the prior case is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE as to defendant Kelley.

The Federal defendants have filed a motion [9] to dismiss, or, in the alternative, to transfer this case to the United States District Court for the Western District of Texas, where this Court ordered Civil Action No. 05-2334 transferred. The transfer motion is hereby GRANTED, and this case is TRANSFERRED to the United States District Court for the Western District of Texas. The Federal defendants' motion to dismiss on other grounds remains pending for decision by the transferee Court.

Plaintiff's motion [11] for admission of discovery exhibits to be included in the record is DENIED.

Plaintiff's motion [12] to add parties is also DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 13, 2006.