UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL L. BUESGENS
         PLAINTIFF

V.

RODOLFO LIZCANO
         AND
NATIONAL TREASORY
EMPLOYEES UNION
         AND
FEDERAL LABOR RELATIONS
AUTHORITY
         AND
FALCON APARTMENTS OF AUSTIN
I, INC
         AND
GREP GENERAL PARTNER,
LLC
         AND

06-1558
   (RCL)
CIVIL ACTION
1:2005 CV
1558 RCL

RECEIVED

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MEGAN GOERES
AND
UNITED STATES OF
AMERICA  ET.AL.
DEFENDANTS

CIVIL ACTION
1:2005 CV
1558 RCL

I

1. THIS IS PLAINTIFF - PRO SE -
PRIVATE ATTORNEY GENERAL -
MICHAEL L BUESGENS RESPONSE
TO HONORABLE JUDGE ROYCE
LAMBERTH ORDER FILED
11/13/2006  DOCUMENT 15
AND

2. ASSISTANT U.S. ATTORNEYS R.
BARRY ROBINSON AND KAREN
MELNIK ET.AL. REPLY FILED
11/09/2006 DOCUMENT 14
AND

3. ATTORNEYS DENNIS SCHNEIDER AND
BARBARA ATKIN AND GREGORY O'DUDEN
AND JULIE WILSON AT NATIONAL
TREASURY EMPLOYEES UNION (NTEU)
MOTION TO DISMISS ON THE BASIS
OF COLLATERAL ESTOPPEL.

2

FILED    10/04/2006 DOCUMENT
5.

AND

4. PLAINTIFF MICHAEL L BUESGENS
**CROSS CLAIM** AGAINST **RODOLFO**
**LIZCANO** A PLAINTIFF IN
IN THIS CLASS ACTION.
AND

5. PRIVATE ATTORNEY GENERAL
MICHAEL L BUESGENS RESPONSE
**TO**
ASSISTANT U.S. ATTORNEYS REQUEST
FOR **SANCTIONS** PER RULE **11(a)**
AGAINST PRO SE BUESGENS
**FOR**
6 FILING ANOTHER **FRIVOLOUS**
**LAWSUIT**
AND

7. PRIVATE ATTORNEY GENERAL
REQUESTS THAT THIS COURT
IMPOSE SANCTIONS AGAINST
BUESGENS PER KAREN MELNIK
AND MICHAEL SALYARDS PROPOSAL

3

DOCUMENT **14** FILED ON
11/09/2006

8. PRIVATE ATTORNEY GENERAL
ANA
MICIMEL L. BUESGENS OBJECTION
TO THIS COURT **DENIAL FOR**
CLASS CERTIFICATION OF THIS
CIVIL ACTION. **SEE**

THE HONORABLE JUDGE ROYCE
LAMBERTH ORDER DATED
11/13/2006
DOCUMENT **15**
AND
FEDERAL RULE OF CIVIL PROCEDURE
**23 - CLASS ACTIONS**

PLAINTIFF - PRO SE - PRIVATE
ATTORNEY GENERAL - BUESGENS
IS PERMITTED TO BRING A
CLASS ACTION IN THIS COURT.

4

THIS COURTS ORDER FILED
11/13/2006
DOCUMENT 15

IS ANOTHER EXAMPLE OF
THE PRECONCEIVED PREJUDICE
AND BIAS AGAINST MICHAEL
L. BUESGENS COMPLAINTS AND
REQUEST FOR RELIEF. AND
IT IS NOT SURPRISING THAT
U.S. ATTORNEYS WOULD FEED
OFF THIS BUILT IN PREJUDICE
AND REQUEST SANCTIONS FOR
**FRIVOLOUS LAWSUIT.**

9.   IN CIVIL ACTIONS 1:2005CV2334
AND **1:2006CV1558** THERE
HAS BEEN AND CONTINUES TO
BE VIOLATIONS OF DISCOVERY
AND DISCLOSURE BY THE
A.           ATTORNEYS
B.           LAW FIRMS
                  AND
C.           DEFENDANTS
                  5

10. THE VIOLATIONS OF DISCOVERY AND DISCLOSURE BEGAN IN 2003.

11. THE WITHHOLDING OF EVIDENCE BEGAN IN 2003 AND IT CONTINUES.

12. THE COURTS DO NOT ACCEPT COPIES OF BUESGENS NUMEROUS DISCOVERY REQUESTS **AND FOIA.**

13. NO ONE MONITORS DISCOVERY AND DISCLOSURE AND ALL OF THESE ATTORNEYS ARE WELL AWARE OF THIS AND THEY MILK IT FOR ALL IT IS WORTH.

14. THE COURTS DON'T READ BUESGENS PLEADINGS AND THE ATTORNEYS DON'T ALLOW ANY MEANINGFUL DISCOVERY.

15. THUS THE ATTORNEYS CAN
CAN CLAIM **FRIVOLOUS LAWSUIT**
AND THIS PLAYS INTO THE
COURTS MINDSET THAT
PRO SE PLEADINGS ARE GARBAGE
AND NOT WORTH THE EFFORT
TO READ AND UNDERSTAND.

16. THE ATTORNEYS — PUBLIC
AND PRIVATE KNOW THE COURTS
DOCKET IS OVERLOADED.
SO THEY PLAY GAMES
WITH DISCOVERY-CONTINUOUSLY
MANIPULATING THE LEGAL
PROCESS.

17. PLAINTIFF BUESGENS EXPERIENCE
WITH THESE BAD ACTORS HAS
BEEN PROCEDURAL GAMESMANSHIP
AND THE MERITS ARE NOT
ALLOWED.

7

18. EVERY ATTORNEY DOES THE SAME THING — DENY DISCOVERY HIDE EVIDENCE — PLAY GAMES.

19. CONTINUAL NON STOP MANIPULATIONS AT THEIR 8 TO 5 JOBS.

AND

20. PRODUCTION OF DOCUMENTS — THAT IS NOT ALLOWE BY ATTORNEYS EITHER.

AND

21. IF THEY DO PRODUCE DOCUMENTS IT IS GARBAGE AND THEY SEND A LETTER — HERE IS YOUR DISCOVERY PRODUCTION REQUEST.

22. SEE R. BARRY ROBINSONS DISCOVERY SUBMISSIONS TO BOESGENS IN CASE NO.

A. 1:2005 CV 24355

AND

B. FIFTH CIRCUIT PETITION FOR REVIEW NO. 05-60879

8

23. THE EVIDENCE WITHHELD AT
    THE DECEMBER 16, 2003
    EEOC HEARING NO. 360-2003-8286 X
    HONORABLE JUDGE ROBERT LYNN
    POWELL PRESIDING

24 DEPARTMENT OF TREASURY - IRS
   ATTORNEY FOR EEO COMPLAINTS
A. MICHAEL SALYARDS

B. AND
   THOMAS STANTON
   INTENTIONALLY WITHHELD
   DOCUMENTARY EVIDENCE THAT
   WOULD HAVE DECISIVELY
   WON THE CASE FOR MICHAEL
   L. BUESGENS.

25 MICHAEL LYNN SALYARDS ATTORNEY
   IS THE SAME INDIVIDUAL
   THAT PROVIDED A PERJURED
   AFFIDAVIT IN CASE
   NO. 1:2005CV02334RCL

9

26  **SEE** BUESGENS NUMEROUS FREEDOM OF INFORMATION ACT REQUESTS IN 2005
**TO**

A. DEPARTMENT OF TREASURY
B. INTERNAL REVENUE SERVICE
C. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
D. OFFICE OF PERSONNEL MANAGEMENT

27. THE PERFORATED **FOIA** WAS CONTINUALLY MANIPULATED BY THE FOREGOING
AND
THE TREASURY INSPECTOR FOR TAX ADMINISTRATION

**TIGTA**

PLAINTIFF BUESGENS FOIA COMPLAINT 1:2006CV01558RCL
AND
PRIVACY ACT VIOLATIONS — MEDICAL INFORMATION

10

28. LOOK AT U.S. ATTORNEY KAREN MELNIK
   D.C. BAR NO. 436451
   AND

A. U.S. ATTORNEY RUDOLPH CONTRERAS    D.C. BAR NO. 434122
   AND

B. JEFFREY A. TAYLOR
   D.C. BAR NO. 498610

C. DOCUMENT 14 FILED 11/09/2006
   PAGE 1 AND 2

D. " LEGAL STANDARDS ✓

   " THE COURT IS NOT REQUIRED
   TO ACCEPT INFERENCES
   UNSUPPORTED BY THE FACTS.
   ALLEGED OR LEGAL CONCLUSIONS
   THAT ARE CAST AS FACTUAL
   ALLEGATIONS.. "

29. THEIR CITATION TO AUTHORITY

30. NO MENTION OF THEIR CONTINUAL
    AND

11

UNRELENTING DISCOVERY,
AND F O I A ABUSES IN
ALL FORUMS **THAT HAS**
**CAUSED** BUESGENS
MULTIPLE LITIGATION
CLAIMS

31. THAT ARE NOW DEFINED BY
THEM AS
**FRIVOLOUS LITIGATION**

32. **LOOK** AT THEIR CITATION TO
AUTHORITY DISABILITY.

A. **SEE** ALL THOSE MEANINGLESS
CITATIONS TO AUTHORITY IN
DOCUMENT **14**
FILED    11/09/2006

B. THIS IS PATHETIC !

33. THESE **UNETHICAL ATTORNEYS**
HAVE INSTANT CREDIBILITY WITH
THE COURT AND COURT PERSONNEL.

12

34. MICHAEL L BUESGENS HAS CONTINUAL AND MULTIPLE **CAUSES OF ACTION**

35 **SUIT WITHIN A SUIT**

36. BECAUSE OF THESE MACHINE FED - MARCH IN LOCK STEP ATTORNEYS.

37. SO LETS GET GOING WITH THOSE SANCTIONS BUESGENS DESERVES
MAYBE THEN YOU WILL BE FORCED TO LOOK AT THE GENUINE MATERIAL FACTS IN THESE ACTIONS.

38. PLAINTIFF - PRO SE - PRIVATE ATTORNEY GENERAL - MICHAEL L BUESGENS REQUESTS THAT THIS COURT **APPLY SANCTIONS** TO HIM FOR ANY **FRIVILOUS LITIGATION** THAT IS FOUND, **Now**.

*13*

**39.** THE NATIONAL TREASURY
EMPLOYEES UNION ATTORNEYS.
HAVE THE SAME MALFUNCTION
AS THE REST

**40.**    KAREN MELNIK ✓
**A.**    AND
    R. BARRY ROBINSON
**B.**    AND
    GERALD CARRUTH ✓
**C.**    AND
    STEVEN BASS ✓
ASSISTANT U.S. ATTORNEYS
DEPARTMENT OF JUSTICE
    U.S.A

    AND
**41.** DONALD R. TAWNEY, JR ✓
MICHAEL L BUESGENS 2003
REASONABLE ACCOMMODATION
AND REASSIGNMENT SUPERVISOR
AT I.R.S.    AND
MR TAWNEY CHAPTER 7 BANKRUPTCY
    NO. 06-11164
        14

42. AND CHARLES G HERNDON ✔
ANOTHER **I.R.S.** MANAGER
AT
AUSTIN COMPLIANCE CENTER
**I.R.S.**
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

43. **SAME** BUILDING PLAINTIFF AND
FORMER **I.R.S.** EMPLOYEE
MICHAEL L. BUESGENS USED
TO WORK AT.

44. **SEE CHARLES G HERNDON**
CRIMINAL COMPLAINT
AND
U.S. ATTORNEY
**GERALD CARRUTH**

CASE NO. **1:04-CR-00171-LY**
**AND** THE NEW CASE NOW
IN TRAVIS COUNTY, TEXAS COURT.

15

45. U.S. ATTORNEYS IN TROUBLE

AND

A. CRIMINAL ATTORNEY
   BEN FLOREY JR

B. FOR HERNDON - CHARLES

46. AND RODOLFO LIZCANO IN THE SAME COURT AT THE SAME TIME WITH A WITISTLEBLOWER COMPLAINT AGAINST

I.R.S.

AT

AUSTIN COMPLIANCE CENTER
1821 DIRECTORS BLVD
AUSTIN, TEXAS 78744

AND

47. SOME OF THE DEFENDANTS

ARE

A. CHARLES G. HERNDON

AND

B. RICHARD R. AUBY, FIELD DIRECTOR

AND

C. MELINDA ESTRADA, EEO MANAGER

16

48.    THE ART OF THE DEAL
AND
LET'S MOVE THE CIVIL
CASES OVER TO THE
CRIMINAL DOCKET AND
PUT THE CRIMINAL CASE
INTO A MINOR CATEGORY
OF OFFENSE.

49. THE MACHINE HAS THE
GREASE
AND
A. TAX AUDITS
AND
B. EARNED INCOME TAX CREDIT
C. ALL SHE WANTS TO DO IS DANCE.
AND
D. WHISTLEBLOWING
AND
E. ANTIQUATED — OVERLOADED
I.R.S. COMPUTER.

17

# II  FRIVILOUS LAWSUITS

## AND NOW

# III  PLAINTIFF BUESGENS CROSSCLAIM AGAINST RODOLFO LIZCANO ✓✓

1. SEE  R. BARRY ROBINSON
AND
A.  KAREN MELNIK
AND
B.  MICHAEL SALYARDS
C.  DOCUMENT 14
FILED 11/09/2006
CIVIL ACTION 1:06 CV01558 RCL

FEDERAL DEFENDANTS (CHARLES G. HERNDON) (DONALD R. TINNEY JR - CHAPTER 7) (RODOLFO LIZCANO) REPLY IN SUPPORT OF MOTION TO DISMISS MICHAEL L BUESGENS FROM PLANET EARTH AND MOVE HIM TO TEXAS.

18

2.    **TEXAS**
A.    AUSTIN TEXAS
B.    U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS – FIFTH CIRCUIT

THE **SAME** PLACE

3. **CHARLES G. HERNDON**
CASE NO. 1:04-CR-00171LY
AND HIS EXPERIENCE
AND
THE SAME PLACE

4. **RODOLFO LIZCANO**
THAN
THE BIRTH OF A TAX AUDIT
CASE NO. 1:2002CV00526
AND
CASE NO. 7:2003MC00044
AND
CASE NO. 1:2003CV00661 SS

**19**

5. RODOLFO LIZCANO
WHISTLEBLOWING COMPLAINT

JUDGMENT FOR INTERNAL
REVENUE SERVICE

DECEMBER 14, 2004 ✓
1:2003 CV00661 SS

6. CHARLES G. HERNDON

CASE CLOSED

DECEMBER 20, 2004 ✓
1:2004 CR00171 LY

PROBATION AND VIOLATIONS

CAUSE NO. 0739670

TRAVIS COUNTY, AUSTIN, TEXAS

20

IV    1: 2006 CV 01558 RCL
U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
                AND
1. PLAINTIFF BUESGENS

        FRIVOLOUS LAWSUIT
              AND
2. ASSISTANT U.S. ATTORNEY
      KAREN MELNIK
              AND
3.    MICHAEL LYNN SALYARDS
      PERJURED AFFIDAVIT
              IN
      1: 2005 CV 02334
        AND NOW

4.    ATTORNEY MELNIKS
      DOCUMENT 14
      FILED  11/09/2006
              AND
      PAGE 1    AND
5.    RODOLFO LIZCANO
      HAS BEEN WARNED ✓
              21

6.    **KAREN MELNIK**
ASSISTANT U.S. ATTORNEY
AND
A.    **RODOLFO LIZCANO**
B.    CANNOT BE FOUND
AND HE IS SILENT
AND
C.    U.S. TAX COURT
WASHINGTON, DC
AND
SAN ANTONIO, TEXAS

**DOCKET NO. 211-03**
THE CASE IS **STILL OPEN**

7.    WHAT IS ATTORNEY MELNIK
AND TREASURY INSPECTOR
GENERAL FOR TAX ADMINISTRATION
**TIGTA**

A.    DOING TO OR WITH **RODOLFO
LIZCANO.**
B.    CHINESE WATER TORTURE.
SILENT.

22