## V. THE ATTORNEYS BULLYING RODOLFO LIZCANO ARE SERIOUSLY HARMING BUESGENS

**TORT CLAIM**
**FTCA CLAIM** 1:2006 CV 1558

1. THAT WAS **LOST** FROM AUGUST 22 2005 TO JANUARY 9 2006 AND THEN IT WAS FOUND
   AND

2. **TIGTA** AND MARY-ELLEN KRCHA AND MICHAEL SALYARDS AND U.S. ATTORNEY KAREN MELNIK SENT BUESGENS HIS CERTIFIED MAIL GREEN CARD
   AND

3. IT WAS FLAWLESS AND UNTOUCHED AND NOT A SCRATCH ON IT. IT WAS BEAUTIFUL
   **AND**

4. PLAINTIFF BUESGENS COMPLAINTS TO U.S. POSTAL INSPECTORS THAT BEGAN IN OCTOBER, **2005.** ANOTHER **FTCA** CLAIM SEE **HUD** FTCA-2006.

23

**VI COLLEEN M. KELLEY** AND

**A.** BARBARA A. ATKIN, GENERAL COUNSEL

**B.** GREGORY O'DUDEN AND

**C.** JULIE WILSON AND

**D.** NATIONAL TREASURY EMPLOYEES UNION **NTEU** - LEADERSHIP

1. CLAIM **COLLATERAL ESTOPPEL** IN CASE NO. 1:2006 CV01558

2. THEY COULD HAVE SAID SIDEWAYS ESTOPPEL AND IT WOULD HAVE WORKED.

3. THE FACT THAT BUESGENS HAS **FTCA-TORT** CLAIM IN CASE NO. 1:2006CV1558 AND NOT **ONE** IN CASE NO. 1:2005CV02334 HAS BEEN OVERRULED.

4. NTEU is HOME FREE AND **FLRA** DID NOT APPEAR.

24

**VII** BUESGENS HAS STATED THAT EVIDENCE WAS WITHHELD BY ATTORNEY MICHAEL LYNN SALYARDS AND DEFENDANTS WHO ARE NOW

1. WITNESSES FOR R. BARRY ROBINSON IN CASE NO. **1:2005CV2435S** AUSTIN, TEXAS (EVEN)

2. **DONALD R. TAWNEY**, CHAPTER **7** IS GOING TO BE THE MAIN WITNESS AGAINST **BUESGENS**.

3. **SEE EXHIBIT** HEARING TRANSCRIPT DATE: OCTOBER 23, 2006 CASE NO. **1:2005CV2435S** HONORABLE JUDGE SAM SPARKS PRESIDING. AND

4. **EEOC** ATTORNEY JENNIFER RANDALL AND

5. R. BARRY ROBINSON - **US ATTORNEY**

25

# 6. **THE HEARING**

A. ITS JUST ANOTHER DAY AT WORK FOR EVERYONE BUT PLAINTIFF BUESGENS

B HEARING TRANSCRIPT
**PAGE 17**
**EEOC** ATTORNEY JENNIFER RANDALL TELLS JUDGE SPARKS THAT **EEOC** IS NOT A PARTY
AND

7. **EEOC** AND JUDGE ROYCE LAMBERTH TELLS BUESGENS **EEOC** IS NOT A PARTY IN CASE NO. **1:2005CV02334**
AND
CASE NO. **1:2006CV01558**

8. THUS **EEOC** IS IN THE CLEAR JUST LIKE **NTEU** AND COLLEEN M. KELLEY.

26

9. **HEARING TRANSCRIPT PAGE 17**

A. JENNIFER RANDALL SAYS SHE HAD TO FILE MOTION TO QUASH BECAUSE IF JUDGE ROBERT LYNN POWELL TESTIFIES TO THE TRUTH THEN **EEOC** WILL HAVE SOME **STINK** ON THEM AND ITS BETTER TO LEAVE THE **STINK** ON THE DUMB PRO SE ROAD KILL BUESGENS.

10. **PAGE 17** NOW ASSISTANT U.S. ATTORNEY R. BARRY ROBINSON IS LOOKING AT THE STINKING **EEOC** HEARING TRANSCRIPT HELD ON DECEMBER 16, 2003 MICHAEL SALYARDS, ATTORNEY PRESIDING.

**EEOC NO. 360-2003-8286X**

27

11. **PAGE 18**
HEARING TRANSCRIPT
OCTOBER 23, 2006
CASE NO. 1:2005CV243SS
U.S. DISTRICT COURT
AUSTIN DIVISION.

A. R. BARRY ROBINSON SAYS IT
LOOKS LIKE BUESGENS
WAS REPRESENTED AT THE
**EEOC** HEARING ON DECEMBER
16, 2003
**BY A**
**NTEU** UNION STEWARD
BUESGENS WONDERS WHO
THAT WAS ?

B. BECAUSE
COLLEEN M. KELLEY AND
HER ARMY OF ATTORNEYS
NEVER MENTION HIS NAME.

C. WHAT IS HIS NAME - TELL US
PRESIDENT KELLEY ?
28

12    PAGE 18

R. BARRY ROBINSON SAYS
THAT PRO SE RONO KILL
MICHAEL L BUESGENS
IS

A.    ALLEGING

B.    THAT EVIDENCE WASNT
OFFERED BY BUESGENS
UNNAMED UNION REPRESENTATIVE
AT THE DECEMBER 16,
2003 EEOC HEARING

C.    DONE BY TELEPHONE —
JUDGE POWELL IN SAN ANTONIO
TEXAS AND

D.    SALYARDS, MICHAEL L.
IN AUSTIN, TEXAS
PRESIDING

29

13. PAGE 18

SO EEOC AND R. BARRY ROBINSON SAY ITS THE NTEU UNION FAULT THAT EVIDENCE WAS WITHHELD AT EEOC. HEARING DECEMBER 16, 2003

14 HOWEVER COLLEEN M. KELLEY AND HER FORWARD LOOKING ATTORNEYS SAY IT AIN'T SO.

15. AND JUDGE ROYCE LAMBERTH JUST WANTS THIS STINKING GARBAGE OUT OF HIS COURT.

30

16.    AND TODAY
NOVEMBER 18, 2006

A. PRO SE BUESGENS RECEIVED
A LETTER FROM
**MDL-1800**
PANEL

B. THAT SAID **MOOT**
AND

C. THAT ALL THESE ATTORNEYS
NOTIFIED THE PANEL **- MOOT**

17    EVEN **BEFORE** JUDGE
LAMBERTH ORDER WAS
ENTERED ON 11/13/2006.
TRANSFERRING AND DISMISSING
BUESGENS
RIGHT OUT OF
**D.C.**

18. THIS LEGAL SYSTEM IS
BETTER THAN THE
MAFIA.

**31**

# VIII    PRAYER FOR RELIEF
## 1:2006 CVO1558 RCC

1. PLAINTIFF BUESGENS REQUESTS THIS COURT PLACE RULE 11 SANCTIONS ON HIM PER ASSISTANT U.S. ATTORNEY **KAREN MELNIKS ORDER # 14** DATED 11/09/2006 1:2006 CVO1558 RCL

2. PRO SE — PRIVATE ATTORNEY GENERAL REQUESTS THIS COURT PUT SANCTIONS ON THE ATTORNEYS AND LAW FIRMS IN CASE NO. 1:2006 CV1558 FOR:

A. ABUSE OF DISCOVERY
B. BAD — FAITH AFFIDAVITS
C. IMPROPER REMOVAL
1:2006 CV 226 LY **AND**
1:2006 CVO1558 RCL

32

3. CONTINUATION
PRO SE BUESGENS REQUESTS
SANCTIONS AGAINST ATTORNEYS
AND LAW FIRMS — PUBLIC AND
PRIVATE

D. MULTIPLYING PROCEEDINGS
UNREASONABLY—THAT WAS
CAUSED BY THEIR ABUSE
OF DISCOVERY AND UNETHICAL
CONDUCT.

4. THIS IS BUESGENS MOTION
FOR PRODUCTION OF DOCUMENTS
THAT BEGAN IN 2003.

5. THIS IS PRIVATE ATTORNEY
GENERAL BUESGENS MOTION
TO REOPEN FOR ADDITIONAL
AT EVIDENCE
U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
1:2006CV01558RCL
FOR COURTS JUDGMENT.

33

# 1:2006CV01558RCL

ON DISMISSING **NTEU** AND
AND PRESIDENT COLLEEN M.
KELLEY FROM THIS CIVIL
ACTION
                    AND
6. PRO SE-DUESGENS REQUEST
THAT THIS COURT **STAY**
ITS   TRANSFER JUDGMENT
DATED  11/13/2006
HONORABLE JUDGE ROYCE
C. LAMBERTH
    DOCUMENT **#** 15
            AND

7. THAT THIS COURT RECONSIDER
ITS  FINAL JUDGMENT
ON  TRANSFER OF CASE NO.
**1:2006CV01558RCL TO**
U.S. DISTRICT COURT AUSTIN
DIVISION — BECAUSE THEY
DON'T WANT IT — AND **SEE**
**FIFTH CIRCUIT** LETTERS TO
        34

8. PLAINTIFF MICHAEL L BUESGENS THE FIFTH CIRCUIT DOESN'T WANT THESE INTERTWINED CAUSES OF ACTION

9. BECAUSE IT IS TO MUCH WORK AND TO MANY WELL CONNECTED POLITICALLY FUNDED PARTIES.

RESPECTFULLY SUBMITTED,

Michael L Buesgens

NOVEMBER 18, 2006

PHONE: 512-339-6005X 7958

MIKEBUESGENS@HOTMAIL.COM

35

# CERTIFICATE OF SERVICE

I CERTIFY THAT ONE TRUE COPY OF THIS MULTI DISTRICT-COMPLEX LITIGATION WAS SERVED BY FIRST CLASS MAIL ON THIS 19TH DAY OF NOVEMBER 2006 ADDRESSED TO:

1. MEGAN GOERES
AND
2. PATRICIA GOERES GALLOWAY
AND
3. SCOTT GALLOWAY - WESTLINN, OR
AND
4. BRIAN GOERES
AND
5. ANDI RUTH SARAWAL

1900 MELISSA OAKS LANE
AUSTIN, TEXAS    78744

AND

36

6. RUSSELL BOKELMAN - NTEU CHIEF STEWARD - CHAPTER 247 - Austin Compliance Center

AND

7. COLLEEN M. KELLEY, PRESIDENT

AND

8. JULIE WILSON, NTEU ATTORNEY

1750 H STREET, NW WASHINGTON, DC 20006

AND

9. KAREN MELNIK

AND

10. R. BARRY ROBINSON

AND

11. GERALD CARRUTH

AND

12. STEVEN BASS ASSISTANT U.S. ATTORNEYS 555 FOURTH STREET, NW WASHINGTON, DC 20530

37

Michael L Buesgens
MICHAEL L. BUESGENS
PLAINTIFF
PRO SE
PRIVATE ATTORNEY GENERAL
CROSS CLAIMANT
3112 WINDSOR RD #A322
AUSTIN TEXAS 78703
512-339-6005 X 7958
MIKEBUESGENS@HOTMAIL.COM
NOVEMBER 19, 2006

1. JUDICIAL PANEL ON MULTIDISTRICT
LITIGATION
MDL-1800
ONE COLUMBUS CIRCLE, NE
ROOM G-255
NORTH LOBBY
WASHINGTON, DC 20002
PHONE: 202-502-2800
FAX: 202-502-2888

38

2. MULTI STATE TAX COMMISSION
   STATE FRANCHISE TAX
   FOR DOING BUSINESS
   HEADQUARTERS OFFICE
   444 NORTH CAPITOL ST., NW
   SUITE 425
   WASHINGTON, DC 20001
   PHONE: 202-624-8699
   FAX: 202-624-8819

3. GREYSTAR FAMILY
   FRANCHISE TAX RESPONSIBILITY
   AND

4. FALCON GROUP

5. FALCON INTERESTS REALTY

6. FALCON APARTMENTS OF AUSTINI, INC

7. U.S. DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA
   HONORABLE ROYCE C. LAMBERTH
   333 CONSTITUTION AVE, NW
   WASHINGTON, DC 20001

39

8. U.S. DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
HONORABLE LEE YEAKEL
AND
HONORABLE MAGISTRATE JUDGE
ROBERT PITMAN
200 W 8TH STREET
AUSTIN, TEXAS 78701

9. U.S. BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
903 SAN JACINTO BLVD
SUITE 322
AUSTIN TEXAS 78701
PHONE: 512-916-5237
FAX: 512-916-5278
NO. 06-11164

U.S. TAX COURT
400 SECOND ST, NW
WASHINGTON, DC 20217
PHONE: 202-521-0700
NO. 211-03

40



10. U.S. DISTRICT COURT FOR WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION 655 EAST DURANGO SAN ANTONIO TEXAS 78206 CASE NO. 1:06CV00738XR

11. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

12. HONORABLE JUDGE ROBERT LYNN POWELL

13. JENNIFER RANDALL, ATTORNEY

14. JUDITH TAYLOR ATTORNEY

15. ROBERT B. HARWIN ATTORNEY

16. ELIZABETH P. CADOWELL

17. STEPHANIE GARNER

5410 FREDRICKSBURG RD SUITE 200 SAN ANTONIO, TEXAS 78229 PHONE: 210-281-7600 FAX: 210-281-7690

41

18.   MERIT SYSTEMS PROTECTION
      BOARD
      1615 M STREET NW
      WASHINGTON, D.C. 20419
      PHONE: 202-653-7200
      FAX: 202-653-7130

      CASE NO. DA-1221-06-0171-W1

19    OFFICE OF THE SOLICITOR
      FEDERAL LABOR RELATIONS AUTHORITY
A.    RICHARD ZORN
B.    JAMES PETRUCCI
C.    JOHN BATES
      1400 K STREET NW SUITE 300
      WASHINGTON, DC 20424-0001
      PHONE: 202-218-7910
      FAX: 202-482-6657

      CASE NO. DA-CO-05-0505

42

20. OFFICE OF SPECIAL COUNSEC
    OSC
21. JAMES BOOKER, INVESTIGATOR
    1730 M STREET, NW
    SUITE 218
    WASHINGTON, DC 20036-4505
    PHONE: 202-254-3600
    FAX: 202-653-5161

    CASE NO. MA-05-2468


22  AUSTIN TEXAS
23  CITY ATTORNEY
24. CHARLES E BEAVER
25. ANN MORGAN

26. TRAVIS COUNTY ATTORNEY
27  FELIX TARANGO

28  STATE OF TEXAS ATTORNEY
29. TED CRUZ .

**43**

# MICHAEL L BUESGENS
# FRIVOLOUS LAWSUITS
### AND

1. **I.R.S.** THRIFT SAVINGS PLAN — RETIREMENT ACCOUNT

BUESGENS HAS LIQUIDATED HIS THRIFT SAVINGS ACCOUNT OF

2. $35,000.00

3. IT IS ALL GONE NOW USED IN

4. KAREN MELNIK'S FRIVILOUS LITIGATION CLAIMS

5. BUESGENS RECEIVES $1,335.00 IN DISABILITY RETIREMENT PER MONTH FROM OFFICE OF PERSONNEL MANAGEMENT O.P.M.

**44**

# DECLARATION
## BY MICHAEL L. BUESGENS

PLAINTIFF - PRO SE - PRIVATE ATTORNEY GENERAL DECLARES THE FOREGOING IS TRUE UNDER PENALTY OF PERJURY AND THAT THIS IS THE EQUIVALENT OF AN AFFIDAVIT UNDER OATH PURSUANT TO 28 U.S.C. SECTION 1746.

AND

PLAINTIFF BUESGENS CERTIFIES THAT THE EXHIBITS AND HEARING TRANSCRIPT DATED OCTOBER 23, 2006 CASE NO. 1:2005CV243SS ARE TRUE

*Michael L. Buesgens*
MICHAEL L. BUESGENS
NOVEMBER 19, 2006

45