



**National Treasury Employees Union**

Your Fellow Union Members

Thank You for Your Participation

 and enables NTEU

"..................protect the rights of employees, to advance and improve general welfare of employees and to dedicate ourselves to the princi of justice, equality, and fraternity, we, an organization composed of s employees, do hereby adopt the following constitution."

Preamble to NTEU's Constit.

**If Address Correction Is Required - Complete Reverse Side.**

MICHAEL L BUESGENS
3112 WINDSOR #A322
AUSTIN  TX  78703

**IMPORTANT
SAVE THIS CARD**

**◆NTEU**

The National Treasury Employees Union
Washington, D.C.

This card certifies membership in NTEU to:

MICHAEL L BUESGENS
MEMBER # 0000225953  CHAPTER  247
IRS AUSTIN COMPLIANCE CENTER
VALID THRU 10/31/2007

and extends all rights and privileges provided membership dues are current and paid up to date.



By _____
National President

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL L. BUESGENS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

Civil Action No: 06-1558 (RCL)

### MEMORANDUM & ORDER

This is a follow-on to a prior case brought by this plaintiff, Civil Action No. 05-2334, which this Court ordered dismissed as to defendant Kelley, and transferred to the United States District Court for the Western District of Texas as to the remaining defendants. The Court's Memorandum Opinion filed May 9, 2006, is reported as *Buesgens v. Coates, et al.*, 435 F. Supp. 2d 1 (D.D.C. May 9, 2006).

Plaintiff thereafter filed this case on September 1, 2006. Although the Complaint lists Rudolfo Lizcano as a plaintiff, he did not sign the Complaint. Plaintiff Buesgens purported to sign the Complaint for Lizcano as "Private Attorney General," but Buesgens has no authority to appear as counsel for Lizcano, and Buesgens can only appear for himself, *pro se*. Accordingly, the Clerk properly processed and docketed the Complaint only as to plaintiff Buesgens, and any action purporting to be brought by Rudolfo Lizcano is DISMISSED.

Plaintiff's motion [4] to reassign this case to another judge is DENIED.

Defendant Kelley's motion to dismiss this case on the basis of collateral estoppel because of the prior case is GRANTED, and this case is hereby DISMISSED WITH PREJUDICE as to defendant Kelley.

The Federal defendants have filed a motion [9] to dismiss, or, in the alternative, to transfer this case to the United States District Court for the Western District of Texas, where this Court ordered Civil Action No. 05-2334 transferred. The transfer motion is hereby GRANTED, and this case is TRANSFERRED to the United States District Court for the Western District of Texas. The Federal defendants' motion to dismiss on other grounds remains pending for decision by the transferee Court.

Plaintiff's motion [11] for admission of discovery exhibits to be included in the record is DENIED.

Plaintiff's motion [12] to add parties is also DENIED.


SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 13, 2006.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Catherine D. Maida
Acting Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

November 15, 2006

TO INVOLVED COUNSEL

Re: MDL-1800 -- In re Michael L. Buesgens Litigation

     *Michael L. Buesgens v. United States of America, et al.*, D. District of Columbia,
       C.A. No. 1:06-1558
     *Michael L. Buesgens v. John W. Snow*, W.D. Texas, C.A. No. 1:05-243
     *Michael L. Buesgens v. Falcon Ridge Apartments, et al.*, W.D. Texas, C.A. No. 1:06-226

Dear Counsel:

    For your information, I am enclosing a copy of an order filed today by the Panel in the above-captioned matter.

               Very truly,

               Jeffery N. Lüthi
               Clerk of the Panel

               By               
               Regina Hale
               Calendar Clerk

Enclosure

                          JPML Form 34B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1800

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE MICHAEL L. BUESGENS LITIGATION

*Michael L. Buesgens v. United States of America, et al.,* D. District of Columbia,
    C.A. No. 1:06-1558
*Michael L. Buesgens v. John W. Snow,* W.D. Texas, C.A. No. 1:05-240
*Michael L. Buesgens v. Falcon Ridge Apartments, et al.,* W.D. Texas, C.A. No. 1:06-226

# ORDER DEEMING MOTION MOOT
# AND VACATING THE NOVEMBER 30, 2006 HEARING SESSION

Before the Panel is a motion by plaintiff (*Buesgens*) in this docket seeking transfer, pursuant to 28 U.S.C. § 1407, of the above-captioned actions to the District of District of Columbia for coordinated or consolidated pretrial proceedings. The Panel has now been advised that the listed District of District of Columbia action was dismissed as to one defendant, and the matter transferred to the United States District Court for the Western District of Texas as to the remaining defendants by the Honorable Royce C. Lamberth, in an order filed on November 13, 2006, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 17, 2006, are VACATED insofar as they relate to this litigation.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman



**U.S. Department of Housing and Urban Development**
Federal Tort Claims Center
Office of the Regional Counsel
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, Room 310
Boston, Massachusetts 02222-1092

New England                    (617) 994-8250        FAX: (617) 565-7337

OCT - 4

Certified Mail – Return Receipt Requested

*U.S. ATTORNEY*
*KAREN MELNIK*
*CASE*

Michael L. Buesgens
3112 Windsor Rd. #A322
Austin, TX 78703

RE: Federal Tort Claims Act Administrative Claim

Dear Mr. Buesgens:

I am writing on behalf of the United States Department of Treasury, Internal Revenue Service, and the United States Department of Housing and Urban Development with regard to the administrative claim you filed on April 6, 2006. This is to inform you that we hereby deny your claim for monetary relief arising out of alleged discrimination HUD's handling of a housing discrimination complaint you filed on or about December 28, 2005, and all other matters encompassed in your claim received on April 6, 2006.

Please be advised that if you do not agree with the decision of the United States Department of the Treasury, Internal Revenue Service and the United States Department of Housing and Urban Development to deny your client claim, you may bring suit against the United States in an appropriate United States District Court no later than six (6) months after the date of mailing of this notification of denial. 28 U.S.C. § 2401 (b).

Very truly yours,

Miniard Culpepper,
Regional Counsel for New England

# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 06-11164-frm
Chapter No.: 7
Judge: Frank R. Monroe

IN RE: **Donald Ray Tawney** , Debtor(s)

*DONALD R. TAWNEY*

### NOTICE OF HEARING

*IRS MANAGER*

**PLEASE TAKE NOTICE** that a hearing will be held

at    Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on    **12/4/06  at   10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): [13] Motion for Relief from Stay (15 Day Objection Language) ( Filing Fee: $ 150.00 ) filed by Charles R. Nettles Jr. for Debtor Donald Ray Tawney Jr.(Miiller, Sherri)) Hearing Scheduled For 12/4/2006 at 10:00 AM at Austin Courtroom 1 (Boyd, Laurie) . The debtor must file a response within **FIFTEEN (15) DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY-FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD** .

Dated:  11/8/06

George D. Prentice II
Clerk, U. S. Bankruptcy Court

*CHERYL ANN TAWNEY*
*IRS*
*MANAGER*

[Hearing Notice (BK)-FRM] [NtchrgBKfrmap]

August 11, 2006

Michael L. Buesgens

**I.R.S MANAGER CHARLES G. HERNDON**

Sir:

First of all, Ben Florey has not been my attorney for nearly two years. Secondly, I have been retired from the I.R.S. for over two years. Thirdly, I resent your looking up my criminal records, even though they are public records, and trying to use them for your own personal gains.

I broke the law and pled guilty to all charges, because I was guilty. The Service did nothing wrong in handling my case, indeed, I was the one in the wrong. So, you can forget about my testifying to any misconduct on their part concerning my own case.

I have no earthly idea as to who you are, nor do I know anything about your grievances with the Service, so I do not see how I could be of any relevance or help to you. As for Rudy Lizcano's case. I also know of no wrongful acts preformed by the Service. As best as I can recall, Mr. Lizcano was terminated from the Service because of insubordination. He was told to clean up his work area, which was overflowing with IRS booklets, two-year old newspapers, and food offings that were causing ants and roaches to be attracted to the area. He was told by, first his group manager, and then by his department manager, and finally by the operations manager to clean his work area up and adhere to Service policies concerning the sharing of workspaces. He continued to refuse to do so in all cases and was terminated. I know nothing of any whistleblowing, nor audits, nor alleged retributions. I was not his work leader, I was not his manager. I did not have the power to authorize audits of employees or past-employees. In short, I know of no way in which the Service may have mistreated him. In fact, it seemed to me at the time that they went out of their way in giving him multiple chances to comply with the rules and gave him several weeks in which to do so. So if you want my deposition as to the above facts, I will be happy to comply. I can't see where it would be of much help to you, though. I worked for the Service for nearly 18 years, and can honestly say that I never saw any evidence of corruption or wrong-doing from any of the management teams for whom I worked. In deed, they were always above board and went out of their way to be fair when it came to disciplinary actions. I am proud to have served the public at the I.R.S. and my only regret is that I forgot two of the rules, which also had legal consequences attached to them, those being unauthorized access of taxpayers' records and disclosure of that information. I wish that I were still serving there, but I deserved all that I got. If this is the type of information that you feel will help your case, then by all means, let me know and I will write you a deposition which will contain all of the above information.

*CHARLES G HERNDON*
*I.R.S. MANAGER*

HERNDON,
22 CHARLES    arebke    04-17268    06/22/2004    13
WILLIAM

CHARLES WILLIAM HERNDON AND SHEILA DIANN
HERNDON

*1821 DIRECTORS BLVD AUSTIN, TX 78744*

Civil Cases ✔

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 23 HERNDON, CHARLES | txsdce | 7:2003mc00044 | 06/13/2003 | 870 | 09/11/2003 |

Lizcano v. IRS, et al ✔

| | | | | | |
|------|-------|----------|-------|-----|--------|
| 24 HERNDON, CHARLES | nyndce | 1:1980cv00433 | 06/05/1980 | 710 | 01/27/1992 |

Wright, et al v. Central NY Trans, et al

| | | | | | |
|------|-------|----------|-------|-----|--------|
| 25 HERNDON, CHARLES | txwdce | 1:2003cv00661 | 09/23/2003 | 870 | 12/14/2004 |

Lizcano v. Internal Revenue Ser, et al ✔

| | | | | | |
|------|-------|----------|-------|-----|--------|
| 26 HERNDON, CHARLES A., JR. | ncmdce | 4:1991cv00631 | 12/19/1991 | 710 | 07/08/1994 |

LOOS, et al v. CONCORD, CITY OF

| | | | | | |
|------|-------|----------|-------|-----|--------|
| 27 HERNDON, CHARLES G. | dcdce | 1:2006cv01558 | 09/01/2006 | 360 | 11/14/2006 |

BUESGENS v. UNITED STATES OF AMERICA et al ✔

| | | | | | |
|------|-------|----------|-------|-----|--------|
| 28 HERNDON, CHARLES H | nysdce | 1:1988cv02060 | 03/24/1988 | 850 | 10/22/1996 |

Riehle v. Cohen ✔

Criminal Cases ✔

| Name | Court | Case No. | Filed | Closed | |
|------|-------|----------|-------|--------|--|
| 29 HERNDON, CHARLES G. | txwdce | 1:2004cr00171 | 07/20/2004 | 12/20/2004 | ✔ |

USA v. Herndon

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-00171-LY-1

Case title: USA v. Herndon                          Date Filed: 07/20/2004
Magistrate judge case number: 1:04-mj-00194

Assigned to: Judge Lee Yeakel

**Defendant**

**Charles G. Herndon** (1)          represented by **Ben C. Florey, Jr.**
*TERMINATED: 12/20/2004*                            Law Offices of Ben Florey
                                                    1800 Guadalupe Street
                                                    Austin, TX 78701
                                                    (512)479-8641
                                                    Fax: 512/479-6035
                                                    Email: ben@floreylaw.com
                                                    *TERMINATED: 12/20/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    Designation: Retained

**Pending Counts**                                  **Disposition**

18:1030A.F FRAUD ACTIVITY                           COUNTS 1-9, Probation 3 years; In
CONNECTED WITH COMPUTERS -                           Lieu of Fine 100 hours of Community
Unauthorized computer access.                        Service; Special assessment $450.00
(1-6)                                                (counts 1-6 $25.00 & counts 7-9
                                                    $100.00)

26:7206B.F FRAUD AND FALSE                          COUNTS 1-9, Probation 3 years; In
STATEMENTS - False statements in                     Lieu of Fine 100 hours of Community
IRS records.                                         Service; Special assessment $450.00
(7)                                                  (counts 1-6 $25.00 & counts 7-9
                                                    $100.00)

26:7213A.F UNAUTHORIZED                             COUNTS 1-9, Probation 3 years; In
DISCLOSE OF INCOME TAX                               Lieu of Fine 100 hours of Community
RETURN - FED. EMPLOYEE -                             Service; Special assessment $450.00
Unauthorized disclosure of tax                       (counts 1-6 $25.00 & counts 7-9
information.                                         $100.00)
(8)

                                                    COUNTS 1-9, Probation 3 years; In
26:7214A.F UNLAWFUL ACTS OF                          Lieu of Fine 100 hours of Community

REVENUE OFFICERS/AGENTS -
Unlawful solicitation by IRS employee.
(9)

Service; Special assessment $450.00
(counts 1-6 $25.00 & counts 7-9
$100.00)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

Defendant - complete willful
unauthorized access to the IRS
Integrated Data Retrieval System
(IDRS) from 4/28/03 to 7/11/03 in order
to access the Federal Income tax
account of Casey Urias, her sister
Vanessa Diaz, and her mother Vera
Diaz, in an attempt to trade IRS Federal
income tax information for sexual
benefits in violation of Title 18 and 25,
USC, Section 1030(a)(3) and 7214(a)
(9). [ 1:04-m -194 ]

**Plaintiff**

**USA**                          represented by  **Gerald Conley Carruth**
                                                 Assistant United States Attorney
                                                 816 Congress Ave., # 1000
                                                 Austin, TX 78701
                                                 (512) 916-5858
                                                 Fax: 512/370-1292
                                                 Email: gerald.carruth@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/24/2004 |   | Case assigned to Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |

| 06/24/2004 | 1 | Motion by USA as to Charles G. Herndon to seal complaint [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/24/2004 | 2 | Order granting motion to seal complaint [1-1] as to Charles G. Herndon (1) signed by Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/24/2004 | 3 | Complaint filed against Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/24/2004 | | Arrest warrant issued for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Defendant(s) Charles G. Herndon first appearance held; Defendant informed of rights. [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 4 | Minutes of proceedings for Initial Appearance conducted on 6/25/04 as to Charles G. Herndon by Judge Pitman. Court Reporter: ERO [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Arrest of Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | | Oral order as to Charles G. Herndon by Judge Robert Pitman oral order to unseal complaint upon arrest of defendant [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 5 | Order bond set: Bond set to $5,000.00 unsecured for Charles G. Herndon. Mooted Bond Motion(s) signed by Judge Robert Pitman [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 06/25/2004 | 6 | Bond filed: $5,000.00 unsecured for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) *5,000.00 UNSECURED* |
| 06/28/2004 | 7 | Notice setting preliminary exam for 9:30 7/15/04 for Charles G. Herndon [ 1:04-m -194 ] (lc) (Entered: 06/29/2004) |
| 07/15/2004 | 8 | Notice of attorney appearance for Charles G. Herndon by Ben C. Florey Jr. [ 1:04-m -194 ] (lc) (Entered: 07/15/2004) |
| 07/15/2004 | 9 | Waiver of preliminary examination by Charles G. Herndon : Defendant held to district court. [ 1:04-m -194 ] (lc) (Entered: 07/15/2004) |
| 07/20/2004 | | Case assigned to Judge Lee Yeakel (mc2) (Entered: 07/20/2004) |
| 07/20/2004 | | Court file prepared and forwarded to Judge Yeakel. (mc2) (Entered: 07/20/2004) |
| 07/20/2004 | 10 | Indictment filed against Charles G. Herndon count(s) 1-6, 7, 8, 9 (Pages: 6) (mc2) (Entered: 07/21/2004) *C-1-CV-06-000678* |
| 07/20/2004 | 11 | Notice setting arraignment for 2:00 7/29/04 for Charles G. Herndon before Magistrate Austin. (mc2) (Entered: 07/21/2004) |

*BUESGENS HOUSING*
*DISCRIMINATION RETALIATORY EVICTION*
*APPEAL BOND WAS $10,000.00 CASH*

| 07/28/2004 | 12 | Waiver of personal appearance at arraignment and entry of plea not guilty by Charles G. Herndon count(s) 1-6, 7, 8, 9 signed by Judge Andrew W. Austin (mc2) (Entered: 07/28/2004) |
|---|---|---|
| 08/25/2004 | 13 | Scheduling order as to Charles G. Herndon setting ; Plea agreement to be submitted on or before 5:00 9/23/04 for Charles G. Herndon ; Jury trial set for 9:00 9/28/04 for Charles G. Herndon ; Jury Selection set for 9:00 9/28/04 for Charles G. Herndon , termed motions signed by Judge Lee Yeakel (td) (Entered: 08/26/2004) |
| 08/25/2004 | 14 | Order on Courtroom Decorum and Trial Procedures as to Charles G. Herndon signed by Judge Lee Yeakel (td) (Entered: 08/26/2004) |
| 08/26/2004 | 15 | Motion by USA as to Charles G. Herndon for reciprocal discovery and inspection (mh) (Entered: 08/27/2004) |
| 09/22/2004 | 16 | Order as to Charles G. Herndon set docket call 2:00 9/24/04 for Charles G. Herndon signed by Judge Lee Yeakel (mh) (Entered: 09/22/2004) |
| 09/27/2004 | 17 | Consent to administration of guiltyplea and Rule 11 Allocution by a United States Magistrate Judge as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 18 | Factual basis by USA as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 19 | Order of Referral to U.S. Magistrate Austin on felony guilty plea as to Charles G. Herndon signed by Judge Lee Yeakel (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 20 | Minutes of proceedings for rearraignment conducted on 9/27/04 as to Charles G. Herndon by Judge Austin. Court Reporter: ERO. (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Rearraignment as to Charles G. Herndon held (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Plea of guilty entered by Charles G. Herndon count(s) 1-6, 7, 8, 9 (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | | Referred to Probation for Pre-Sentence Report as to Charles G. Herndon (mc2) (Entered: 09/27/2004) |
| 09/27/2004 | 21 | Findings of Fact and Recommendation on felony guilty plea before the United States Magistrate Judge Austin as to Charles G. Herndon Recommendation that the District Court accept the guilty plea. (mc2) (Entered: 09/28/2004) |
| 09/30/2004 | | Acknowledgment receipt of Charles G. Herndon as to Charles G. Herndon magistrate report and recommendations (9/29/04) (td) (Entered: 09/30/2004) |

| 10/01/2004 | 22 | Order setting sentencing for 2:00 12/20/04 for Charles G. Herndon signed by Judge Lee (mc2) (Entered: 10/01/2004) |
|---|---|---|
| 10/05/2004 |  | Acknowledgment receipt of USA as to Charles G. Herndon magistrate report and recommendations on 10/4/04. (mc2) (Entered: 10/06/2004) |
| 12/20/2004 |  | Guilty plea accepted by the court as to Charles G. Herndon (1) count(s) 1-6, 7, 8, 9 ; Mooted Motions: motion for reciprocal discovery and inspection [15-1] as to Charles G. Herndon (1) (td) (Entered: 12/27/2004) |
| 12/20/2004 |  | Sentencing , Charles G. Herndon (1) count(s) 1-6, 7 , 8 , 9 held Charles G. Herndon (1) count(s) 1-6, 7 , 8 , 9 . COUNTS 1-9, Probation 3 years; In Lieu of Fine 100 hours of Community Service; Special assessment $450.00 (counts 1-6 $25.00 & counts 7-9 $100.00). (td) (Entered: 12/27/2004) |
| 12/20/2004 | ✔ | SEALED PSI PLACED IN VAULT as to Charles G. Herndon (td) (Entered: 12/28/2004) |
| 12/21/2004 | 23 | Minutes of proceedings for Sentencing conducted on 12/20/04 as to Charles G. Herndon by Judge Yeakel. Court Reporter: Kathy Carroll (td) (Entered: 12/27/2004) |
| 01/06/2005 | 24 | Judgment and Commitment as to Charles G. Herndon count(s) 1-6, 7, 8, 9 (Pages: 54) signed by Judge Lee Yeakel (mc2) (Entered: 01/06/2005) |
| 08/05/2005 | ✔ | SEALED PSI and Statement of Reasons as to Charles G. Herndon returned to Probation Office (mh) (Entered: 08/05/2005) |
| 07/24/2006 | ✔ 26 | Request for court reporter's record in various cases filed by Michael Buesgens, non-party to case. (mc2, ) (Entered: 08/08/2006) |
| 07/27/2006 | 25 | PROBATION FORM 12A - report on offender under supervision as to Charles G. Herndon (no court action) (mc2, ) (Entered: 07/28/2006) |
| 09/07/2006 | 27 | TRANSCRIPT of Proceedings as to Charles G. Herndon held on 9/27/04 Proceedings Transcribed: Rearraignment. Court Reporter: Kathy Carroll. NOTE: Transcript document is not available online. (mc2, ) (Entered: 09/07/2006) |
| 09/07/2006 | 28 | TRANSCRIPT of Proceedings as to Charles G. Herndon held on 12/20/04 Proceedings Transcribed: Sentencing. Court Reporter: Kathy Carroll. NOTE: Transcript document is not available online. (mc2, ) (Entered: 09/07/2006) |
| 09/07/2006 | 29 | TRANSCRIPT of Proceedings as to Charles G. Herndon held on 6/25/04 Proceedings Transcribed: initial appearance. Court Reporter: Kathy Carroll. NOTE: Transcript document is not available online. (mc2, ) (Entered: 09/08/2006) |

11/18/06

U N I T E D   S T A T E S   T A X   C O U R T
D O C K E T   E N T R I E S

Docket No.     211-03
Rodolfo Lizcano

**RODOLFO LIZCANO**

INDEX

v. COMMISSIONER OF INTERNAL REVENUE

Pro Se

| NO. | DATE | EVENT | FILINGS AND PROCEEDINGS | ACT/STAT | DTE | SERVED | M |
|-----|------|-------|-------------------------|----------|-----|--------|---|
| 0001 | 01/06/03 | PF | PETITION Filed:Fee Paid | | | R 01/09/03 | |
| 0002 | 01/06/03 | DPT | DESIGNATION of Trial at San Antonio, TX | | | R 01/09/03 | |
| 0003 | 02/20/03 | MOTR | MOTION by resp. to dismiss for failure to state a claim. w/Exs. (C/S 2/19/03) | DN | 03/24/03 | B 04/07/03 | |
| | | | a | | | | |
| 0004 | 02/26/03 | O | ORDER set 3/24/03 San Antonio, TX for hrg. on Resp's Motion to Dismiss for Failure to State a Claim. Petr. by 3/10/03 file an Amended Petition. | | | B 02/26/03 C | |
| 0005 | 03/07/03 | MOTP | MOTION by petr. to extend time to 3/19/03 to Amend Petition. | GR | 03/11/03 | B 03/12/03 C | |
| 0006 | 03/13/03 | AP | AMENDED PETITION | | | R 03/17/03 | |
| 0007 | 03/24/03 | HEAR | HEARING before S.T. Judge Dean at San Antonio, TX | | | | |
| 0008 | 03/24/03 | MISC | SECOND AMENDED PETITION filed. | | | R 04/07/03 | |
| 0009 | 03/24/03 | O | ORDER resp. by 5/23/03 file ans. to second amd. pet. | | | B 04/07/03 | |
| 0010 | 04/22/03 | TRAN | TRANSCRIPT of March 24, 2003 rec'd. (Cal call) | | | | |
| 0011 | 04/22/03 | TRAN | TRANSCRIPT of March 24, 2003 rec. (HEAR) | | | | |
| 0012 | 05/14/03 | A | ANSWER TO SECOND AMENDED PETITION (C/S 513/03) | | | | |
| 0013 | 09/02/03 | NTD | NOTICE of Trial on 02/02/04 at San Antonio, TX. | | | B 09/02/03 C | |
| 0014 | 09/02/03 | SPTO | STANDING PRE-TRIAL ORDER attached to Notice of Trial | | | B 09/02/03 C | |
| 0015 | 12/04/03 | MOTR | MOTION by resp. to cont. trl. gen. (C/S 11-12-03) | ORD | 12/30/03 | | |
| 0016 | 12/08/03 | O | ORDER by 12-22-03 petr. response to mot. to cont. be rec'd. & filed.  Petr. address is changed. | | | B 12/08/03 C | |
| 0017 | 12/24/03 | RESP | RESPONSE by petr. to mot. to cont. (C/S 12-20-03) (leave gr.) (Per Judge) | | | | |

(Continued to page     2)

```
                                                                    11/18/06
   Docket No.    211-03               (Continuation  Page   2)       INDEX
   NO.   DATE  EVENT        FILINGS AND PROCEEDINGS     ACT/STAT DTE  SERVED   M

0018 12/30/03 O    ORDER mot. to cont. trl. gen. Gr.           B 12/30/03
0019 10/05/04 NTD  NOTICE of Trial on 03/07/05 at
                   San Antonio, TX.                            B 10/05/04 C
0020 10/05/04 SPTO STANDING PRE-TRIAL ORDER attached
                   to Notice of Trial                          B 10/05/04 C
0021 01/27/05 RPT  REPORT by resp. (Per Judge)                 P 02/01/05 C
0022 01/28/05 O    ORDER petr. by 2-11-05 file &
                   serve a response to resp.                   B 02/01/05 C
                   report & notify Court in writing of petr. current address.
                   Petr. also served at address stated herein.
0023 02/07/05 MOTR MOTION by resp. to cont. trl.
                   gen. (N.OBJ.) (C/S 2-4-05)      GR 02/14/05 B 02/15/05
0024 08/05/05 NTD  NOTICE of Trial on 01/09/06 at
                   San Antonio, TX.                            B 08/05/05 C
0025 08/05/05 SPTO STANDING PRE-TRIAL ORDER attached
                   to Notice of Trial                          B 08/05/05 C
0026 08/11/05 MOTR MOTION by resp. for summ.. judg.
                   (C/S 8-10-05)                   CAV 01/10/06
0027 08/11/05 DCL  DECLARATION of Kelli H. Todd in
                   support of mot. for summ. judg.
                   w/Exs. (C/S 8-10-05)
0028 08/22/05 O    ORDER petr. by 9-30-05 file
                   response to mot. for summ. judg.            B 08/23/05 C
0029 11/25/05 O    ORDER set 1-9-06 San Antonion, TX
                    on mot. for summ. judg. date               B 11/28/05 C
                   certain 1-10-06.
0030 01/09/06 HEAR HEARING before Judge Wherry at
                   San Antonio, TX                 CAV 01/10/06
                   Also called 1-10-06.  Mot. filed 8-11-05--C.A.V.
0031 02/07/06 TRAN TRANSCRIPT of 1-10-06 Rec'd.
                   (Recall)
```

# U.S. Party/Case Index

All Types Name Search Results

**3 Total Party matches for selection LIZCANO,RODOLFO for ALL COURTS**
**Search Complete**
**Sat Nov 18 18:57:23 2006**
**Selections 1 through 3 (Page 1)**

| Name | Court | Case No. | Filed | NOS | Closed |
|------|-------|----------|-------|-----|--------|
| 1 LIZCANO, RODOLFO | txsdce | 7:2003cv00244 | 06/13/2003 | 870 | 09/11/2003 |
| Lizcano v. IRS, et al | | | | | |
| 2 LIZCANO, RODOLFO | txwdce | 1:2002cv00526 | 08/20/2002 | 871 | 09/18/2002 |
| USA v. Lizcano | | | | | |
| 3 LIZCANO, RODOLFO | txwdce | 1:2003cv00661 | 09/23/2003 | 870 | 12/14/2004 |
| Lizcano v. Internal Revenue Ser, et al | | | | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/18/2006 18:57:23 | | | |
| PACER Login: | . | Client Code: | |
| Description: | All Types srch pg 1 | Search Criteria: | LIZCANO,RODOLFO |
| Billable Pages: | 1 | Cost: | 0.08 |

### U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page |
E-Mail PSC | Logout

?**?**? Help

CLOSED, MAG

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CIVIL DOCKET FOR CASE #: 7:03-mc-00044

Lizcano v. IRS, et al                                        Date Filed: 06/13/2003
Assigned to: Judge Randy Crane                               Nature of Suit: 870 Taxes
Referred to: Magistrate Judge Dorina Ramos                   Jurisdiction: U.S. Government
Demand: $0                                                   Defendant
Cause: 26:7401 IRS: Tax Liability

**Plaintiff**

**Rodolfo Lizcano**                    represented by  **Rodolfo Lizcano**
                                                        1416 Walnut Ave.
                                                        McAllen, TX 78501-4239
                                                        PRO SE


V.

**Defendant**

**INTERNAL REVENUE SERVICE**

**Defendant**

**United States of America**

**Defendant**

**Department of the Treasury**

**Defendant**

**John W. Snow**
*Secretary of the Treasury*

**Defendant**

**Mark W. Everson**
*Commissioner of the Internal Revenue Service*

**Defendant**

**Charles O. Rossotti**
*Former Commissioner of the Internal Revenue Service*

**Defendant**

**Nina E. Olson**

*National Taxpayer Advocate*

**Defendant**

**Linda E. Stiff**
*Director of the Compliance Services*

**Defendant**

**John C. Duder**
*Deputy Commissioner of the Wage and
Investment Operating Division*

**Defendant**

**John M. Dalrymple**
*Commissioner of the Wage and
Investment Operating Division*

**Defendant**

**Richard R. Auby**
*Field Director*

**Defendant**

**Daniel Palacios**
*Exam Operations Manager*

**Defendant**

**Rosemary Guzman**
*Exam Program Manager*

**Defendant**

**Thomas R. Leger**
*Program Analyst*

**Defendant**

**Barry D. Howe**
*Labor Relations Specialist*

**Defendant**

**Charles Herndon**
*Team Leader Group 112*

**Defendant**

**Edda A. Fahlund**
*Tax Compliance Officer*

**Defendant**

**Susan Serrano**

*Group Manager*

**Defendant**

**Verda L. Henderson**
*Group Manager*

**Defendant**

**Roberta L. Shumway**
*Senior Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2003 | 1 | MOTION to proceed in forma pauperis by Rodolfo Lizcano, Motion Docket Date forthwith , filed. (bgarces) (Entered: 06/13/2003) |
| 06/13/2003 | | CASE REFERRED to Magistrate Judge Dorina Ramos (bgarces) (Entered: 06/13/2003) |
| 09/05/2003 | | Received correspondence from pltf re: change of address: 1416 Walnut Ave. McAllen, TX 78501-4239 and re: case status (bgarces) (Entered: 09/08/2003) |
| 09/11/2003 | 2 | MEMORANDUM AND ORDER to Transfer case to the Western District of Texas-Austin Division, entered. Parties notified. ( signed by Magistrate Judge Dorina Ramos ) (bgarces) (Entered: 09/12/2003) |
| 09/11/2003 | | Case closed (bgarces) (Entered: 09/12/2003) |
| 09/22/2003 | | File received in Austin; A 03CA 661SS (bgarces) (Entered: 09/26/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/18/2006 18:58:29 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 7:03-mc-00044 |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED

### U.S. District Court [LIVE]
### Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:02-cv-00526-SS

USA v. Lizcano
Assigned to: Honorable Sam Sparks
Demand: $0
Cause: 26:7402 IRS: Petition to Enforce IRS Summons

Date Filed: 08/20/2002
Jury Demand: None
Nature of Suit: 871 Tax Suits: IRS-
Third Party
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**USA**                    represented by **Steven B. Bass**
Assistant U.S. Attorney
816 Congress Avenue
Suite 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: steven.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Rodolfo Lizcano**

BUESGENS MOVANT

**Movant**
**Michael L. Buesgens**
*TERMINATED: 10/10/2006*

represented by **Michael L. Buesgens**
500 E. Stassney Apt. 1023
Austin, TX 78745
(512) 447-7031
PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/19/2002 | 1 | Petition to enforce IRS summons by USA (tdk) (Entered: 08/22/2002) |
| 08/20/2002 |   | Case assigned to Honorable Sam Sparks (fe) (Entered: 08/20/2002) |
|            |   |             |

| 08/22/2002 | | Court file forwarded to Judge Sparks (tdk) (Entered: 08/22/2002) |
|---|---|---|
| 08/29/2002 | 2 | Order granting petition [1-1] to enforce IRS summons; Ordered that Resp. appear at the IRS on 9/9/02 at 12:30 set show cause hearing for 9:00 9/13/02 if Resp. fails to appear at the IRS. (tdk) (Entered: 08/29/2002) |
| 08/29/2002 | | USM-285 with attachments forwarded to Marshal Service (tdk) (Entered: 08/29/2002) |
| 09/10/2002 | 3 | Return of service executed as to Rodolfo Lizcano on 9/4/02 (tdk) (Entered: 09/11/2002) |
| 09/13/2002 | | Rec'd proposed Order of Dismissal (tdk) (Entered: 09/13/2002) |
| 09/18/2002 | 4 | Order of dismissal dismissing petition [1-1] without prejudice. (tdk) (Entered: 09/19/2002) |
| 09/18/2002 | | Case closed (tdk) (Entered: 09/19/2002) |
| 07/24/2006 | 5 | TRANSCRIPT REQUEST by Michael L. Buesgens. (mh, ) (Entered: 08/08/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11 18 2006 18:59:33 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:02-cv-00526-SS |
| Billable Pages: | 1 | Cost: | 0.08 |

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:03-cv-00661-SS

Lizcano v. Internal Revenue Ser, et al
Assigned to: Honorable Sam Sparks
Demand: $0
Case in other court:  Austin, TX, A:02-cv-00526
                       Austin, TX, A:93-cv-00018
                       McAllen, Texas, M-03-00044
Cause: 26:7401 IRS: Tax Liability

Date Filed: 09/23/2003
Jury Demand: Plaintiff
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government
Defendant

**Plaintiff**
**Rodolfo Lizcano**

represented by **Rodolfo Lizcano**
1614 Walnut Ave
McAllen, TX 78501-4239
PRO SE

V.

**Defendant**
**Internal Revenue Service**

**Defendant**
**United States**

represented by **Daniel M. Castillo**
U.S. Attorney's Office
816 Congress Avenue
Suite 1000
Austin, TX 78701
(512) 916-5858
Fax: 512/916-5854
Email: daniel.castillo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Department of the Treasury**

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John W. Snow**
*Secretary of the Treasury*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark W. Everson**
*Commissioner of the Internal Revenue
Service*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles O. Rossotti**
*Former Commissioner of the Internal
Revenue Service*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nina E. Olson**
*National Taxpayer Advocate*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda E. Stiff**
*Director of the Compliance Services*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John C. Duder**
*Deputy Commissioner of the Wage and
Investment Operating Division*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John M. Dalrymple**
*Commissioner of the Wage and
Investment Operating Division Divi*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard R. Auby**
*Field Director*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| 07/24/2006 | 56 | NOTICE of Filing request for court reporter's record in various cases by Michael Buesgens - non-party. (mc2, ) (Entered: 08/08/2006) |
| 08/08/2006 | 57 | TRANSCRIPT of Proceedings held on 10/20/04. Proceedings Transcribed:status conference. Court Reporter: Lily Reznik. NOTE: Transcript document is not available online. (mc2, ) (Entered: 08/08/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 8 009 16:48:24 | | | |
| PACER Login: | | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-00661-SS |
| Billable Pages: | 5 | Cost: | 0.40 |

1. RODOLFO LIZCANO
   IN FORMA PAUPERIS
   BUT NO APPOINTMENT OF COUNSEL
   HE SAID HE DION'T KNOW HE
   QUALIFIED

2. ATTORNEY BEN FLOREY, AR
   DION'T TELL HIM

3. ATTORNEY DECKK HOWARD
   DION'T TELL HIM

4. NO COURT PERSONNEL TOLD
   HIM

5. IT WAS A SECRET

*SEE LIZCANO EMAIL TO BUESGENS HE DIDNT KNOW*

**Defendant**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roberta L. Shumway**
*Senior Attorney*

*QUALIFIED FOR APPOINTMENT OG COUNSEL AND U.S. ATTORNEYS SURE DIDNT TELL HIM*

represented by **Daniel M. Castillo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2003 | | Case assigned to Honorable Sam Sparks (fe) (Entered: 09/18/2003) |
| 09/18/2003 | 1 | Original file, certified copy of transfer order and docket sheet received from Southern District of Texas, McAllen Division. (mc2) (Entered: 09/19/2003) |
| 09/18/2003 | 1 | Motion by Rodolfo Lizcano to proceed in forma pauperis (mc2) (Entered: 09/19/2003) *IN FORMA PAUPERIS* |
| 09/18/2003 | | Motion referred to proceed in forma pauperis [1-1] to Honorable Stephen H. Capelle (mc2) (Entered: 09/19/2003) |
| 09/19/2003 | | Court file prepared and forwarded to Magistrate Capelle. Sent letter to plaintiff advising of transfer case number and judge assignment. (mc2) (Entered: 09/19/2003) |
| 09/23/2003 | 2 | Order granting motion to proceed in forma pauperis [1-1] signed by Honorable Stephen H. Capelle (mc2) (Entered: 09/23/2003) |
| 09/23/2003 | 3 | Complaint filed. Filing Fee: IFP (Pages: 20) (mc2) (Entered: 09/23/2003) |
| 09/23/2003 | | Sent letter with blank summons and USM 285 forms for completion and return by plaintiff for service upon defendants. (mc2) (Entered: 09/23/2003) |
| 10/20/2003 | | Summons issued for Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway (fe) (Entered: 10/20/2003) |
| 11/06/2003 | 4 | Return of service executed as to Linda E. Stiff on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 5 | Return of service executed as to Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. |

| | | |
|---|---|---|
| | | Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway by service upon the U.S. Attorney for the Western District of Texas on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 6 | Return of service executed as to Richard R. Auby on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 7 | Return of service executed as to Charles Herndon on 10/23/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 8 | Return of service executed as to Daniel Palacios on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 9 | Return of service executed as to Thomas R. Leger on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | | Return of service executed as to Barry D. Howe on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 11 | Return of service executed as to Roberta L. Shumway on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 12 | Return of service executed as to Susan Serrano on 10/23/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 13 | Return of service executed as to Verda L. Henderson on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 14 | Return of service executed as to Edda A. Fahlund on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 15 | Return of service executed as to John C. Duder on 10/24/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 16 | Return of service executed as to Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway, by service upon the U.S. Attorney General on 10/22/03 (mc2) (Entered: 11/07/2003) |
| 11/06/2003 | 17 | Return of service executed as to Mark W. Everson on 10/29/03 (mc2) (Entered: 11/07/2003) |
| 12/08/2003 | 18 | Return of service executed as to Rosemary Guzman on 11/29/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 19 | Return of service unexecuted as to Charles O. Rossotti (mc2) (Entered: |

| | | |
|---|---|---|
| | | 12/09/2003) |
| 12/08/2003 | 20 | Return of service executed as to Internal Revenue Ser on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 21 | Return of service executed as to John M. Dalrymple on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 22 | Return of service executed as to Nina E. Olson on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 23 | Return of service executed as to John W. Snow on 10/27/03 (mc2) (Entered: 12/09/2003) |
| 12/08/2003 | 24 | Request for U.S. Marshals service expenses in pauper case. (mc2) (Entered: 12/09/2003) |
| 12/22/2003 | 25 | Motion by Rodolfo Lizcano to stay proceedings (mc2) (Entered: 12/23/2003) |
| 12/23/2003 | 26 | Motion by United States, Dept. of Treasury partial - to dismiss (mc2) (Entered: 12/29/2003) |
| 12/23/2003 | 27 | Answer by Dept. of Treasury (mc2) (Entered: 12/29/2003) |
| 12/23/2003 | 28 | Motion by John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway to dismiss (mc2) (Entered: 12/29/2003) |
| 12/29/2003 | 29 | Order setting scheduling recommendations for 2/20/04 signed by Honorable Sam Sparks (mc2) (Entered: 12/30/2003) |
| 12/30/2003 | 30 | Order dismissing without prejudice to refiling until defendants have been served, filed an answer, and had opportunity to contest motion to stay proceedings [25-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/30/2003) |
| 01/26/2004 | 31 | Motion by Rodolfo Lizcano to extend time to answer defendants' motions to dismiss (mc2) (Entered: 01/26/2004) |
| 02/05/2004 | 32 | Order granting motion to extend time to answer defendants' motions to dismiss [31-1] until 2/24/04, signed by Honorable Sam Sparks (mc2) (Entered: 02/06/2004) |
| 02/26/2004 | 33 | Response by Rodolfo Lizcano to U.S. Treasury Dept. motion partial - to dismiss [26-1] (rg) (Entered: 02/27/2004) |
| 02/26/2004 | 34 | Response by Rodolfo Lizcano to individual defendant's motion to dismiss [28-1] (rg) (Entered: 02/27/2004) |
| | | |

| 02/27/2004 | 35 | Recommendations for scheduling order by Dept. of Treasury (mc2) (Entered: 03/01/2004) |
|---|---|---|
| 03/09/2004 | 36 | Order granting in part, denying in part motion partial - to dismiss [26-1] granting in part, denying in part the individual defendants' motion to dismiss [28-1]. All causes of action against the defendants in their official capacities are dismissed. All causes of action against the individual defendants and relating to the Family Medical Leave Act, The Federal Torts Cliam Act, the Whistleblower Act, Bivens doctrine and state tort claims are dismissed. Plaintiff has 15 days in which to specifically replead in an amended complaint. signed by Honorable Sam Sparks (rg1) (Entered: 03/09/2004) |
| 03/22/2004 | 37 | Motion by Rodolfo Lizcano to extend time to answer court interrogatories to plaintiff, to file an amended complaint and file a motion to reconsider (mc2) (Entered: 03/23/2004) |
| 03/26/2004 | | Order granting in part the plaintiff's motion to extend time to answer court interrogatories to plaintiff, to file an amended complaint (4/15/04) and file a motion to reconsider,plaintiff has until 4/15/04 to file a proposed scheduling order [37-1] signed by Honorable Sam Sparks (mb1) (Entered: 03/29/2004) |
| 04/22/2004 | 39 | Motion by Rodolfo Lizcano to enlarge time to file amended complaint ... (rec'd amd cmp) (td) (Entered: 04/23/2004) |
| 04/22/2004 | 40 | Motion by Rodolfo Lizcano to amend complaint [3-1] , and for reconsideration of Bivens claims (td) (Entered: 04/23/2004) |
| 04/22/2004 | | Recommendations for scheduling order by Rodolfo Lizcano (td) (Entered: 04/23/2004) |
| 05/18/2004 | 41 | Order granting motion to amend complaint [3-1] [40-1], granting motion for reconsideration of Bivens claims [40-2], granting motion to enlarge time to file amended complaint ... [39-1] signed by Honorable Sam Sparks (mc2) (Entered: 05/18/2004) |
| 05/18/2004 | 42 | Amended complaint by Rodolfo Lizcano, amending complaint [3-1] (Pages: 14) (mc2) (Entered: 05/18/2004) |
| 05/21/2004 | 43 | Scheduling order setting Joining of parties, amending of pleadings on 6/10/04 Deadline for filing of all motions 11/5/04 Discovery cutoff 10/22/04 ; Docket Call set for 11:00 12/17/04 ; Alternate Dispute Resolution Report due by 6/1/04, signed by Honorable Sam Sparks (mc2) (Entered: 05/21/2004) |
| 06/02/2004 | 44 | Letter/Correspondence submitted by United States regarding: that 9 individual defendants have not been properly served with plaintiff's amended complaint. (mc2) (Entered: 06/04/2004) |

| | | |
|---|---|---|
| 10/06/2004 | 45 | Order setting status conference for 3:30 10/20/04 signed by Honorable Sam Sparks (mc2) (Entered: 10/06/2004) |
| 10/20/2004 | 46 | Minutes of proceedings for status conference conducted on 10/20/04 by Judge Sparks. Court Reporter: Lily Reznik. (mc2) (Entered: 10/20/2004) |
| 10/20/2004 | | Status conference held (mc2) (Entered: 10/20/2004) |
| 10/27/2004 | 47 | Notice of filing by Rodolfo Lizcano will pursue this civil cause to the best of his abilities... (mh) (Entered: 10/28/2004) |
| 11/01/2004 | 48 | Motion by Richard R. Auby, Daniel Palacios, Edda A. Fahlund, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Susan Serrano, Roberta L. Shumway, Verda L. Henderson to dismiss (identified as "dispositive motion" (mc2) (Entered: 11/02/2004) |
| 11/24/2004 | 49 | Motion by Rodolfo Lizcano for clerk to enter default as to Internal Revenue Ser, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway, Richard R. Auby (mc2) (Entered: 11/29/2004) |
| 11/30/2004 | 50 | Reply by Rodolfo Lizcano to response to motion to dismiss (identified as "dispositive motion" [48-1] (mc2) (Entered: 11/30/2004) |
| 12/06/2004 | 51 | Reply by Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway to response to motion to dismiss (identified as "dispositive motion" [48-1] (mc2) (Entered: 12/07/2004) |
| 12/14/2004 | 52 | Order denying motion for clerk to enter default as to Internal Revenue Ser, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway, Richard R. Auby [49-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/14/2004) |
| 12/14/2004 | 53 | Order granting motion to dismiss (identified as "dispositive motion" [48-1] signed by Honorable Sam Sparks (mc2) (Entered: 12/14/2004) |
| 12/14/2004 | 54 | Judgment for Internal Revenue Ser, United States, Dept. of Treasury, John W. Snow, Mark W. Everson, Charles O. Rossotti, Nina E. Olson, Linda E. Stiff, John C. Duder, John M. Dalrymple, Richard R. Auby, Daniel Palacios, Rosemary Guzman, Thomas R. Leger, Barry D. Howe, Charles Herndon, Edda A. Fahlund, Susan Serrano, Verda L. Henderson, Roberta L. Shumway against Rodolfo Lizcano signed by Honorable Sam Sparks (Pages: 1) (mc2) (Entered: 12/14/2004) |
| 12/14/2004 | | Case closed (mc2) (Entered: 12/14/2004) |
| 12/17/2004 | 55 | Response by Rodolfo Lizcano to reply supporting dispositive motion [51-1], [50-1] (td) (Entered: 12/20/2004) |
| | | |