| Form **4506-A** (Rev. August 2003) Department of the Treasury Internal Revenue Service | **Request for Public Inspection or Copy of Exempt or Political Organization IRS Form** ► Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0495 |
|---|---|---|

You may not have to complete Form 4506-A to get the copies you need.

- **Internet.** Generally, **Form 8871**, Political Organization Notice of Section 527 Status, and **Form 8872**, Political Organization Report of Contributions and Expenditures, are available for inspection and printing from the Internet. The website address for both forms is **www.irs.gov/polorgs**.
- **Public disclosure by the organization.** Exempt or political organizations must make their returns, reports, notices, and exempt applications available for public inspection. You can visit the organization to inspect the material instead of requesting it from the IRS. The organization may be able to mail the copies to you.

**1 Exempt or political organization.** If a multiple request, please attach list of names, forms, and tax years.

Name: AUSTIN APARTMENT ASSOCIATION
Address: 407 MEDICAL PARKWAY #100
City or town, state, and ZIP code: AUSTIN, TEXAS 78756

**2** Employer identification number of exempt or political organization (if known) ► 74-1673639

**3 Requester**
Name: MICHAEL L. BOESGENS        Contact person: CHARLES E BROWN ATTORNEY
Address: 3112 WINDSOR RD #A322
City or town, state, and ZIP code: AUSTIN, TEXAS 78703    Phone number: 512-339-6005 X 7958

**4 Category of requester:**    ☐ Commercial user    ☐ Non-commercial scientific institution
You must check a box.    ☐ Educational institution    ☐ Media    ☒ All others  CIVIL LITIGATION

**5 Reason for request.** All requesters except for commercial users must provide an explanation of how the records will be used to avoid being charged the commercial rate. Attach additional sheets if necessary.
CIVIL ACTION # 1:2006CV260LY
1:2006CV226LY
1:2006CV01558 AND 1:2005CV2435S

Lines 6-9. Check the box(es) for the item(s) you are requesting. You may request more than one item. For each item, check either the copy, inspection, or CD-ROM box and enter the tax year(s), as indicated.  *[signature] Michael Boesgens*

**6** ☒ Form 1023 or 1024         **7** ☒ Form 990, 990-EZ, or 990-PF         If ordering a partial set    State(s) _____
    ☒ Copy  ☒ Inspection              ☒ Copy  ☒ Inspection  ☐ CD-ROM    on CD-ROM, indicate:    Month(s) _____
                                    Tax year(s) requested ►

**8** ☒ Form 8871 (see instructions)   **9** ☒ Form 8872 (see instructions)    **10** Date requested
    ☒ Copy  ☒ Inspection              ☒ Copy  ☒ Inspection                APRIL 20, 2006

**IRS Use Only**

**11** The form requested above was inspected by (name of requester)    |  **12** IRS office where inspection was made

**13** Signature of employee present at inspection    |  **14** Date

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 41722P    Form **4506-A** (Rev. 8-2003)

WILLIAM S WARREN III
ATTORNEY
DEBRA WEHMEIER, PRESIDENT

Form 4506-A (Rev. 8-2003) | Page **2**

## General Instructions

### A Change To Note
Recent legislation eliminated the requirement for Form 1120-POL to be disclosed, retroactive to June 30, 2000. Therefore, Forms 1120-POL filed for years beginning after June 30, 2000, and filed before November 3, 2002, that were subject to disclosure, no longer can be disclosed.

### Purpose of Form
Use Form 4506-A to request under Internal Revenue Code Section 6104:
- A copy of an exempt or political organization's return, report, notice, or exemption application;
- An inspection of a return, report, notice, or exemption application at an IRS office.

**Caution:** *An organization, or its officers, may request a copy of the organization's own return on Form 4506-A. However, they will only receive the copy that is "Open for Public Inspection." The publicly available copy will not include, for example, information that may identify a contributor and documents that were filed with the return, but are not open to public inspection. An organization, or its officers, may request a complete copy of the organization's own return by completing Form 4506 and paying the applicable fee.*

**CD-ROMs.** The IRS can provide copies of exempt organization returns on a compact disk (CD-ROM). Requesters can order the complete set (all Forms 990 and 990-EZ or all Forms 990-PF filed for a year) or a partial set by state or by month. If you are ordering a partial set on CD-ROM, you can use line 7 to indicate the state(s) or month(s) you are ordering. Complete information, including the cost, is available on the IRS website at **www.irs.gov/charities**.

### How Much Will It Cost?
You may inspect a return, report, notice, or exemption application at an IRS office free of charge.

If you want a photocopy of a return, report, notice, or an exemption application, see the chart below.

**Note:** *The IRS will send you a bill for the cost. If your cost is over $250, we will ask for payment in advance.*

| IF you are . . . | THEN the charge for paper copies is . . . |
|---|---|
| A commercial user | $ .20 per page |
| An educational institution, media, non-commercial scientific institution, or all other requesters | First 100 pages free, $ .20 per page thereafter |

### Where To File
You can mail Form 4506-A to the IRS, you can fax Form 4506-A to the Ogden Service Center, or you can file it with the IRS office for your area. Use the following chart to determine where to file Form 4506-A.

| IF you want . . . | THEN file Form 4506-A with the . . . |
|---|---|
| To inspect a return, report, notice, or an exemption application at an IRS office* | Internal Revenue Service Attention: Disclosure Officer (Call 1-800-829-1040 for IRS office locations near you.) |
| To inspect a return, report, notice, or an exemption application at the IRS National Headquarters | Commissioner of Internal Revenue Attention: Freedom of Information Reading Room 1111 Constitution Avenue NW Washington, DC 20224 |
| A copy of an exemption application | Internal Revenue Service Customer Service - TE/GE P.O. Box 2508, Room 2023 Cincinnati, OH 45201 |
| A copy of a return, report, or notice | Internal Revenue Service Mail Stop 6716 Ogden, UT 84201 Fax no. 801-620-7896 |

* *The office handling your request will contact you to schedule an appointment when the item is available for inspection.*

## Specific Instructions

### Line 1
Enter the organization's official name, that is, the name under which exempt status was approved. If you do not enter the official name, we may not be able to locate the requested form.

### Line 7
You can only request Forms 990 or 990-EZ for section 527 organizations for tax years beginning after June 30, 2000.

### Lines 8 and 9
Form 8871 must be filed electronically. Form 8872 must be filed electronically after June 30, 2003, if the organization will have contributions or expenditures exceeding $50,000 in the calendar year. Paper copies will not be available from the IRS for forms filed electronically.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. We need the information to gain access to the return or other exempt or political organization IRS form you requested in our files and properly respond to your request. The authority to ask for the information requested on this form is Internal Revenue Code section 6104 and its regulations. You are not required to provide the information requested on this form. However, if you do not furnish the information, we may not be able to fill your request. Providing willfully false or fraudulent information may subject you to criminal penalties. Routine uses include disclosing the information to the Department of Justice. We may also disclose this information to Federal and state agencies to enforce Federal nontax criminal laws and to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The time needed to complete and file Form 4506-A will vary depending on individual circumstances. The estimated average time is:

**Recordkeeping** . . . . . . . . . . . . . 6 min.
**Learning about the law or the form** . . . . . . . 7 min.
**Preparing the form** . . . . . . . . . . . . 19 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-A simpler, we would be happy to hear from you. You can write to the Tax Products Coordinating Committee, Western Area Distribution Center, Rancho Cordova, CA 95743-0001. **Do not** send Form 4506-A to this address. Instead, see **Where To File** above.

FORM 4506 A

AUSTIN APARTMENT ASSOCIATION
WILLIAM S. WARREN III
ATTORNEY

PLEASE EXPEDITE MY REQUEST FOR COPY OF TAX RETURN AND ANNUAL REPORTS.

TO
MICHAEL L BUESGENS
3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703

512-339-6005 X 7958

MIKEBUESGENS@HOTMAIL.COM
NOVEMBER 19, 2006

# COMPTROLLER OF PUBLIC ACCOUNTS
## P.O. BOX 13528
## AUSTIN, TX 78711-3528

October 12, 2006

Mr. Michael Buesgens
Austin Apartment Association
3112 Windsor Road, #A322
Austin, Texas 78703

*FEIN 74-1673639*

Dear Mr. Buesgens:

Effective May 1, 1976, Austin Apartment Association is exempt from Texas franchise tax as specified under Section 171.063 of the Texas Tax Code as a nonprofit 501(c)(6) organization. The exemption does not extend to sales and use tax or hotel occupancy tax.

We have assigned Texas taxpayer number 17418180844 to the organization. Please reference this number in correspondence with us. The assignment of the taxpayer number does not mean the organization is permitted to collect or remit Texas taxes. Exempt organizations must collect taxes on most of their sales. Please give our Tax Assistance section a call at 1-800-252-5555 if you need a sales tax permit.

Changes to the organization's registered agent and registered office address must be filed with the Texas Secretary of State. The changes can be made online at http://www.sos.state.tx.us/corp/sosda/index.shtml or you can download the forms and instructions from http://www.sos.state.tx.us/corp/forms_option.shtml. You can also contact them at corpinfo@sos.state.tx.us or by calling (512) 463-5582. It is important to maintain current registered agent information, because this is how we will contact you if we have reason to believe that your organization no longer qualifies for exemption.

If the organization obtains an IRS exemption under Sections 501 (c) (3), (4), (8), (10) or (19) in the future, please let us know. If you send us a copy of the exemption letter from the IRS, the exemption will apply to sales and use tax as well.

Our goal is to provide you with prompt, professional service. Please take a moment to complete the enclosed survey. If it is more convenient, you may complete our on-line survey at http://aixtcp.cpa.state.tx.us/surveys/rpsurv2/index.html.

If you have any questions, write to us at exempt.orgs@cpa.state.tx.us, or call us toll-free at 1-800-531-5441, extension 32097. Also, our publications and other helpful information are online at http://www.window.state.tx.us/taxinfo/exempt.

Sincerely,

Alfredo Z. Delgado
Exempt Organizations Section

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

TAX EXEMPT AND
GOVERNMENT ENTITIES
DIVISION

*[Handwritten annotation:]*
AUSTIN APARTMENT ASSOCIATION
FEIN 74-1673639
SOS FILE 0023112401
TEXAS TAX ID 17418180844

October 16, 2006

Mr. Michael L. Buesgens
3112 Windsor Rd #A322
Austin, TX 78703

Contact Person/Badge Number:
Scott Walk/84-20297
Contact Telephone Number:
~~(303) 844-2545 ext 264~~

Dear Mr. Buesgens:

Thank you for the information you submitted regarding Austin Apartment Association. The Internal Revenue Code includes taxpayer privacy provisions, which were enacted by Congress to protect the privacy of tax returns and the tax return information of all taxpayers. Accordingly, we cannot disclose what action, if any, the IRS has taken or may take with respect to the information you have provided to us.

The IRS maintains an ongoing examination program to ensure that tax-exempt organizations continue to meet the legal requirements for tax exemption, and that they otherwise comply with applicable tax laws. The information you submitted will be considered in this program.

If, at a later date, you have additional information that you believe is relevant to this matter, or that you wish to bring to the attention of the IRS, please feel free to send it to the following address:

> Internal Revenue Service
> EO Classification, MS 4910 DAL
> 1100 Commerce St
> Dallas, TX 75242

We appreciate your concern in bringing this matter to our attention. If you have any questions concerning this letter, please call me at the number shown above.

Sincerely,

Scott Walk
Exempt Organizations Specialist

MICHAEL L. BUESGENS
3112 WINDSOR RD
#A322
AUSTIN, TEXAS 78703
512-339-6005 EXT 7958
MIKEBUESGENS@HOTMAIL.COM

OCTOBER 26, 2006

**I.R.S.**
EXEMPT ORGANIZATIONS
P.O. BOX 9941
STOP 6716
OGDEN, UTAH 84409

THE AUSTIN APARTMENT ASSOCIATION
FEIN: 74-1673639 HAS REFUSED TO PROVIDE ME A COPY OF THEIR FORM 1023 AND FORMS 990 AND FORM 8872 SINCE APRIL, 2006.

PAGE 1 OF 7

PLEASE SEND ME A COPY OF AUSTIN APARTMENT ASSOCIATION TAX AND TAX EXEMPT FORMS.

AUSTIN APARTMENT ASSOCIATION FEIN.: 74-1673639 NEGLIGENT AND WILLFUL FAILURES TO COMPLY WITH THE LAW HAS SEVERELY HARMED MY LEGAL DUE PROCESS RIGHTS IN CIVIL ACTIONS.

I REQUEST THAT AUSTIN APARTMENT ASSOCIATION AND ITS OFFICERS BE HELD ACCOUNTABLE AND THAT THE INTERNAL REVENUE SERVICE ENFORCE THE $10,000.00 PENALTY FOR THEIR NON COMPLIANCE.

1. AUSTIN APARTMENT ASSOCIATION
   4107 MEDICAL PARKWAY
   SUITE 100
   AUSTIN, TEXAS 78756

   FEIN: 74-1673639
   TEXAS TAX ID: 17418180844
   TEXAS SOS. FICE NO: 0823112401

   PHONE NUMBER: 512-323-0990
   FAX: 512-323-2979

2. KRISTAN ARROWA, REGISTERED AGENT
3. WILLIAM S. WARREN, III, MEMBER-ATTORNEY

4. DEBRA WEHMEIER, PRESIDENT

5. CHARLES E. BROWN,
   MEMBER-ATTORNEY
   PHONE: 512-346-6000
   FAX: 512-346-6005

3

FAXED TO:

1. I.R.S.
801-620-7896

2. I.R.S.
720-929-0242

3. DEPARTMENT OF JUSTICE
ASSISTANT U.S. ATTORNEY
R. BARRY ROBINSON
512-916-5854

4. KRISTAN ARRONA
A. WILLIAM S. WARREN III
B. CHARLES E. BROWN
C. DEBRA WEHMEIER
D. AUSTIN APARTMENT ASSOCIATION
512-323-2979

ON THIS 26TH DAY OF OCTOBER, 2006

*Michael L Buesgens* (signature)
MICHAEL L BUESGENS

4

**LORMAN**
**EDUCATION SERVICES**
*Keeping You Current. Helping You Succeed.*

HOME   SEMINARS   TELECONFERENCES   BOOKSTORE                SEARCH                    

Archived Teleconferences > Tax >

# Multi-State Taxation: Income Franchise Tax
Recorded on September 28, 2006

95 Minute CD & Written Materials
372247TMX   $219.00

____ **95 Minute Audio MP3**   Buy Now!
372247POD   $169.00
**Order 3 Podcasts to get
a FREE iPod!**
What is a Podcast?

### Benefits

While many businesses focus their tax strategies on mitigating the federal income tax, many businesses are becoming aware of increased enforcement of state tax laws, especially on interstate businesses. Rather than concentrating on the intricacies of a single tax in a single jurisdiction, this seminar will explore trends in state taxation of interstate businesses, with particular emphasis on the expanding web of information available to state tax administrators in regard to businesses operating in their states. Tax administrators are becoming increasingly adept at mining this web to enforce tax liabilities they might previously have been unaware of. Individuals responsible for state tax compliance, individuals responsible for determining the geographic location of interstate business operations, and attorneys and accountants who advise them will benefit from learning the recent and anticipated developments in these areas and steps they can take to mitigate their impact on a business' aggregate state taxes.

### Agenda

I. General Overview Of Legal Authority And Limitations Of State Taxation
  A. U.S. Constitutional Authority and Limitations
    1. Commerce Clause
    2. Unitary Business Principle
    3. Nexus
    4. Discrimination Against Foreign Commerce
    5. Due Process
    6. Equal Protection
  B. Federal Public Law: 86-272
II. Simplified Sales Tax Project: SSTP
III. Franchise Tax Issues
IV. Income Tax Issues
  A. Conformity to the Federal Tax Base
    1. Methods of Conforming to the Federal Income Tax Base
    2. Advantages and Disadvantages of Conformity
    3. Nonconformity Issues
  B. UDIPTA and the Multi-State Tax Commission Regulations
  C. The UnitarBusiness Principle
  D. Apportionable and Nonapportionable Income

   1. MTC Regulation Guidelines for Specific Types of Income
   2. Specific Allocation of Nonbusiness Income
   3. The U.S. Supreme Court's Approach to Determining Whether Income is Apportionable
   4. Formulary Apportionment
      a. Property Factor
      b. Payroll Factor
      c. Sales Factor
      d. Burden and Standard of Proof
      e. Other Apportionment Formulas
V. Other Tax Issues
   A. Registration To Do Business
      1. Secretary of State
      2. Income/Franchise Tax
      3. Sales/Use Tax
   B. State Issues
      1. Synopsis
      2. Enforcement: Audit And Appeals
VI. Compliance And Coming Forward
   A. The Compliance Calculation: General Multi-State Tax Issues - Filing Requirement
   B. How to Come Forward - Voluntary Disclosure Program???

**Who Should Attend**

Accountants, controllers, enrolled agents, tax managers, CFOs and officers for businesses who have sales in more than one state

**Faculty**

Inez M. Mello, Kahn, Litwin Renza & Co Ltd.
Daniel C. Waugh, Moses Afonso Jackvony, Ltd.



Inez M. Mello received her B.S. degree in accounting and her M.B.A. degree in taxation from Bryant College. She has continued her scholastic pursuits, serving as an adjunct professor for Bryant University, the Community College of Rhode Island and Johnson & Wales University. Ms. Mello joined the firm in 2006 after serving as director of state and local tax services for eight years with a local accounting firm. She has over 18 years of experience in state and local taxes. She also served for nine years as corporate senior tax accountant in the state and local tax administration (SALT) for a Fortune 500 company. Over the past eight years, she has developed a SALT program which encompasses an in-depth assessment process, a proven cost savings implementation of voluntary disclosure in state jurisdictions and effective ongoing compliance programming. Ms. Mello is a frequent speaker at various business and education symposiums, and has taught various multi-state tax seminars. She is the northeast regional director for the American Society of Women Accountants; the treasurer for the Rhode Island chapter of the Executive Women's Golf Association and served as past president of the Rhode Island Chapter of the American Society of Women Accountants. She is a member of the Institute of Managerial Accountants, the Union Trust Club, the Rhode Island Association of Accounting Professors and is an ambassador for the Providence Chamber of Commerce.

Daniel C. Waugh recently joined Moses Afonso Jackvony, Ltd. to lead an expansion of its capability to provide business clients with tax-related assistance, including sales and use tax, business corporation tax, franchise tax and property tax, after more than a decade leading the Tax group at another major Rhode Island law firm. Altogether, Mr. Waugh has more than two decades of experience counseling businesses regarding compliance with federal and state tax laws and specific steps businesses can take to reduce the amount of taxes they pay.



November 9, 2006

CERTIFIED MAIL

Michael L. Buesgens
3112 Windsor Road
#A322
Austin, TX  78703

Re:  <u>Buesgens v. United States, 06-1558 (D.D.C.)</u>

Dear Mr. Buesgens:

On November 2, we received several boxes of documents from you along with a notice stating that you were "appointing NTEU custodian of these large amount [sic] documents for trial preparation at their Washington, DC litigation office." These documents relate to various cases that you have brought in Texas and Washington, DC. You mailed these documents without first asking NTEU if it was willing to serve as your "custodian." As explained below, NTEU and its attorneys are unable and unwilling to act as custodian of your documents in any current or future proceeding.

You have filed several causes of action against NTEU, most recently in the above-captioned pending matter. It is, therefore, improper for NTEU and any of the attorneys or its staff who represent NTEU to act as custodian of your documents. Further, NTEU and its attorneys have no obligation to maintain your documents and refuse to do so.

We will return the boxes of documents that you sent to NTEU under separate cover. Be advised that we will not pay the expenses of returning to you any documents that we receive in the future.

Sincerely,

Julie M. Wilson
Assistant Counsel



# U.S. MERIT SYSTEMS PROTECTION BOARD

Office of the Clerk of the Board
1615 M Street, N.W.
Washington, D.C. 20419-0002

Phone: 202-653-7200, Fax: 202-653-7130, E-Mail: mspb@mspb.gov

October 24, 2006

**MAL-1800**

Mr. Robert J. Barnhart, Director
Compliance and Control Division
Equal Employment Opportunity
Commission
PO Box 19848
Washington, DC 20036

EEOC Docket No:   03A60130
MSPB Docket No:   DA-1221-06-0171-W-1

**MICHAEL SALYARDS
KAREN MELNIK
THOMAS STANTON
COLLEEN M KELLEY**

RE: Michael L. Buesgens v. Department of the Treasury

Dear Mr. Barnhart:

Because the appellant in the case shown above has filed an appeal with your office, we are enclosing a copy of the Board's administrative record of the appeal. We certify that the record is an accurate copy. This record is under my official custody and control on this date. If you have any questions regarding this record, please contact us.

The Board keeps the record in this appeal in a system of records subject to the Privacy Act, 5 U.S.C. 552a. The record is a part of a system of records entitled "Appeal and Case Records" announced by the Board in 61 FR 33946 dated July 1, 1996 as required by the Privacy Act. An MSPB case file does not constitute a public record because of its coverage under the Privacy Act. Only MSPB initial and final decisions in a case are public records. Access to MSPB case files is controlled in accordance with the law to protect the privacy interests of the subjects and the integrity of the files.

In your request for the record, you also asked the Board to inform you "if, and/or when a civil action or an action for review before the Federal Circuit Court in this case has been filed." We will inform you when we know that an appeal has been filed in the Federal Circuit. However, this office is not routinely informed when a civil action is filed and you may wish to contact the parties to obtain this information.

Sincerely,

*Jacquelin Wilson*

Bentley M. Roberts, Jr.
Clerk of the Board

Enclosures: 3 Volumes

cc:  Michael L. Buesgens
     3112 Windsor Rd., #A322
     Austin, TX 78703

     Department of the Treasury
     Office of EO & Diversity Division
     1750 Pennsylvania Avenue, NW
     Room 8157D
     Washington, DC 20220



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

*JENNIFER RANDALL SAN ANTONIO TEXAS EEOC ATTORNEY*

Michael L. Buesgens,
Petitioner,

v.

Henry M. Paulson, Jr.,
Secretary,
Department of the Treasury,
Agency.

*KAREN MELNIK
1:2006CV2334
1:2006CV1558*

Petition No. 0320060130[1]

MSPB No. DA1221060171W1

### DENIAL OF CONSIDERATION

Petitioner filed a timely petition with the Equal Employment Opportunity Commission asking for review of a Final Order issued by the Merit Systems Protection Board (MSPB) concerning his claim of discrimination in violation of Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 *et seq*.

The record indicates that on January 3, 2006, petitioner filed an appeal with the MSPB. The MSPB issued an initial decision on March 31, 2006, dismissing the matter for lack of jurisdiction. Therein, the MSPB Administrative Judge (AJ) explained that petitioner did not raise any claims within MSPB's jurisdiction. The AJ noted that petitioner specifically stated that he was not challenging his disability retirement (which he took in March 2005) nor was he raising a claim of constructive discharge. Petitioner sought review by the full Board, but his request was denied. Petitioner was not given appeal right to the Commission. Nonetheless, he filed the instant petition.

EEOC regulations provide that the Commission has jurisdiction over mixed case appeals on which the MSPB has issued a decision that makes determinations on allegations of discrimination. 29 C.F.R. § 1614.303 *et seq*. The Commission has no jurisdiction over procedural matters of the Board. The Commission notes that it has, on occasion, "unmixed" claims where the MSPB has dismissed matters for a lack of jurisdiction in order to provide for

---

[1] Due to a new Commission data system, this case has been re-designated with the above-referenced petition number.

2                                                                                                                            0320060130

the adjudication of timely raised discrimination claims. However, at the time of his appeal to the MSPB, petitioner was not an employee of the agency and had not been for over nine months. Petitioner made it clear that he was not appealing his retirement or raising a claim of constructive discharge. Thus, he does not appear to be raising any matters within the Commission's jurisdiction in a timely manner. Further, the Commission has adjudicated an earlier appeal from petitioner regarding reasonable accommodation and other claims. *See Buesgens v. Dept. of the Treasury,* Appeal No. 01A44842 (December 29, 2004), *request for reconsideration denied,* 05A50440 (February 18, 2005). As such, the Commission declines to remand the matter for further processing. Accordingly, for the reasons stated above, the Commission denies the instant petition for review.

<u>PETITIONER'S RIGHT TO FILE A CIVIL ACTION</u> (W0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court, based on the decision of the Merit Systems Protection Board, **within thirty (30) calendar days** of the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

<u>RIGHT TO REQUEST COUNSEL</u> (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

_____
Carlton M. Hadden, Director
Office of Federal Operations

OCT 2 6 2006
_____
Date

3  0320060130

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed. I certify that this decision was mailed to the following recipients on the date below:

Michael L. Buesgens
3112 Windsor Rd
#A322
Austin, TX 78703

Mariam G. Harvey, Director, EO Programs
Office of Equal Opportunity & Diversity Division
Department of the Treasury
1750 Pennsylvania Ave., NW  Rm: 8157D
Washington, DC 20220

Merit Systems Protection Board
Director, EEO
1615 M St., NW
Washington, DC 20419

OCT 2 6 2006
Date

[signature]
Equal Opportunity Assistant

*Handwritten annotations:*
ROBERT B. HARWIN
EEOC ATTOREY
SAN ANTONIO
TEXAS
EEOC SYSTEM
OF RECORDS
DENIAL
TO
PLAINTIFF
BUESGENS
2005

ELIZABETH P. CALDWELL
EEOC RECORD REQUEST
WASHINGTON, DC.

JENNIFER GARNER - FOIA
AGENT



**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

*COLLEEN M. KELLEY - NTEU ABUSE*

Sep 25, 2006

Michael L Buesgens
3112 Windsor Rd
#A322
Austin, TX 78703

Buesgens v. Treasury, Dept of
MSPB No : DA1221060171W1 ✓
Docket No: 03A60130  Recd Date: 092206 ✓

Dear Mr. Buesgens:

This will acknowledge receipt of the above referenced correspondence. The action checked below is necessary or has been taken.

/X/   Docketed and assigned the docket number listed above. Please refer to the docket number on all correspondence.

/ /   Please indicate the date you received the final MSPB decision and, if applicable, any reason for a delay in filing your petition.

/ /   *BUESGENS V. NTEU 360-2006-00307*
      *9/7/2006       SEE LETTER*

You are responsible for providing the Commission with any change of address while the case is in process. Failure to do so may result in the dismissal of your case. *MSPB. NO. DA-1221-06-0171-W-1*

You are responsible for informing the Commission if, and/or when, a civil action in this case has been filed. You must provide the name of the court, the civil action number and the present status of the litigation. If a court decision has been rendered, a copy of the court's opinion must be provided. *DISMISSAL AND NOTICE OF RIGHTS - EEOC*

If you have questions regarding the processing of this matter, please call the EEOC, Office of Federal Operations at (202) 663-4599 and ask to speak to the Attorney of the Week. *DATED 9/26/2006*

Sincerely,

Robert D. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-5314**                                **September Term, 2006**

05cv02334

Filed On:

Michael L. Buesgens,
    Appellant

v.

Marcia H. Coates, In her Official Capacity as Director
Office of Equal Opportunity Program, Department of
Treasury, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 1 3 2006

CLERK

## ORDER

    Petitioner's recently filed notice of appeal has been transmitted to this court from the U.S. District Court for the District of Columbia. The notice seeks, <u>inter alia</u>, review of an order of the district court transferring petitioner's civil action to another district court. The proper means for contesting such a transfer is a petition for writ of mandamus filed in this court. <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedure</u> III.G.3 (2005). Accordingly, it is, on the court's own motion,

    **ORDERED** that petitioner's notice of appeal be construed in part as a petition for writ of mandamus. It is

    **FURTHER ORDERED** that by November 13, 2006, petitioner submit a memorandum of law and fact in support of the petition. The memorandum may not exceed 30 pages. Petitioner's failure to comply with this order will result in dismissal of the petition for lack of prosecution. <u>See</u> D.C. Cir. Rule 38. It is

    The Clerk is further directed to send a copy of this order to petitioner by certified mail, return receipt requested and by first class mail.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Elizabeth V. Scott*
Elizabeth V. Scott
Deputy Clerk

LAW OFFICES
**KATOR, PARKS & WEISER**
P.L.L.C.
SUITE 100
812 SAN ANTONIO STREET
AUSTIN, TEXAS 78701

(512) 322-0600
FAX: (512) 477-2828

November 8, 2006

Michael L. Buesgens
3112 Windsor Road #A322
Austin, TX 78703

Dear Mr. Buesgens:

    Just a quick note to thank you for contacting this firm. I am grateful that you gave me the opportunity to discuss your situation. This law firm is not in a position to represent you at this time. Since this firm has not been retained to represent you, we will not be taking any action on your behalf.

    One very important reminder: strict deadlines must be met in order for you to preserve and pursue any legal claims you may have. Failure to meet these deadlines will jeopardize your ability to proceed.

    In closing, you have my best wishes for success in the future.

Sincerely,

Amanda Traphagan
Law Clerk
Kator, Parks & Weiser, P.L.L.C.

# FIFTH CIRCUIT CLERK'S OFFICE & JUDGES

600 S. Maestri Place  
New Orleans, LA 70130-3408  
Main Number (504) 310-7700

Charles R. Fulbruge III, Clerk  
David E. Young, Chief Deputy Clerk

### Attorney Admissions

| | |
|---|---|
| Majella Sutton | 310-7793 |

### Counsel to Clerk's Office

| | |
|---|---|
| **William Zapalac** | 310-7660 |
| Carol Mazorol | 310-7661 |
| Donna Mendez, Prisoner Matters | 310-7677 |
| Thomas Rodwig, Prisoner Matters | 310-7678 |
| Monica Washington, Death Penalty Cases | 310-7705 |

### Judicial Support Division

| | |
|---|---|
| **Susan Vaughn, Chief** | 310-7663 |
| **Timothy E. Phares, Office Manager** | 310-7665 |

**Northern (10000) and Western (50000) Texas**

| | |
|---|---|
| MAIN NUMBER | 310-7806 |
| Allison Lopez, Case Manager | 310-7702 |
| Karen Whittington, Case Manager | 310-7696 |
| Mary Frances Noveh, Case Management Clerk | 310-7686 |
| Mary Stewart, Case Management Clerk | 310-7694 |
| Lisa Berry, Generalist | 310-7697 |
| Rhonda Parker, Briefing/Records Clerk | 310-7703 |

*[handwritten: PEGGY KELLER 504-310-7708]*

**Southern (20000) and Eastern (40000) Texas**

| | |
|---|---|
| MAIN NUMBER | 310-7807 |
| Connie Brown, Case Manager | 310-7671 |
| Amanda Sutton, Case Manager | 310-7670 |
| Debbie Kranz, Case Management Clerk | 310-7698 |