UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL L. BUESGENS**  )  )  **Plaintiff,**  )  )  v.  )  )  **UNITED STATES OF AMERICA,** *et al.,*  )  )  **Defendants.**  )  ) | Civil Action No: 06-1558 (RCL) |

## ORDER

Before the Court is plaintiff's Motion [16] to Stay the Court's Order of November 13, 2006 transferring this case to the District Court for the Western District of Texas, and for reconsideration of that Order. Upon consideration of the Motion and the entire record herein, it is hereby

ORDERED that the Motion to Stay is DENIED; and it is further

ORDERED that the Motion for Reconsideration is DENIED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 27, 2006.