# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5011**  **September Term, 2006**

06cv01558

**FILED**  Filed On:

Michael L. Buesgens,
    Appellant

JUL  3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.

Henry M. Paulson, Jr., Secretary of the Treasury,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAY - 3 2007

CLERK

**ORDER**

By order filed March 27, 2007, directing appellant to file a response to the order to show cause, by April 26, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's March 27, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 6/17/07
BY:
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk